1  James R. Patterson, State Bar No. 211102
   Alisa A. Martin, State Bar No. 224037
2  HARRISON PATTERSON & O¢CONNOR LLP
   402 West Broadway, 29th Floor
3  San Diego, CA 92101
   Telephone: (619) 756-6990
4  Facsimile: (619) 756-6991
   jpatterson@hpolaw.com
5  amartin@hpolaw.com

6  Attorneys for Plaintiffs and the Class
   JOSUE ROMERO and DEANNA HUNT
7
   [Additional Counsel Listed on Signature Page]
8

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSUE ROMERO and DEANNA HUNT, on behalf of himself and all others similarly situated,<br><br>             Plaintiffs,<br><br>   vs.<br><br>PROVIDE-COMMERCE, INC., a Delaware corporation; REGENT GROUP, INC. a Delaware corporation dba ENCORE MARKETING INTERNATIONAL; ENCORE MARKETING INTERNATIONAL, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>             Defendants. | CASE NO.: 09-CV-02111-MMA-BLM<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF JOINT MOTION AND JOINT MOTION TO CONSOLIDATE RELATED CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(A)**<br><br>**[DEMAND FOR JURY TRIAL]** |
| BOBBI SLEDGE, on behalf of herself and all others similarly situated,<br><br>             Plaintiff,<br><br>   v.<br><br>PROVIDE COMMERCE, INC.,<br><br>Defendant. | CASE NO.: 09-CV-02094-MMA-BLM |

HARRISON PATTERSON O'CONNOR & KINKEAD LLP
402 West Broadway
29TH Floor
San Diego, CA 92101

NOTICE OF JOINT MOTION AND JOINT MOTION TO
CONSOLIDATE RELATED CASES AMENDED         CASE NO.: 09-CV-2111-MMA-BLM

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS GIVEN that on **November 16, 2009** at **2:30 p.m.**, or as soon thereafter as counsel may be heard by the above-entitled Court, located at 940 Front Street, San Diego, California 92101, in Courtroom 5 of the Honorable Michael M. Anello, Plaintiffs jointly move to consolidate *Romero and Hunt v. Provide Commerce, Inc., et al.*, United States District Court, Southern District of California, Case No. 09-CV-02111 with a related case pending before this Court captioned as *Sledge v. Provide Commerce, Inc.*, Case No. 09-CV-2094 under Federal Rules of Civil Procedure, Rule 42(A).  Both cases seek to represent substantially the same class of people for essentially the same claims, are based on similar factual allegations, and are against defendant Provide-Commerce.

This motion is based on this Notice of Motion, the supporting Memorandum of Pointes and Authorities, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the hearing.

Dated:  October 19, 2009

HARRISON PATTERSON & O'CONNOR LLP

By:   */s/ James R. Patterson*
    James R. Patterson

James R. Patterson, State Bar No. 211102
Alisa A. Martin, State Bar No. 224037
HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone:  (619) 756-6990
Facsimile:  (619) 756-6991
jpatterson@hpolaw.com
amartin@hpolaw.com

Isam C. Khoury, State Bar No. 58759
Michael D. Singer, State Bar No. 115301
Kimberly D. Neilson, State Bar No. 216571
COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101
Telephone:  (619) 595-3001
Facsimile:  (619) 595-3000
ikhoury@ck-lawfirm.com
msinger@ck-law.com
kneilson@ck-law.com
*Attorneys for Plaintiffs Josue Romero and Deanna Hunt and the Proposed Class*
[Additional Counsel Listed on the Next Page]

HARRISON PATTERSON O'CONNOR & KINKEAD LLP
402 West Broadway
29TH Floor
San Diego, CA 92101

1  Gene J. Stonebarger, State Bar No. 209461
   LINDSAY & STONEBARGER
2  A Professional Corporation
   620 Coolidge Drive, Suite 225
3  Folsom, CA 95630
   Telephone: (916) 294-0002
4  Facsimile: (916) 294-0012
   gstonebarger@lindstonelaw.com
5  *Attorneys for Plaintiffs Josue Romero and Deanna Hunt and the Proposed Class*

7  ANDRUS ANDERSON LLP

8  By:     /s/ *Jennie Lee Anderson*
                Jennie Lee Anderson

10 Jennie Lee Anderson, State Bar No. 203586
   Lori E. Andrus, State Bar No. 205816
   ANDRUS ANDERSON LLP
11 155 Montgomery Street, Suite 900
   San Francisco, CA 94104
12 Telephone: (415) 986-1400
   Facsimile: (415) 986-1474
13 jennie@andrusanderson.com
   lori@andrusanderson.com

14 Bruce Steckler
15 Burton LeBlanc
   Melissa Hutts
16 BARON & BUDD, P.C.
   3102 Oak Lawn Avenue, Suite 1100
17 Dallas, TX 75219
   Telephone: (214) 521-3605
18 Facsimile: (214) 520-1181
   bleblanc@baronbudd.com
19 mhutts@baronbudd.com
   bsteckle@baronbudd.com
20 *Attorneys for Plaintiff Bobbi Sledge and the Proposed Class*

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: October 19, 2009           /s/ *James R. Patterson*
                                            James R. Patterson

James R. Patterson, State Bar No. 211102
Alisa A. Martin, State Bar No. 224037
HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone:  (619) 756-6990
Facsimile:  (619) 756-6991
jpatterson@hpolaw.com
amartin@hpolaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2009, I electronically filed the above document in *Romero v. Provide Commerce, Inc., et al.*, United States District Court, Southern District of California, Case No.: 09-CV-02111-MMA-BLM, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 19, 2009                     /s/ *James R. Patterson*
                                                                James R. Patterson

James R. Patterson, State Bar No. 211102
Alisa A. Martin, State Bar No. 224037
HARRISON PATTERSON & OʹCONNOR LLP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone:  (619) 756-6990
Facsimile:  (619) 756-6991
jpatterson@hpolaw.com
amartin@hpolaw.com