1    James R. Patterson, State Bar No. 211102
     Alisa A. Martin, State Bar No. 224037
2    HARRISON PATTERSON & O¢CONNOR LLP
     402 West Broadway, 29th Floor
3    San Diego, CA 92101
     Telephone: (619) 756-6990
4    Facsimile: (619) 756-6991
     jpatterson@hpolaw.com
5    amartin@hpolaw.com

6    Attorneys for Plaintiffs and the Class
     JOSUE ROMERO and DEANNA HUNT
7

     [Additional Counsel Listed on Signature Page]
8

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSUE ROMERO and DEANNA HUNT, on behalf of themselves and all others similarly situated,<br><br>                 Plaintiffs,<br><br>vs.<br><br>PROVIDE-COMMERCE, INC., a Delaware corporation; REGENT GROUP, INC. a Delaware corporation dba ENCORE MARKETING INTERNATIONAL; ENCORE MARKETING INTERNATIONAL, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>                 Defendants. | CASE NO.: 09-CV-02111-MMA-BLM<br><br>**CLASS ACTION**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' JOINT MOTION TO CONSOLIDATE RELATED CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(A)**<br><br>**[DEMAND FOR JURY TRIAL]** |
| BOBBI SLEDGE, on behalf of herself and all others similarly situated,<br><br>                 Plaintiff,<br><br>v.<br><br>PROVIDE COMMERCE, INC.,<br><br>                 Defendant. | CASE NO.: 09-CV-02094-MMA-BLM |

## I. INTRODUCTION

There are two related putative class action lawsuits currently before this Court: the above-captioned case and *Sledge v. Provide Commerce, Inc.*, Case No. 09-CV-2094. Both cases seek to represent substantially the same class of people for essentially the same claims, are based on similar factual allegations, and are brought against a common defendant, Provide-Commerce. The Plaintiffs in both cases jointly move this Court for orders consolidating the cases under Federal Rules of Civil Procedure, Rule 42(a), and allowing Plaintiffs to file a Consolidated Complaint within 30 days from entry of the requested order.

## II. BACKGROUND

### A. The *Romero* and *Hunt* Case

This is a class action by consumers who were subjected to unauthorized billings to their credit and debit cards by defendant Provide-Commerce, Inc. ("Provide-Commerce") and its cohort, defendant Regent Group, Inc., doing business under Encore Marketing International and Encore Marketing International, Inc. (together referred to as "Encore"). As alleged in the complaint, Provide-Commerce, which operates several internet businesses, including ProFlowers, generates revenue by routinely and fraudulently transmitting its customers' credit and debit card information to third-party marketing partner, Encore, who then fraudulently bills the credit and debit cards under the guise that customers authorized the billings by joining a savings program known as EasySaver Rewards. The program, however, is nothing more than a sham because, among other things, it does not provide any savings benefits, products or services.

As elaborated in the complaint, Provide-Commerce seemingly offers coupons, gift codes, and other savings gifts to its customers as a "Thank You" for shopping at its online store. When customers try to obtain their gifts, they are directed to a webpage operated by Encore. Customers are then asked to provide their email address and zip code to claim their coupon or gift code. By providing their email address and zip code, customers unwittingly (1) join the EasySaver Rewards program, (2) authorize Provide-Commerce to transmit their credit and debit card information to Encore, and (3) authorize Encore to bill a $1.95 activation fee and a $14.95 monthly fee to their credit or debit cards. Customers who did not provide their email address

and zip code were still billed for joining the EasySaver Rewards program. Despite billing these customers for joining the program, Encore never sent these customers an email confirming their membership, never communicated with these customers about their membership or the program, and never provided these customers with any coupons, gift codes, or any other savings benefits.

Plaintiffs Romero and Hunt are victims of this scam. On August 19, 2009, plaintiff Romero commenced a civil action in the Superior Court of the State of California, County of San Diego, entitled *Josue Romero v. Provide Commerce, Inc., et al.*, Case No. 37-2009-00096492-CU-BT-CTL against Provide-Commerce and Encore for breach of contract, breach of implied covenant of good faith and fair dealing, breach of warranty, negligent misrepresentations, fraud, unfair business practice, false advertising, conversion, and unjust enrichment. Plaintiff filed the action on behalf of himself and all others similarly situated:

> All persons residing in the United States who, within four years from the date this complaint was filed until present, (1) purchased merchandise from Proflowers.com, Red Envelope, Cherry Moon Farms, Secret Spoon, or Sharri's Berries; and (2) had their credit card, debit card, or PayPal account billed by EasySaver Rewards. (Complaint, ¶ 23)

