MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN RE EASYSAVER REWARDS LITIGATION          No. 09-CV-2094-AJB(WVG)

HON. WILLIAM V. GALLO        CT. DEPUTY J. YAHL          RPTR.

Attorneys

Plaintiffs                                    Defendants

Kimberly Neilson                              Myron Cherry

Mazin Sbaiti                                  Jacie Zolna

                                              Leo Norton

A further telephonic Status Conference will be held in this case on June 11, 2012, at 8:00 AM.  If a signed Joint Motion for Approval of Settlement of Class Action is filed on or before June 8, 2012, the June 11, 2012 Status Conference will be vacated.

If a copy of the signed Joint Motion for Approval of Settlement of Class Action is not filed on or before June 8, 2012, counsel shall be prepared to explain the reasons therefor during the telephonic Status Conference.

All scheduling deadlines that are currently set between May 18, 2012 and June 8, 2012 are hereby extended until June 11, 2012.  If a copy of the signed Joint Motion for Approval of Settlement of Class Action is not filed on or before June 8, 2012, all scheduling dates that have been extended will have a deadline of June 11, 2012.

IT IS SO ORDERED.
DATED:  May 18, 2012

                                    Hon. William V. Gallo
                                    U.S. Magistrate Judge