Jennie Lee Anderson, State Bar No. 203586
Lori E. Andrus, State Bar No. 205816
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com
lori@andrusanderson.com

James R. Patterson, State Bar No. 211102
Alisa A. Martin, State Bar No. 224037
PATTERSON LAW GROUP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991
jim@pattersonlawgroup.com
alisa@pattersonlawgroup.com

*Co-Lead Interim Class Counsel for the Proposed Class*

*[Additional Co-Lead Class Counsel Listed On Signature Page]*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: EASYSAVER REWARDS LITIGATION<br><br>This Document Relates to all Actions | CASE NO.: 09-CV-02094-AJB (WVG)<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR (1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, (2) PROVISIONAL CLASS CERTIFICATION, (3) DISTRIBUTION OF CLASS NOTICE, AND (4) SCHEDULING OF FAIRNESS HEARING**<br><br>Date: July 13, 2012<br>Time: 1:30pm<br>Judge: Judge Battaglia<br>Courtroom: 12<br><br>**<u>CLASS ACTION</u>** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 13, 2012, at 1:30 p.m., at the United States District Court for the Southern District Of California, located at 940 Front Street, San Diego, California, Plaintiffs will and hereby do move before the Honorable Anthony J. Battaglia, courtroom 12, for an order from this Court: (a) preliminarily approving the proposed settlement; (b) provisionally certifying the Class and appointing Class Representatives and appointing Class Counsel; (c) approving the proposed notice and authorizing its dissemination; and (d) setting dates and procedures for the fairness hearing, including deadlines for Class members to object to or request exclusion from the settlement.

This Unopposed Motion For (1) Preliminary Approval Of Class Action Settlement, (2) Provisional Class Certification, (3) Distribution Of Class Notice, and (4) Scheduling Of Fairness Hearing ("Motion") is based on this Notice of Unopposed Motion and Motion, the accompanying Memorandum of Points and Authorities In Support Of Motion, the Declaration of Jennie Lee Anderson In Support Of Motion, all filed concurrently herewith, as well as the pleadings on file in this action, and upon such other matters, evidence, and arguments as may be presented to the Court before or at the hearing on the Motion.

Dated: June 13, 2012

ANDRUS ANDERSON LLP

By:  */s/ Jennie Lee Anderson*
Jennie Lee Anderson

Jennie Lee Anderson, State Bar No. 203586
Lori E. Andrus, State Bar No. 205816
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:  (415) 986-1400
Facsimile:  (415) 986-1474
jennie@andrusanderson.com
lori@andrusanderson.com

## CERTIFICATE OF SERVICE

I, Jennie Lee Anderson, hereby certify that on June 13, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record registered with the CM/ECF system.

Dated: June 13, 2012

ANDRUS ANDERSON LLP

By: */s/ Jennie Lee Anderson*
     Jennie Lee Anderson

Jennie Lee Anderson, State Bar No. 203586
Lori E. Andrus, State Bar No. 205816
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com
lori@andrusanderson.com