Jennie Lee Anderson, State Bar No. 203586
Lori E. Andrus, State Bar No. 205816
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:  (415) 986-1400
Facsimile:  (415) 986-1474
jennie@andrusanderson.com
lori@andrusanderson.com

James R. Patterson, State Bar No. 211102
Alisa A. Martin, State Bar No. 224037
PATTERSON LAW GROUP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone:  (619) 756-6990
Facsimile:  (619) 756-6991
jim@pattersonlawgroup.com
alisa@pattersonlawgroup.com

*Co-Lead Interim Class Counsel for the Proposed Class*

*[Additional Co-Lead Class Counsel Listed On Signature Page]*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: EASYSAVER REWARDS LITIGATION<br><br><br>This Document Relates to all Actions | CASE NO.: 09-CV-02094-AJB (WVG)<br><br>**DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF UNOPPOSED MOTION FOR (1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, (2) PROVISIONAL CLASS CERTIFICATION, (3) DISTRIBUTION OF CLASS NOTICE, AND (4) SCHEDULING OF FAIRNESS HEARING**<br><br>Date:  July 13, 2012<br>Time:  1:30pm<br>Judge:  Judge Battaglia<br>Courtroom: 12<br><br>**CLASS ACTION** |

I, Jennie Lee Anderson, do hereby declare and state as follows:

1.      I am a partner at law in the law firm of Andrus Anderson LLP.  I am duly admitted to practice before the courts of the State of California, including the United States District Court for the Northern District of California.  I am an attorney of record and Court-appointed Interim Co-Lead Class Counsel for Plaintiffs in the above-captioned matter.  I make this declaration based on my personal knowledge of the facts contained herein, or, where I do not have personal knowledge of the facts contained herein, I make this declaration on information and belief.  If called as a witness I could and would competently testify regarding the facts and assertions set forth herein.

2.      On December 15, 2010, the Parties all appeared before Magistrate William Gallo and participated in an Early Neutral Evaluation Conference for this case.  No settlement was reached, however, and the parties proceeded with full formal discovery.  On May 18, 2011, the counsel for Provide Commerce, Inc. ("Provide Commerce") and Recent Group, Inc. d/b/a Encore Marketing International and Encore Marketing International, Inc. ("EMI") (collectively "Defendants") and Plaintiffs conducted the first day-long private mediation session with the Honorable Leo S. Papas (Ret.), and, on May 20, 2011, Magistrate Judge Gallo convened a Mandatory Settlement Conference with the parties.  Despite these efforts, the case did not settle and litigation proceeded.  The parties continued to vigorously litigate the case for another year.  On October 7, 2011, Magistrate Judge Gallo convened another settlement conference with all Plaintiffs and their counsel.  No settlement was achieved, however.

3.      On April 9, 2012, the Parties conducted a second full-day mediation with the Honorable Edward A. Infante (Ret.).  During the mediation and settlement discussions, the parties engaged in negotiations that were at all times adversarial, non-collusive, and at arm's length.  The parties vigorously clashed over core issues such as the amount of the cash fund, the full transferability of the merchandise credits and the scope of allowable blackout dates.  With Judge Infante's assistance, and although the negotiation over the details of the settlement

1  continued in the weeks following the mediation, during this mediation session, the parties were

2  able to reach a settlement in principle on April 12, 2012.  The parties continued to negotiate the

3  details and remaining terms of the proposed settlement over the course of several weeks.  On

4  May 18, 2012, the parties again appeared before Magistrate Judge Gallo to report on the status

5  of the settlement discussions.  Judge Gallo ordered the parties to file a Joint Motion for

6  Approval of Settlement of Class Action on or before June 8, 2012.  On June 11, 2012, the

7  parties attended a telephonic hearing regarding the status of the settlement with Judge Gallo.

8  Throughout the negotiations, counsel for Plaintiffs considered factors such as the ongoing cost

9  of litigation, the potential damages, the risks of class certification and trial, and the possibility

10  of appeals following any judgment.  Given these considerations, I believe that the proposed

11  settlement is in the class' best interest.

12        4.      The parties continued to negotiate the remaining terms, and on June 13, 2012

13  they entered into the final proposed Settlement Agreement.

14        5.      Plaintiffs have investigated this case, using both formal and informal discovery

15  methods.  Prior to filing the lawsuit, counsel for Plaintiffs conducted substantial research

16  through public records and the Internet to verify the scope and nature of the conduct alleged.

17        6.      After filing the lawsuit, counsel for Plaintiffs continued their investigation and

18  aggressively sought formal discovery.  Plaintiffs propounded extensive written discovery,

19  including numerous document requests, interrogatories and requests for admission.  Plaintiffs

20  further filed several motions to compel discovery from EMI.

