# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: EASYSAVER REWARDS LITIGATION | Case No. 3:09-cv-02094-AJB (WVG)<br><br>ORDER |

**GOOD CAUSE APPEARING, AND BY STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT:**

The Joint Motion to Extend Deadlines Under Settlement Agreement and Order Preliminarily Approving Class Settlement is **GRANTED**. The following deadlines set forth in the Settlement Agreement and/or the Court's June 26, 2012 Order preliminarily approving the class settlement are extended to the following dates:

| Description | New Deadline |
|---|---|
| Email summary notice to class members. | **October 11, 2012** |
| Claims administrator to establish settlement website. | **October 11, 2012** |
| Send summary notice by mail to class members whose email notice was undeliverable. | **October 31, 2012** |
| Class Counsel to file its application for attorneys' fees and costs. | **November 26, 2012** |
| Deadline for class members to submit claim forms, object to settlement or exclude themselves from settlement. | **December 10, 2012** |

On January 25, 2012, at 1:30 p.m., this Court will hold a Fairness Hearing to determine whether the Settlement Agreement should be finally approved as fair, reasonable, and adequate. As provided in the table above, all papers supporting Plaintiffs' request for attorneys' fees and costs must be filed no later than November 26, 2012. All other papers supporting Final Approval of the Settlement Agreement must be filed no later than seven (7) calendar days before the Fairness Hearing. This Court may order the Fairness Hearing to be postponed, adjourned, or continued. If that occurs, Defendants will not be required to provide additional notice to class members. All other deadlines and time periods triggered off of the Fairness Hearing under the Settlement Agreement shall remain the same, but shall be based off of the new Fairness Hearing date.

**IT IS SO ORDERED.**

**DATED:  September 6, 2012**

_____
**Hon. Anthony J. Battaglia**
**U.S. District Judge**