Jennie Lee Anderson, State Bar No. 203586
Lori E. Andrus, State Bar No. 205816
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com
lori@andrusanderson.com

James R. Patterson, State Bar No. 211102
Alisa A. Martin, State Bar No. 224037
PATTERSON LAW GROUP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991
jim@pattersonlawgroup.com
alisa@pattersonlawgroup.com

*Co-Lead Interim Class Counsel for the Proposed Class*
*[Additional Co-Lead Class Counsel Listed On Signature Page]*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: EASYSAVER REWARDS LITIGATION<br><br>This Document Relates to all Actions | CASE NO.: 09-CV-02094-ALB (WVG)<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND MOTION FOR (1) ATTORNEYS' FEES AND COSTS AND (2) INCENTIVE AWARDS**<br><br>Date: January 25, 2013<br>Time: 1:30 p.m.<br>Judge: Hon. Anthony Battaglia<br>Courtroom: 12 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on January 25, 2013, at 1:30 p.m., this Court granted preliminary approval of the Class Action Settlement and ordered Defendants to provide notice to the Class, including notice of the requested amount of attorney fees, costs, and incentive awards. The required notice was provided. *To date, not a single class member objected to the requested fees, costs, or incentives, or any other aspect of the proposed Agreement.*

Consistent with the preliminarily approved agreement, Plaintiffs submit this Motion. The requested attorneys' fees, costs, and incentive awards should be finally approved since they are reasonable, are the product of an arms-length settlement negotiation through a neutral third-party mediator, are consistent with established state and federal precedent, and they have been agreed to by Defendants.

Dated: November 26, 2012                         PATTERSON LAW GROUP, APC


By: /s/ *Alisa A. Martin*
   Alisa A. Martin

James R. Patterson, State Bar No. 211102
Alisa A. Martin, State Bar No. 224037
PATTERSON LAW GROUP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991
jim@pattersonlawgroup.com
alisa@pattersonlawgroup.com


Jennie Lee Anderson, State Bar No. 203586
Lori E. Andrus, State Bar No. 205816
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com
lori@andrusanderson.com


Bruce Steckler

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mazin A. Sbaiti
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
bsteckle@baronbudd.com
msbaiti@baronbudd.com

Isam C. Khoury, State Bar No. 58759
Michael D. Singer, State Bar No. 115301
Kimberly D. Neilson, State Bar No. 216571
COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001
Facsimile: (619) 595-3000
ikhoury@ck-lawfirm.com
msinger@ck-law.com
kneilson@ck-law.com

*Class Counsel for Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I, Alisa A. Martin, hereby certify that on November 26, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record registered with the CM/ECF system.

Dated: November 26, 2012                    PATTERSON LAW GROUP, APC


                                            By: /s/ *Alisa A. Martin*
                                                Alisa A. Martin

                                            James R. Patterson, State Bar No. 211102
                                            Alisa A. Martin, State Bar No. 224037
                                            PATTERSON LAW GROUP
                                            402 West Broadway, 29th Floor
                                            San Diego, CA 92101
                                            Telephone: (619) 756-6990
                                            Facsimile: (619) 756-6991
                                            jim@pattersonlawgroup.com
                                            alisa@pattersonlawgroup.com

                                            Attorneys for Plaintiffs and the Class