Jennie Lee Anderson, State Bar No. 203586
Lori E. Andrus, State Bar No. 205816
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com
lori@andrusanderson.com

James R. Patterson, State Bar No. 211102
Alisa A. Martin, State Bar No. 224037
PATTERSON LAW GROUP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991
jim@pattersonlawgroup.com
alisa@pattersonlawgroup.com

*Co-Lead Interim Class Counsel for the Proposed Class*
*[Additional Co-Lead Class Counsel Listed On Signature Page]*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: EASYSAVER REWARDS LITIGATION<br><br>This Document Relates to all Actions | **CASE NO.: 09-CV-02094-ALB (WVG)**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JAMES R. PATTERSON IN SUPPORT OF MOTION FOR (1) ATTORNEYS' FEES AND COSTS, AND (2) INCENTIVE AWARDS**<br><br>Date: January 25, 2013<br>Time: 1:30 p.m.<br>Judge: Hon. Anthony Battaglia<br>Courtroom: 12 |

I, James R. Patterson declare:

1. I am an attorney licensed to practice by the State of California, and a shareholder of Patterson Law Group, APC, Class Counsel for Plaintiffs in this proceeding.

2. I make this declaration in support of Class Counsel's application for an award of

attorneys' fees and expenses in connection with services rendered by counsel for Plaintiffs in this litigation, of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

**SETTLEMENT BENEFITS**

3. Settlement has an estimated $38 million value for a nationwide class of online consumers in which the Class will have the opportunity to claim a cash refund of non-reimbursed monthly fees in connection with Rewards Programs and automatically receive a fully transferrable $20 Merchandise Code.

**HOURS**

4. As Co-Lead Class Counsel, I participated in all strategic and management decision-making in the case.

5. The chart attached as **Exhibit 1** summarizes the tasks and hours worked by my firm through the date of this declaration. The lodestar is based upon my firm's current billing rates. Additional time will be spent to prepare for the final approval hearing, implement the settlement, and attend to any other necessary matters. The chart was prepared from daily time records, which are available at the Court's request for in camera review. My firm spent 1,780.70 hours on this case. My firm's lodestar is $1,120,747.50. My firm's current hourly rates are similar to rates charged by firms that specialize in class action and complex litigation.

**COSTS**

6. As detailed in **Exhibit 2**, my firm has incurred a total of $50,194.89 in unreimbursed expenses in connection with the prosecution of this litigation. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

**EXPERIENCE**

7. With respect to the standing of counsel in this case, attached hereto as **Exhibit 3** is a brief biography of my firm and the attorneys who were principally involved in this litigation.

8. My law firm expended substantial time and costs this case on a contingency fee

basis, with no guarantee of compensation or reimbursement. This commitment also prevented my firm from taking on other matters.

**CLASS REPRESENTATIVES' EFFORTS**

9. The mediator endorsed the requested incentive awards: $15,000 for Josue Romero and Gina Bailey; $10,000 for Bradley Berentson, Grant Jenkins, Daniel Cox and Jennifer Lawler; and $5,000 for John Walters and Christopher Dickey. Those amounts are fair and reasonable in light of the Class Representatives' respective involvements, personal sacrifices, and achieved results.

10. The requested amounts reflect the involvement and time each Class Representative dedicated to the case:

   a. Romero and Bailey, among other things, have been involved in this case since inception, deposed, subjected to written discovery, required to travel and attend mandatory settlement conferences, and required to participate in other case related meetings and conference calls.

   b. Berentson, Jenkins, Cox and Lawler joined the case much later. They were required to travel to San Diego for depositions, were subjected to written discovery, and required to participate in numerous case related meetings and conference calls.

   c. Walters and Dickey joined the case even later. Unlike the other Class Representatives, they were not required to travel to San Diego for depositions. But they were, nevertheless, subjected to written discovery and required to participate in case related meetings and conference calls.

11. Additionally, Romero, Berentson, Jenkins, Cox, Lawler, Walters, and Dickey actively participated in the case by constantly communicating with my firm about the case, being available to answer any questions, reviewing documents, staying updated on the case's status, and conferring on various case issues, including settlement offers. They also provided our firm with considerable information about their online transactions that resulted in the alleged unauthorized credit and debit card charges. They also spent considerable time gathering and

1  obtaining bank statements and other relevant documents to support their claims. They also
2  assisted with evaluating information obtained from Defendants. Plus, their efforts were
3  instrumental with helping my firm prepare the pleadings and anticipated certification motion,
4  and achieving the preliminarily approved settlement.

5       I declare under penalty of perjury under the laws of the United States of America and the
6  State of California that the foregoing is true and correct to the best of my knowledge.

