Jennie Lee Anderson, State Bar No. 203586
Lori E. Andrus, State Bar No. 205816
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com
lori@andrusanderson.com

James R. Patterson, State Bar No. 211102
Alisa A. Martin, State Bar No. 224037
PATTERSON LAW GROUP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991
jim@pattersonlawgroup.com
alisa@pattersonlawgroup.com

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: EASYSAVER REWARDS LITIGATION | ) <br> ) <br> ) <br> ) <br> ) LEAD CASE NO.: 09-CV-2094-AJB-WVG <br> ) <br> ) **CLASS ACTION** <br> ) <br> ) **DECLARATION OF ISAM C. KHOURY** <br> ) **IN SUPPORT OF PLAINTIFFS'** <br> ) **APPLICATION FOR ATTORNEYS'** <br> ) **FEES AND COSTS** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

I, Isam C. Khoury declare:

1. I am an attorney licensed to practice by the State of California, and a partner of the law firm Cohelan Khoury & Singer, Class Counsel for Plaintiffs in this proceeding.

2. I make this declaration in support of Class Counsel's application for an award of attorneys' fees and expenses in connection with services rendered by counsel for Plaintiffs in this

litigation, of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

3. The tasks undertaken by my firm can be summarized as follows: drafting and editing pleadings, tracking MDL proceedings, meeting and corresponding with clients, drafting discovery and reviewing responses as well as conducting extensive document review and drafting summaries, preparing responses to discovery and obtaining information and documents from clients, preparing for depositions and attending depositions, reviewing and analyzing deposition transcripts, working with outside investigators, consultants and experts, making appearances in court, conducting legal and on-line research, drafting and editing motions including motions to compel discovery and opposing multiple Motions to Dismiss, corresponding and summarizing discussions with co-counsel and opposing counsel, reviewing and editing correspondence, attending mediation and assisting with mediation preparation, and participating in attorney meetings and strategy sessions.

4. The schedule attached hereto as Exhibit 1 is a summary indicating the hours worked by the partners, associates, and professional support staff who were involved in this litigation at my firm, by category, through the date of this declaration (additional time will be spent in preparation for the settlement hearing, any further proceedings, and in implementing the settlement), and the lodestar calculation based upon my firm's current billing rates. Time spent in preparing this application for fees is not included. The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm, which are available at the request of the Court for in camera review. My firm has spent 878.5 hours on this litigation from the inception of the case through November 26, 2012. The total lodestar amount based on the firm's current rates is $445.937.50. The hourly rates set forth in Exhibit 1 are my firm's regular hourly rates and similar to the rates charged by litigation firms in the area for complex litigation.

5. As detailed in Exhibit 2, my firm has incurred a total of $34,112.63 in unreimbursed expenses in connection with the prosecution of this litigation. The expenses incurred in this action are reflected on the books and records of my firm. These books and

records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

6.     With respect to the standing of counsel in this case, attached hereto as Exhibit 3 is a brief biography of my firm and partners in my firm who were principally involved in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 26th date of November, 2012.

*/s/Isam C. Khoury*
**ISAM C. KHOURY**

Bruce Steckler
Mazin A. Sbaiti
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
bsteckle@baronbudd.com
msbaiti@baronbudd.com

Isam C. Khoury, State Bar No. 58759
Michael D. Singer, State Bar No. 115301
Kimberly D. Neilson, State Bar No. 216571
COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001
Facsimile: (619) 595-3000
ikhoury@ckslaw.com
msinger@ckslaw.com
kneilson@ckslaw.com

*Additional Co-Lead Class Counsel for Plaintiffs and the Class*

EXHIBIT 1

EXHIBIT 1

**IN RE: EASYSAVER REWARDS LITIGATION**

**COHELAN KHOURY & SINGER**

**TIME REPORT – Inception through November 26, 2012**

| Name/Position[1] | Hours | Hourly Rate | Lodestar |
|---|---|---|---|
| Cohelan, Timothy (P) | 72.10 | $750 | $54, 075.00 |
| Khoury, Isam (P) | 149.40 | $700 | $104,580.00 |
| Singer, Michael (P) | 165.25 | $700 | $115,675.00 |
| Neilson, Kimberly (A) | 489.50 | $350 | $171,325.00 |
| Worden, Amber (PL) | 2.26 | $125 | $282.50 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL** | 878.51 | | $445,937.50 |