Soon afterwards, on September 1, 2009, Plaintiff Romero filed a First Amended Complaint to add correct the names of the proper defendants. Then on September 25, 2009, Provide Commerce removed this action to this Court (Docket No. 1). A few days later, Plaintiff Romero advised defendants of his intention to amend the complaint to add an additional plaintiff and clarify the substantive allegations. After meeting and conferring on the matter, defendants stipulated to allow Plaintiff Romero to amend the complaint. On October 9, 2009, Plaintiff Romero filed a Second Amended Complaint ("SAC"), adding Deanna Hunt as named plaintiff, along with an additional claims and allegations. Specifically, Plaintiffs Romero and Hunt assert a second breach of contract claim and a violation of the California Consumer Legal Remedies Act claim. They also amended the class definition by adding subclasses:

> **Subclass A**: All Class members who did not provide their email address or zip code or click any green acceptance button to receive a gift code for their next purchase transaction with Provide-Commerce.
>
> **Subclass B:** All Class members who provided their email address and zip code and clicked a green acceptance button to receive a gift

1
2

        code for their next purchase transaction with Provide-Commerce.
        (Docket No. 17 [SAC, ¶ 27])

This Court did not accept the amended complaint because the parties did not properly obtain leave from this Court to file the amended complaint. Thereafter, the Romero parties filed a second joint motion for leave to file an amended complaint, which the Court approved on October 16, 2009. That same day, the Romero Plaintiffs filed their Second Amended Complaint

### B. **The Related *Sledge* Case**

On September 24, 2009, another putative class action, styled as *Sledge v. Provide Commerce, Inc.*, United States District Court, Southern District of California, Case No. 09 CV 2094 MMA BLM, was filed (*See* Docket No. 5 [Notice of Related Case].) Plaintiff Sledge's action is nearly identical to the present case except that Plaintiff Sledge has not sued the joint owner and operator of the EasySaver Rewards Program, defendant Regent Group, Inc., doing business under Encore Marketing International and Encore Marketing International, Inc.

Plaintiff Sledge's Complaint defines the Class as follows:

> Class: All individuals and entities residing in the United States who purchased merchandise from a Provide Commerce website, did not affirmatively enroll in the Easy Saver Program, and who incurred a charge on their Private Payment Account from Easy Saver in connection with their Provide Commerce transaction from January 1, 2005 to the present.
>
> Sub-Class: All Class members who are "consumers" as defined by California Civil Code § 1761(d).

### III. THE RELATED ACTIONS SHOULD BE CONSOLIDATED

Rule 42(a) permits courts to consolidate cases that involve common questions of law and fact. *See* Manual For Complex Litigation, Fourth, § 11.631, at pp. 121-22 (2004) ("MCL"); *Owen v. Labor Ready Inc.,* 146 Fed.Appx. 139, 141 (9th Cir. 2005); *In re Cendant Corp. Litig.,* 182 F.R.D, 476, 478 (D.N.J. 1998); *In re Equity Funding Corp. Am. Sec. Litig.,* 416 F. Supp. 161, 175 (C.D. Cal. 1976). The rule encourages consolidations where possible. *U.S. v. Knauer,* 149 F.2d 519, 520 (7th Cir. 1945), *certiorari granted,* 326 U.S. 714, *aff'd,* 328 U.S. 654, *reh'g denied,* 329 U.S. 818, *petition denied,* 322 U.S. 834. This Court has broad discretion under this rule to consolidate cases within this district. *Investors Research Co. v. U.S. District Court for*

HARRISON PATTERSON O'CONNOR & KINKEAD LLP
402 West Broadway
29ᵀᴴ Floor
San Diego, CA 92101

1  *Naturalization Serv.,* 611 F. Supp. 990, 994 (C.D. Cal. 1984) ["A court has broad discretion in
2  deciding whether or not to grant a motion for consolidation, although, typically, consolidation is
3  favored."] (citations omitted).

4      Courts have recognized that putative class actions are particularly well-suited for
5  consolidation under Rule 42(a) because unification expedites pretrial proceedings, reduces case
6  duplication, avoids the need to contact parties and witnesses for multiple proceedings, and
7  minimizes the expenditure of time and money for all parties involved. *Vincent v. Hughes Air*
8  *West, Inc.,* 557 F.2d 59, 773 (9th Cir. 1977); *Owen v. Labor Ready Inc.,* 149 Fed. Appx. At 141
9  (citing *Huene v. United States,* 743 F.2d 703, 704 (9th Cir. 1984)).  Consolidating class action
10 suits simplifies pretrial and discovery motions, class action issues, and clerical and
11 administrative management duties.  Consolidation also reduces the confusion and delay that may
12 result from prosecuting related putative class actions separately.  *Id.*

13     Both cases seek to relief for consumers who purchased items from Provide-Commerce,
14 had their personal and financial information — without authorization — transferred to a third
15 party who then fraudulently billed consumers' credit and debit cards under the guise that the
16 customers authorized the billings by supposedly joining a savings program known as EasySaver
17 Rewards.  Both cases essentially represent the same class of people:  All persons residing in the
18 United States who (1) purchased merchandise from Proflowers.com, Red Envelope, Cherry
19 Moon Farms, Secret Spoon, or Sharri's Berries; and (2) had their credit card, debit card, or
20 PayPal account billed by EasySaver Rewards.  And both cases assert the same causes of action
21 against Provide-Commerce: breach of contract, breach of implied covenant of good faith and fair
22 dealing, breach of warranty, negligent misrepresentations, fraud, unfair business practice, false
23 advertising, conversion, and unjust enrichment.