21        7.      Plaintiffs took seven corporate and fact depositions in California and Maryland

22  over the span of several months.

23        8.      Defendants produced more than 450,000 pages documents in the case.

24        9.      Plaintiffs' counsel expended significant time and resources reviewing the

25  documents produced, utilizing technology to enable them to fully analyze the weight of the

26  evidence produced.

1    10.    Plaintiffs' counsel also conducted extensive third party discovery, issuing at
2    least 22 nonparty document subpoenas to credit card companies and companies who
3    Defendants represented offered certain benefits to class members as part of the Rewards
4    Program.

5    11.    Plaintiffs' counsel retained and worked closely with source code experts who
6    evaluated Defendants' electronic code.

7    12.    Plaintiffs' counsel reviewed and analyzed discovery regarding Defendants' data
8    system, and retained and worked with a statistics expert to prepare potential damages models.

9    13.    Throughout the litigation, Plaintiffs' counsel continued to interview putative
10   Class members regarding their claims.

11   14.    Attached hereto as Exhibit 1 is a true and correct copy of the Parties' Settlement
12   Agreement And Release ("Settlement Agreement").

13   15.    At the time of settlement, I verified that the websites Provide Commerce
14   websites offered a selection of items under $20.

15   16.    Plaintiffs Romero and Bailey have been intimately involved in this case since
16   2009, gave lengthy depositions, attended multiple mandatory in-person settlement conferences
17   with the Court which required them to incur expenses, miss several days of work, forgo their
18   earnings on those days, responded to written discovery and provided amended responses
19   thereto, regularly consulted with Class Counsel and had their depositions taken.    Plaintiffs
20   Berentson, Jenkins and Cox, who joined the case later but also gave depositions, attended in-
21   person conferences with the Court, responded to extensive written discovery, consulted with
22   Class Counsel.  The other Class Representatives named in the operative complaint consulted
23   with Class Counsel and responded to extensive written discovery.

24   17.    My law firm intends to summarize the settlement on our website and provide a
25   link to the Claims Administrator's website.  Other class counsel has advised me that they intend
26   to do the same.

ANDERSON DECL. ISO MPA ISO PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT - 3
09-CV-02094-AJB (WVG)

1    18.    Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the firm resume of

2    Andrus Anderson LLP.

3    19.    Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the firm resume of

4    Patterson Law Group.

5    20.    Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the firm resume of

6    Baron & Budd, P.C.

7    21.    Attached hereto as <u>Exhibit 5</u> is a true and correct copy of the firm resume of

8    Cohelan Khoury & Singer.

9    22.    Counsel for Provide Commerce and EMI will not be opposing Plaintiffs' Motion

10   For (1) Preliminary Approval, (2) Provisional Class Certification, (3) Distribution Of Class

11   Notice, and (4) Scheduling Of Fairness Hearing ("Motion") and will file a Notice Of Non-

12   Opposition To Plaintiffs' Motion subsequent to Plaintiffs' Motion filing.

13

14   Dated: June 13, 2012

15                                                    ANDRUS ANDERSON LLP

16                                                    By:    _/s/ Jennie Lee Anderson_
                                                             Jennie Lee Anderson

17                                                    Jennie Lee Anderson, State Bar No. 203586
18                                                    Lori E. Andrus, State Bar No. 205816
                                                      ANDRUS ANDERSON LLP
19                                                    155 Montgomery Street, Suite 900
                                                      San Francisco, CA 94104
20                                                    Telephone:  (415) 986-1400
                                                      Facsimile:  (415) 986-1474
21                                                    jennie@andrusanderson.com
                                                      lori@andrusanderson.com
22

23

24

25

26

ANDERSON DECL. ISO MPA ISO PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT - 4
09-CV-02094-AJB (WVG)

CERTIFICATE OF SERVICE

1

2          I, Jennie Lee Anderson , hereby certify that on June 13, 2012, I electronically filed the

3   foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

4   such filing to all counsel of record registered with the CM/ECF system.

5

6   Dated: June 13, 2012

                                        ANDRUS ANDERSON LLP

7
                                        By:  _____/s/ Jennie Lee Anderson_____
8                                                  Jennie Lee Anderson

9                                       Jennie Lee Anderson, State Bar No. 203586
                                        Lori E. Andrus, State Bar No. 205816
10                                      ANDRUS ANDERSON LLP
                                        155 Montgomery Street, Suite 900
11                                      San Francisco, CA 94104
                                        Telephone:  (415) 986-1400
12                                      Facsimile:  (415) 986-1474
                                        jennie@andrusanderson.com
13                                      lori@andrusanderson.com

14

15

16

17

18

19

20

21

22

23

24

25

26

ANDERSON DECL. ISO MPA ISO PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT - 5
09-CV-02094-AJB (WVG)