7       Executed on November 26, 2012.

8                                              /s/   *James. R. Patterson*
9                                                 James R. Patterson

EXHIBIT 1

# EXHIBIT 1

# PATTERSON LAW GROUP TIME REPORT
### *IN RE: EASYSAVER REWARDS LITIGATION*

### Inception through November 26, 2012

|   | **GENERAL DESCRIPTION** | **HOURS** | **RATE** | **LODESTAR** |
|---|---|---|---|---|
| **1.** | *Pre-Filing Tasks:* | 33 | $675 (JRP)[1] | $22,275 |
|   | Conducts numerous client and witness meetings; performed legal research and analysis; reviewed client documents; drafted complaint | 49 | $575 (AAM) | $28,175 |
| **2.** | *Post Filing Pleading Amendment:* | 55 | $675 (JRP) | $37,125 |
|   | Lead conference calls and other communications with opposing counsel; prepared motions to amend pleadings; drafted amended pleadings and researched issues related to same; participated in hearings regarding amendments | 153 | $575 (AAM) | $87,975 |
|   |   | 4.0 | $625 (AHG) | $2,500 |
| **3.** | *Discovery:* | 273.7 | $675 (JRP) | $184,747.50 |
|   | Propounded and responded to written discovery, including document requests, interrogatories, and requests for admissions; prepared witnesses for depositions; defended depositions; reviewed and analyzed documents; conferred with and managed clients; interviewed witnesses; reviewed, analyzed and coded documents; conducted meet and confers; interviewed and consulted with experts; researched and handled subpoenas issued to lead plaintiffs' email accounts | 147 | $575 (AAM) | $84,525 |
|   |   | 0.3 | $125 (PL) | $37.50 |
| **4.** | *Motion Practice:* | 245 | $675 (JRP) | $165,375 |
|   | Brought and opposed numerous motions and ex parte applications, including opposing multiple motions to dismiss, motions to strike, bringing and opposing motions to compel, moving to quash subpoenas, researching and preparing motion for class certification, requesting leave to file amended complaints, bringing joint motions on various matters. Also, consulted expert on motion related issues, including class certification, researched numerous issues related to motions and ex parte applications. | 251 | $575 (AAM) | $144,325 |
| **5.** | *Correspondence with Class Members:* | 23 | $675 (JRP) | $15,525 |
|   | Conducted witness interviews; communicated with class members | 53 | $575 (AAM) | $30,475 |

---

[1] JRP = James R. Patterson; AAM = Alisa A. Martin; HWH = Harry W. Harrison; MJO = Matthew J. O'Connor; AHG = Allison H. Goddard; PL = paralegal.

-1-

CASE NO.: 09-CV-2094-ALB-WVG

| | GENERAL DESCRIPTION | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| 6. | ***Prepare for Mediations and Settlement Conferences:*** | 29.1 | $675 (JRP) | $19,642.50 |
| | Prepared for and participated in multiple mediations and settlement conferences; consulted with expert on damage analysis; consulted with clients; prepared briefs; traveled to and attended mediations; lead post mediation conferences with mediator and defense counsel | 66.9 | $575 (AAM) | $38,467.50 |
| 7. | ***Attend Mediations and Settlement Conferences:*** | 27 | $675 (JRP) | $18,225 |
| | Traveled to and attended mediations and settlement conferences | 11 | $575 (AAM) | $6,325 |
| 8. | ***Settlement Agreement:*** | 66 | $675 (JRP) | $44,550 |
| | Negotiated terms and prepared settlement agreement and supporting documents; conferred with clients | 6 | $575 (AAM) | $3,450 |
| 9. | ***Motion for Approval:*** | 4 | $675 (JRP) | $2,700 |
| | Prepared motion for preliminary approval; attend matters re class members and claims administrator; reviewed and analyzed claims data; prepared motion for attorney fees and incentives | 46 | $575 (AAM) | $26,450 |
| 10. | ***General Case Management Issues:*** | 198 | $675 (JRP) | $133,650 |
| | Met and conferred with co-counsel and opposing counsel over various case management and scheduling issues; prepared statements; attended case management hearings; developed case strategy; prepared for and attend MDL and handled matters related to same | 23.7 | $575 (AAM) | $13,627.50 |
| | | 14 | $675 (HWH) | $9,450 |
| | JRP TOTAL | **953.80** | **$675** | **$643,815** |
| | AAM TOTAL | **806.60** | **$575** | **$463,795** |
| | HWH TOTAL | **14.00** | **$675** | **$9,450** |
| | MJO TOTAL | **2.00** | **$575** | **$1,150** |
| | AHG TOTAL | **4.00** | **$625** | **$2,500** |
| | PL TOTAL | **0.3** | **$125** | **$37.50** |
| | COMBINED TOTAL | **1780.70** | | **$1,120,747.50** |