---

[1] Partner (P), Associate (A), Paralegal (PL)

EXHIBIT 2

EXHIBIT 2

**IN RE: EASYSAVER REWARDS LITIGATION**

**COHELAN KHOURY & SINGER**

**TIME REPORT – Inception through November 29, 2012**

| Type of Expense | Amount |
|---|---|
| Assessments | $27,500.00 |
| Outside Copies | $0.00 |
| In-house Reproduction/Copies | $4,470.25 |
| Court Costs & Filing Fees | $128.00 |
| Court Reporters & Transcripts | $0.00 |
| Computer Research | $46.59 |
| Telephone & Facsimile | $0.00 |
| Postage/Express Delivery/Courier | $480.33 |
| Professional Fees (investigator, accountant, etc.) | $204.04 |
| Experts | $0.00 |
| Witness / Service Fees | $0.00 |
| Travel: Airfare | $843.20 |
| Travel: Lodging/Meals | $23.97 |
| Travel: Car rental/cabfare/parking | $416.25 |
| Miscellaneous | $0.00 |
| **TOTALS** | **$34,112.63** |

EXHIBIT 3

EXHIBIT 3

# Cohelan Khoury & Singer

A PARTNERSHIP OF PROFESSIONAL LAW CORPORATIONS

TIMOTHY D. COHELAN,* APLC
ISAM C. KHOURY, APC
DIANA M. KHOURY, APC
MICHAEL D. SINGER,• APLC

(* Also admitted in the District of Columbia)
(• Also admitted in Colorado)

**ATTORNEYS AT LAW**

**605 "C" STREET, SUITE 200**
**SAN DIEGO, CALIFORNIA 92101-5305**
**Telephone: (619) 595-3001**
**Facsimile: (619) 595-3000**

**www.ckslaw.com**

JEFF GERACI
J. JASON HILL†
KIMBERLY D. NEILSON

(† Also admitted in Illinois)
(⌂ Of Counsel)

**TIMOTHY D. COHELAN** and **ISAM C. KHOURY** are the founding partners of **COHELAN KHOURY & SINGER**, a civil litigation firm established in 1981. Since 1987, Cohelan Khoury & Singer has specialized in class action cases and has been certified as class counsel and lead counsel in numerous state and federal court cases throughout the United States. The firm has successfully prosecuted several class actions representing diverse groups of victims including urban homeless entitled to emergency shelter; victims of a national health insurance fraud scheme; retirees entitled to pension benefits; defrauded investors; and workers entitled to back wages and expense reimbursement.

Cohelan Khoury & Singer has a broad array of experience in prosecuting class action cases. The firm has successfully achieved a groundbreaking reversal of a class certification denial in the published case of *Hicks v. Kaufman and Broad* (2001) 89 Cal.App.4th 908 and has achieved statewide recognition for pro bono public interest work including successful cases prosecuted on behalf of homeless persons in *Hoffmaster v. City of San Diego* (1997) 55 Cal.App.4th 1098.

Cohelan Khoury & Singer's public interest work has been recognized in numerous cases including that of United States District Court Judge Milton Pollack, a Senior United States District Court Judge for the Southern District of New York, who has publicly stated that he had "seen no similar indication of a public service rendered by any group of lawyers in all the years I have practiced law myself, which is for 38, or the 27 years that I have been on the bench." Judge Pollack's comments came in connection with a class action case brought on behalf of thousands of victims of health insurance fraud across the nation.

The firm has substantial trial experience in class action, representative, and complex litigation, as well as individual matters. For example, the firm obtained a $3.5 million judgment in a certified case against the State of Hawaii Child Support Enforcement Agency for wrongful retention of child support monies. The agency was ordered to conduct an accounting and pay the funds to the custodial parents. The firm has also represented large numbers of individuals collectively for construction defect claims and major investment frauds, recovering monies related to cracked slab foundations and defrauded investors of Ponzi schemes.