24     In sum, both cases substantially overlap on factual and legal issues and thus should be
25 consolidated.

26 **IV.  CONCLUSION**

27     For the above reasons and in the interests of judicial economy, Plaintiffs respectfully
28 request the Court to order the above-captioned case to be consolidated with *Sledge v. Provide*

*Commerce, Inc.*, Case No. 09-CV-2094 and Plaintiffs to file a Consolidated Complaint within 30 days from entry of this order.

Dated:  October 19, 2009   HARRISON PATTERSON & O'CONNOR LLP

By:   /s/ *James R. Patterson*
  James R. Patterson

James R. Patterson, State Bar No. 211102
Alisa A. Martin, State Bar No. 224037
HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone:  (619) 756-6990
Facsimile:  (619) 756-6991
jpatterson@hpolaw.com
amartin@hpolaw.com

Isam C. Khoury, State Bar No. 58759
Michael D. Singer, State Bar No. 115301
Kimberly D. Neilson, State Bar No. 216571
COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101
Telephone:  (619) 595-3001
Facsimile:  (619) 595-3000
ikhoury@ck-lawfirm.com
msinger@ck-law.com
kneilson@ck-law.com

Gene J. Stonebarger, State Bar No. 209461
LINDSAY & STONEBARGER
A Professional Corporation
620 Coolidge Drive, Suite 225
Folsom, CA 95630
Telephone:  (916) 294-0002
Facsimile: (916) 294-0012
gstonebarger@lindstonelaw.com
*Attorneys for Plaintiffs Josue Romero and Deanna Hunt and the Proposed Class*

ANDRUS ANDERSON LLP

By:   /s/ *Jennie Lee Anderson*
  Jennie Lee Anderson

Jennie Lee Anderson, State Bar No. 203586
Lori E. Andrus, State Bar No. 205816
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:  (415) 986-1400
Facsimile:  (415) 986-1474
jennie@andrusanderson.com
lori@andrusanderson.com

| | |
|---|---|
| 1 | |
| 2 | Bruce Steckler |
|   | Burton LeBlanc |
| 3 | Melissa Hutts |
|   | BARON & BUDD, P.C. |
| 4 | 3102 Oak Lawn Avenue, Suite 1100 |
|   | Dallas, TX 75219 |
| 5 | Telephone: (214) 521-3605 |
|   | Facsimile: (214) 520-1181 |
| 6 | bleblanc@baronbudd.com |
|   | mhutts@baronbudd.com |
| 7 | bsteckle@baronbudd.com |
|   | *Attorneys for Plaintiff Bobbi Sledge and the Proposed Class* |

Lines 8–28 (blank)

Left margin: HARRISON PATTERSON O'CONNOR & KINKEAD LLP, 402 West Broadway, 29TH Floor, San Diego, CA 92101

-6-
MEMO ISO JOINT MOTION TO CONSOLIDATE RELATED CASES UNDER FEDERAL. RULES OF CIVIL PROCEDURE 42(A)

# ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: October 19, 2009                              /s/ *James R. Patterson*
                                                              James R. Patterson

James R. Patterson, State Bar No. 211102
Alisa A. Martin, State Bar No. 224037
HARRISON PATTERSON & O⌀CONNOR LLP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone:  (619) 756-6990
Facsimile:  (619) 756-6991
jpatterson@hpolaw.com
amartin@hpolaw.com

-7-
MEMO ISO JOINT MOTION TO CONSOLIDATE RELATED CASES UNDER FEDERAL. RULES OF CIVIL PROCEDURE 42(A)

# CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2009, I electronically filed the above document in *Romero v. Provide Commerce, Inc., et al.*, United States District Court, Southern District of California, Case No.: 09-CV-02111-MMA-BLM, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 19, 2009                    */s/ James R. Patterson*
                                                          James R. Patterson

James R. Patterson, State Bar No. 211102
Alisa A. Martin, State Bar No. 224037
HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991
jpatterson@hpolaw.com
amartin@hpolaw.com

HARRISON PATTERSON O'CONNOR & KINKEAD LLP
402 West Broadway
29TH Floor
San Diego, CA 92101

-8-
MEMO ISO JOINT MOTION TO CONSOLIDATE RELATED CASES UNDER FEDERAL. RULES OF CIVIL PROCEDURE 42(A)