Exhibit 1                                                                                       CASE NO.: 09-CV-2094-ALB-WVG

EXHIBIT 2

# EXHIBIT 2

## PATTERSON LAW GROUP COST REPORT
*IN RE: EASYSAVER REWARDS LITIGATION*

**Inception through November 26, 2012**

| | EXPENSES | AMOUNT |
|---|---|---|
| 1. | Assessments | $17,500 |
| 2. | Outside Copies | $2,441.94 |
| 3. | In-house Reproduction/Copies | $783.56 |
| 4. | Court Costs & Filing Fees | $525.24 |
| 5. | Court Reporters & Transcripts | 0.00 |
| 6. | Computer Research | $19,194.40 |
| 7. | Telephone & Facsimile | 0.00 |
| 8. | Postage/Express Delivery/Courier | $506.91 |
| 9. | Professional Fees (investigator, accountant, etc.) | 0.00 |
| 10. | Experts | 0.00 |
| 11. | Witness / Service Fees | $781.23 |
| 12. | Travel: Airfare | $4,105.43 |
| 13. | Travel: Lodging/Meals | $3,960.52 |
| 14. | Travel: Car rental/cabfare/parking | $395.66 |
| 15. | Miscellaneous | $0 |
| | **TOTAL** | **$50,194.89** |

EXHIBIT 3


PATTERSON LAW GROUP

Patterson Law Group is a San Diego, California based commercial litigation firm that focuses on complex class action litigation, including consumer protection, privacy, and employee rights. Founder James Patterson has been recognized as a leader on both the state and national levels, and has been appointed lead counsel, or co-lead counsel in more than 35 state and federal class actions.

## CONSUMER PROTECTION CLASS ACTIONS

Our consumer advocacy practice is focused on protecting privacy and consumer rights. We have prosecuted more than 35 class actions involving various consumer protection issues. Representative cases that have been certified as class actions and prosecuted to judgment include: (1) *Shabaz, Korn v. Polo Ralph Lauren Corp.*, Case No. SA CV 07-1349 AG (US Dist. Ct.) (class receiving benefits of more than $10 million); (2) *Anderson v. United Retail Group*, Case No. 37-2008-00089685-CU-BT-CTL (San Diego Sup. Ct.) (class receiving benefits of approximately $4.2 million); (3) *McCarthy v. Euromarket*, Case No. 37-2008-00085041-CU-BT-CTL (San Diego Sup. Ct.) (class receiving benefits of approximately $6 million) (4); *Johnson v. New York & Company*, Case No. 37-2008-00080567-CU-BT-CTL, (San Diego Sup. Ct.) (class receiving benefits of approximately $5 million).

We are currently involved in a number of class actions pending in federal court challenging deceptive marketing practices, including: (1) *In re: Hydroxycut Marketing and Sales Practices Litigation*, MDL No. 2087; (2) *Cox v. Clarus Marketing Group, LLC*, Case No. 3:11-cv-02711-H-RBB (S.D. Cal.); (3) *Berry v. Webloyalty.com, Inc.*, Case No. 11-55764 (9th Cir. Court of Appeals);.

We are also currently involved in class actions brought on behalf of consumers nationwide alleging unfair practices arising from the systematic and arbitrary reduction of their credit lines, including *Winkler v. Citibank*, Case No. 09-cv-1999-BTM-CAB (S.D. Cal.); *Brewster v. USAA Federal Savings Bank*, Case No. 10-CV-1633-JAH-BLM (S.D. Cal.); *Vess v. Bank of America*, Case No. 3:10-CV-00920-JAH-NLS (S.D. Cal.); *O'Leary v. Wells Fargo Bank*, Case No. 2:10-CV-01913-MCE-GGH (E.D. Cal.).