Cohelan Khoury & Singer's diverse practice currently includes representation of, among others, employees contesting wage and hour violations as well as California gasoline wholesale purchasers (dealers) for alleged antitrust violations of the Sherman Action relating to the distribution of gasoline.

Cohelan Khoury & Singer has certified classes in heavily contested hearings against the following entities:

1. Atlantic Richfield Corporation, Chevron Corporation, Exxon Corporation, Mobil Oil Corporation, Shell Oil Company, Texaco, Inc., Tosco Corporation, Ultramar Corporation, and Unocal Corporation
2. Empire Blue Cross/Blue Shield
3. Pioneer Mortgage
4. Liebert Corporation
5. PaineWebber, Inc.
6. Dayton Hudson Corp.
7. Chartwell Financial
8. Cal Fed, Inc.
9. Jones, American Thrift
10. Service Technicians, Inc.
11. Kaufman & Broad
12. Washington Mutual Bank
13. Albertson's, Inc.
14. Wells Fargo Home Mortgage, Inc.
15. Brinker Restaurant Corp.
16. FedEx Ground Package System
17. Ethan Allen, Inc.
18. State of Hawaii Child Support Enforcement Agency
19. Victoria Apartments
20. AT&T Wireless Services, Inc.
21. Farmers Insurance Company
22. City of San Diego
23. Lewis Homes of California
24. Freedom Communications, Inc. d/b/a The Orange County Register
25. California Pizza Kitchen
26. Raytheon Company
27. Les Schwab Tire Centers of California, Inc.
28. Certified Class Counsel in close to 100 settlement classes

COHELAN KHOURY & SINGER has obtained numerous verdicts, judgments, or settlements since September 1993. Listed below are a few of the more recent examples of cases the firm has played a central role in the resolution of and which have received final approval by the Court:

- *Bennett v. Countrywide*, San Diego Superior Court, Case No. GIC840981 [expense reimbursement claim by commission employees];
- *Evans v. Washington Mutual Bank*, Orange County Superior Court Case No. 02CC15415 [expense reimbursement and wage deduction claim by commission employees];
- *Gonzalez, et al. v. Freedom Communications, Inc. d/b/a The Orange County Register*, Orange County Superior Court Case No. 03CC08756 [home delivery carriers misclassified as "independent contractors"];
- *Aravena v. Cisco Systems, Inc.*, Orange County Superior Court Case No. 07CC01367 [OT misclassification claim by IT employees];
- *Venturini v. Genentech, Inc.*, San Francisco Superior Court Case No. CGC-09-492494 [OT misclassification claim by IT employees];
- *Durrani v. Western Digital Corporation, et al.*, Orange County Superior Court Case No. 30-2009-00268212 [OT misclassification claim by IT Employees];
- *Watson v. Raytheon Company*, United States District Court, Southern District of California Case No. 10CV0634 [Ot misclassification claim by IT employees];
- *Bills v. Sutter Health*, Alameda Superior Court Case No. RG09465894 [Ot misclassification claim by IT employees];
- *Smith v. California Pizza Kitchen*, San Diego Superior Court Case No. 37-2008-00083992 [OT misclassification claims by managers and assistant managers];
- *Dunn v. The Kroger Company, et al.*, Los Angeles Superior Court Case No. Case No. BC323252 [meal and rest break claims]; and
- *Gallen v. Gambro Healthcare, Inc.*, Orange County Superior Court Case No. 04CC00571 [OT claims by nurses].

**TIMOTHY D. COHELAN**, Founding Partner, author of *Cohelan on California Class Actions* (Thomson-West, 1997-2012, updated annually), is the son of the late Jeffery Cohelan, former California Congressman. He is a 1974 graduate of California Western School of Law, where he was a law review editor. Mr. Cohelan served as an Officer in the U.S. Navy from 1968 to 1971 and received a B.A. from the University of Arizona in 1967. Mr. Cohelan was admitted to the State Bar of California in 1974, and was admitted to the Bar in the District of Columbia in 1996. He also served as the Chairman of the San Diego Coast Regional Commission from 1978 to 1981. From 1982 to 2006 Cohelan served the San Diego Superior Court as a Judge Pro Tem, hearing and ruling on hundred of matters during his service.