## EMPLOYEE RIGHTS ACTIONS

Our employee protection practice includes prosecution and trial of both individual and class cases. Recent class cases currently being litigated or resolved include: (1) *LaMasa, et al. v. INDYMAC Resources, Inc.*, Case No. 626836 (Stanislaus County Sup. Ct.) (over $3,000,0000 in compensation recovered on behalf of former employees after bank failure and seizure by FDIC); (2) *DeLapp v. Union Bank*, Case No. CGC-10-500638 (San Francisco Sup. Ct.) (over $1,800,000 recovered for former employees for lost vacation pay); (3) *Fletcher v. The Toro Company*, Case No. 37-2008-00095573 (San Diego Sup. Ct.) (approximately $1,000,000 in compensation recovered for the class of only 119 people); (4) *Von Retteg v. La Costa Limousine*, Case No. 37-2008-00086676 (San Diego Sup. Ct.) (approximately $300,000 in compensation recovered for a small class of limousine drivers); (5) *Chase, et al. v. Rite Aid Corp.*, Case No. (Los Angeles County Sup. Ct.) (wage and hour class action on behalf of pharmacists employed by Rite Aid); (5) *Zapata v. BAE Systems*, Case No. 37-2008-00081654 (San Diego Sup. Ct.) (wage and hour class action); (6) *Johnson v. U.S. Vision, Inc, et al.*, Case No. 37-2010-00086511 (San Diego Sup. Ct.) (wage and hour class action); (7) *Ives v. Fidelity National Title*, Case No. 37-2009-00087068 (San Diego Sup. Ct.) (wage and hour class action); (8) *Yanez v. Gordon Trucking, Inc.*, Case No. 10cv324 (E.D. Cal.).

## TRIAL EXPERIENCE

While we take pride in our ability to appropriately evaluate and favorably resolve complex cases, we are ready, willing, and able to vigorously litigate any case through trial. The attorneys at Patterson Law Group have significant trial experience, including notable results in *Ichor Medical Systems v. Walters* ($14 million jury verdict, S.D. Cal.) and *Oris Medical Systems v. Allion Healthcare* ($4 million settlement reached mid-trial; San Diego Sup. Ct.). Collectively, Patterson Law Group's attorneys have tried more than 20 jury trials.

## ATTORNEYS

**Jim Patterson** is the founding member and the head of the consumer and

employment class action practice at Patterson Law Group. He has been consistently recognized as a leader in class actions and commercial litigation by his peers, the media, and numerous courts. After graduating from law school in 2000, Jim joined the law firm of Cooley LLP in San Diego, California. Cooley is a large national firm that focuses, on complex litigation, including class action defense. Jim left Cooley in 2006 to found the law firm of Harrison Patterson & O'Connor. In 2011, the partners of Harrison Patterson & O'Connor decided to separate their respective practice areas and Jim founded Patterson Law Group, which focuses exclusively on consumer and employee class actions. Jim has spent the last decade successfully litigating complex cases, including numerous class actions. He has been appointed lead counsel in numerous state and federal class action cases, and has recovered hundreds of millions of dollars in benefits for his clients and class members. Jim has been asked to speak at numerous seminars and testify before the California Legislature as to important proposed legislation.

**Allison Goddard** joined Patterson Law Group at its inception. After graduating from law school in 2000, Ali joined the law firm of Cooley LLP in San Diego, California, where she focused her practice on class actions and complex litigation. She left Cooley in 2004 to found the litigation boutique firm Jaczko Goddard. There, Ali concentrated on intellectual property and general business litigation. In 2011, she joined Patterson Law Group at its inception to continue working on intellectual property matters and complex class actions. Ali is very active in the legal community and has served as President of the San Diego Chapter of the Federal Bar Association, Vice Chair of the Host Committee for the 2012 Federal Bar Association National Meeting and Convention. She is currently a Lawyer Representative from the Southern District of California to the Ninth Circuit Judicial Conference.

**Alisa Martin** joined Patterson Law Group at its inception. After graduating for law school in 2002, Alisa joined the law firm of Cooley LLP in San Diego, California. She spent eight years at Cooley LLP and then left to join Harrison Patterson & O'Connor LLP. After two years at that firm, she joined Patterson Law Group to focus exclusively on consumer and employment class actions. She is a well recognized advocate for consumers and employees and has prosecuted and defended numerous state and federal class actions. Alisa's training and experience at Cooley, a large national defense firm,

provides her with invaluable insight into large corporations' inner-workings and decision making process. Alisa also is a trained clinical therapist, which honed her communications skills and ability to understand her clients' needs.

**Matt O'Connor** spent 6 years with as a government prosecutor with the Contra Costa County District Attorney's Office, and 6 years with Harrison Patterson & O'Connor LLP prior to joining Patterson Law Group. He has litigated more than 20 consumer and employee class actions, and has tried over forty cases to verdict. Matt's training and experience as a government attorney prosecuting individuals who profit from data breaches and identity theft, many through jury trial, gives him a unique perspective on how to combat consumer fraud on a large scale. His courtroom experience is an invaluable asset which he draws upon to reach successful resolution of complex class action cases, both in the consumer protection and employment areas of law. Matt is a graduate of the University of California at Davis, and then Santa Clara University School of Law, where he finished Cum Laude and with a High Technology Certificate.