Timothy Cohelan was named a "California Lawyer of the Year" by California Lawyer Magazine (Clay Award) in 1996. Mr. Cohelan's memberships include former member of the Board of Governors of the Association of Business Trial Lawyers for San Diego County, member

of the American Bar Association and the Consumer Attorneys of California and San Diego County Bar Association. His main areas of practice include class action, civil, wage and hour and antitrust cases.

Mr. Cohelan currently serves as a Board Member of San Diego Volunteer Lawyer Program, a non-profit successor of Legal Aid. As an advocate for the homeless, Cohelan received San Diego County Bar Association honors for community service in connection with his work on behalf of SDVLP on an important class action case impacting homeless shelter locations.

**ISAM C. KHOURY,** Founding Partner, is a 1970 graduate of the University of California at San Diego and received a law degree from Hastings School of Law in 1973. Mr. Khoury is a member of the State Bar of California, admitted in 1974, the San Diego County Bar Association, Consumer Attorneys of San Diego and Consumer Attorneys of California. He has successfully litigated numerous complex civil matters to verdict, jury and non-jury. His main areas of practice include civil tort litigation, personal injury, business torts, antitrust and class action cases.

In recent years, Mr. Khoury has emphasized wage and hour class action litigation, including all aspects of overtime eligibility and the evolving nature of California and federal employment law. He has been approved as a continuing legal education lecturer and has participated in seminars on class action wage and hour issues, the complexities of mediation, and the procedural requirements involved in class action settlements.

**DIANA M. KHOURY,** Partner, received a law degree from Western State University in 1986 and is a graduate of San Diego State University, where she received her B.S. in 1975. She is a member of the State Bar of California, admitted in 1987. Ms. Khoury is also a member of the San Diego County Bar Association, Consumer Attorneys of San Diego, Consumer Attorneys of California, American Bar Association and The Association of Trial Lawyers of America. She has served on the Board of Directors for the Consumer Attorneys of San Diego for years 2010, 2011, and 2012, and has served on numerous committees over the years for the Consumer Attorneys of California and the San Diego County Bar Association. Ms. Khoury has been a member of the American Association for Justice since 1987.

Upon being admitted to the State Bar of California, a major focus of Ms. Khoury's practice has been on consumer rights litigation, and has included civil tort litigation, personal injury, and business torts. Throughout her career, she has taken numerous jury trials to verdict. She has been a lecturer for Mandatory Continuing Legal Education regarding class actions. Ms. Khoury currently represents employees in wage and hour class actions, where her recognized specialty is class action resolution.

**MICHAEL D. SINGER**, Managing Partner, is a 1984 graduate of U.C. Hastings Law School. He graduated magna cum laude from San Francisco State University in 1980 with a B.A. in English. He was admitted to the State Bar of California in 1984 and the State Bar of Colorado in 2001. He is a member of the California Employment Lawyers Association (CELA) and the San Diego County Bar Association. He is the author of the opening chapter overview on California wage and hour law in *California Wage and Hour Law: Compliance and Litigation* (CEB 2010-2012). Mr. Singer serves on the LAS-ELC Board of Directors. His main areas of practice include employment wage and hour, consumer, and unfair competition class actions and appellate practice.

Mr. Singer regularly contributes amicus curiae briefs on employment issues for CELA and also serves as wage and hour amicus liaison for CELA, reviewing and coordinating amicus filings on wage and hour issues in the California Supreme Court and Courts of Appeal. With regard to CELA, he has acted as amicus curiae liaison, coordinating, drafting or co-drafting amicus letters and briefs on a wide range of labor law issues in the rapidly developing decisional law, supporting Review in the Supreme Court, and publication or depublication of Court of Appeal decisions in the following cases since 1/1/08: *Chindarah v. Pick up Stix*, 171 Cal. App. 4th 796 (2009); California Superior Court Case No. S171864 [regarding propriety under Labor Code section 206.5 and California Rules of Court of settling with absent class members without court supervision prior to class certification] (Supporting Petition for Review; Review Denied), *Lu v Hawaiian Gardens Casino*, California Supreme Court Case No. S171442 [whether a private cause of action exists under the Labor Code for tip pooling violations](Review Granted), *Brinkley v Public Storage*, 198 P.3d 1087 (2009); California Supreme Court Case No. S168806 [denying class certification of rest and meal period claims](Review Granted), *Estrada v. Fedex Ground Package System*, 154 Cal. App. 4th 1 (2007); California Supreme Court Case No. S156595 [judgment finding drivers entitled to expense reimbursement] (supporting opposition to Review; Review denied), *Group Brewer v Premier Golf*, 168 Cal. App. 4th 1243 (2008); California Supreme Court Case No. 169666 [holding punitive damages unavailable in connection with wage claims] (supporting Petition for Review; Review Denied), *Christler v. Express Messenger*; California Supreme Court Case No. S171439 [jury verdict finding employees independent contractors] (supporting Petition for Review; Review Denied), *Watkins v. Wachovia*, 172 Cal. App. 4th 1576 (2009); California Court of Appeal Case No. B199982 [affirming dismissal of appeal following denial of class certification based on employee severance agreement resolving claims (depublication request pending), *Ghazaryan v. Diva Limousine*, 169 Cal. App. 4th 1524 (2008); California Court of Appeal Case No. B201509 [reversing class certification denial] (publication request granted), *Bufil v Dollar Financial Group*, 162 Cal. App. 4th 1193 (2008); California Court of Appeal Case No. A118143 [reversing certification denial of meal period claims applying collateral estoppels] (publication request granted) *Kurian v. U.S. Mortgage Capital*, California Court of Appeal Case No. B201013 [regarding propriety of wage compromises under Labor Code section 206.5] (publication requiest denied) *BCBG Overtime Cases*, 163 Cal. App. 4th 1293 (2008); California Supreme Court Case No. S165348 [propriety of defendant bringing preemptive motion to deny class certification] (depublication request denied); *Kenny v Supercuts*, 252 F.R.D. 641 (2008); United State District Court Case No. C 06-07521 CRB, *Salazar v Avis*, 251 F.R.D. 529 (2008), United State District Court Case No.

07-CV-0064-IEG-WMC [denying certification of rest and meal period claims] (request that 9th Circuit Court of Appeals certify question to the California Supreme Court denied), and *Methodist Hospital v Superior Court*, California Court of Appeal Case No. B208295 [ruling a private right of action exists for rest and meal period claims under Labor Code section 226.7] (supporting opposition to Petition for Writ; Writ denied), among many others.

Mr. Singer is a contributor to the Los Angeles Daily Journal, having authored articles on the California Court of Appeal decision in *Parris v. Superior Court* regarding communications with absent class members (May, 2003), SB 796 (Dunn, D-Garden Grove), California's Private Attorney General Law providing employees a private right of action against employers for civil penalties under the Labor Code (October 2003), the California Court of Appeal decision in *Bell v. Farmers Ins. Exch.* and its guidance for the use of statistical sampling and extrapolation to prove aggregate class-wide damages (February 2004), and the then-pending Supreme Court decision regarding Sav-On and Overtime Class Suits.

He is an MCLE lecturer on class action procedure and wage and hour issues and has argued appeals in the Second, Third, and Ninth Federal Circuit Courts of Appeals, as well as the Second and Fourth California District Courts of Appeal. Published decisions include *Hicks v. Kaufman and Broad Home Corp.* (2001) 89 Cal.App.4th 908 (reversing the denial of certification of a class of home buyers for construction defects), *Hicks v. Superior Court* (2004) 115 Cal.App.4th 77 (challenging implied construction warranty disclaimers), *Federal Home Loan Mortgage Corp. v. La Conchita Ranch Co.* (1998) 68 Cal.App.4th 856 (defending challenge to attorney disqualification),and *Save Our NTC, Inc. v. City of San Diego* (2003) 105 Cal.App.4th 285 (challenging private development of former naval training center). He also contributed to the briefing of *Aguilar v. Atlantic Richfield, et al.* (2001) 25 Cal.4th 826 (summary judgment of antitrust claim of certified class of 20 million California drivers).


**JEFF GERACI**, Of Counsel, is a 1982 graduate of Pitzer College with a degree in Sociology.  He is a 1990 graduate of the University of San Diego School of Law, and has practiced employment law for over seventeen years.  He has handled matters in California state and federal trial and appellate courts, and before many administrative agencies, including the California Division of Labor Standards Enforcement, the Department of Fair Employment and Housing, the Equal Employment Opportunity Commission, the California State Personnel Board, the California Board of Psychology, and the California State Commission for Teacher Credentialing.

Mr. Geraci has provided counseling and representation in all areas of employment law, including wrongful termination, employment discrimination, sexual harassment, and wage and hour laws.  His practice is now focused on class actions, including wage and hour class action litigation and consumer actions.

Mr. Geraci's published decisions include *McAlindin v. County of San Diego* (1999) 192 F.3d 1226 [reversing summary judgment in a disability discrimination case] and *Araiza v. National Steel and Shipbuilding* (S.D. Cal. 1997) 973 F. Supp. 963 [denying mandatory arbitration of employment claims under a collective arbitration agreement].

Mr. Geraci is a member of the Labor and Employment Law sections of the California and San Diego County Bar Associations, and has served as Editor of the Employment Law column for the Consumer Attorneys of San Diego monthly publication, *Trial Bar News*. He is a past recipient of the Wiley W. Manuel Award for Pro Bono Service.

**J. JASON HILL**, Attorney, is a 1992 graduate of the University of Illinois at Ubrana-Champaign and holds a B.A. in Philosophy, Political Science and Communications. In 1995, he received his J.D. degree from California Western School of Law, where he was a member of the Law Review an International Law Journal, as well as editor of the Telecommunications Law Forum. Currently, Mr. Hill is admitted to the bar in both California and Illinois, and is a broker licensed by the California Department of Real Estate. He maintains memberships not only with the San Diego County Bar Association, but also the National Association of Realtors, the California Association of Realtors and the San Diego Association of Realtors.

Prior to joining Cohelan Khoury & Singer, Hill represented large institutional clients in a variety of civil litigation settings, including insurance coverage, employment law, health care law, general and professional liability, as well as, premises and product liability claims. He has particular emphasis on all aspects of professional liability claims in a healthcare setting, as well as claims brought pursuant to the Emergency Medical Treatment and Active Labor Act (EMTALA) and the Elder Abuse and Dependent Adult Civil Protections Act (EADACPA). Mr. Hill is also an accomplished appellate practitioner and has briefed and/or argued over 40 matters in both state and federal courts of appeal, yielding several published decisions on a range of legal issues.

**KIMBERLY D. NEILSON**, Attorney, is a 2001 graduate of the University of San Diego School of Law. She graduated with honors and received a B.A. in Psychology from the University of Tulsa in 1998. While at the University of Tulsa, she interned for the Northern District of Oklahoma Probation Office in Tulsa, Oklahoma. She is a member of the State Bar of California, admitted in 2001. Ms. Neilson is a member of the San Diego County Bar Association, San Diego Lawyers Club, California Employment Lawyers Association and Consumer Attorneys of San Diego. She is active in the San Diego legal community, having chaired a committee for the San Diego County Bar Association and served on a committee for the San Diego Lawyers Club and volunteered at the annual Women's Resource Fair.

Her main areas of practice include civil litigation, employment, wage and hour and consumer class actions. She has been extensively involved in pro bono activities. Ms. Neilson has participated in a class action trial advocating on behalf of low-income tenants for local rent control ordinance violations which resulted in a verdict on the tenants' behalf. She also represented the rights of San Diego's homeless residents, resulting in a settlement with the City of San Diego which prohibited the City from targeting homeless persons for illegal lodging tickets under Penal Code Section 467(j). She currently volunteers as a Court Appointed Special Advocate (C.A.S.A.) with Voices for Children, serving as an advocate for San Diego County foster youth.