Bruce W. Steckler, Esq. (pro hac vice)
Mazin A. Sbaiti, Esq. (SBN #275089)
**BARON & BUDD, P.C.**
**3102 Oak Lawn Avenue**
**Suite 1100**
**Dallas, Texas 75219**
**(214) 521-3605**
**bsteckler@baronbudd.com**
**msbaiti@baronbudd.com**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | )CASE NO.: 09-CV-2094-AJB-WVG |
| | ) |
| | )**CLASS ACTION** |
| | ) |
| IN RE: EASYSAVER REWARDS | )**DECLARATION OF BRUCE STECKLER** |
| LITIGATION | )**IN SUPPORT OF PLAINTIFFS'** |
| | )**APPLICATION FOR ATTORNEYS' FEES** |
| | )**AND COSTS** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

I, Bruce W. Steckler, hereby declare under penalty of perjury:

1.      I am an attorney licensed to practice by the States of Texas, New York, Louisiana, Missouri and Pennsylvania, and am admitted to practice before this Court *pro hac vice*. I am a member of the national law firm of Baron & Budd, P.C. and the head of its General Litigation section, appointed Co-Lead and Class Counsel for Plaintiffs in this proceeding.

2.      I make this declaration in support of Class Counsel's application for an award of attorneys' fees and expenses in connection with services rendered by counsel for Plaintiffs in this litigation, of my own personal knowledge and after reviewing the contemporaneous

documentation and records at our firm, if called as a witness, I could and would testify competently to the matters stated below.

3. The tasks undertaken by the lawyers and staff at Baron & Budd, P.C. can be summarized as follows:

- Traveling to and attending several in-person hearings and meetings in San Diego as required by Judge Gallo;

- Travelling to and attending four days of mediation over the course of the litigation;

- Travelling to and taking/prepping for/attending eight offensive depositions in San Diego and Maryland;

- Travelling to and prepping and defending five lead-plaintiff depositions in San Diego;

- Taking lead in negotiating scheduling orders and drafting motions regarding same;

- Spearheading primary discovery functions including negotiating protective order, drafting offensive written discovery, drafting responses to written discovery, conducting significant meet and confers and negotiating discovery disputes with defense counsel, drafting discovery briefs and motions, and arguing them before Judge Gallo, reviewing approximately 1 million pages of documents produced by defendants and coding same, organizing documents into into usable forms and groupings and selecting key documents for use in motions and depositions;

- Taking lead in drafting and filing responses to multiple motions to dismiss, motions to amend, motions for summary judgment, motions to strike, motions to add new plaintiffs, multiple discovery motions, multiple motions for sanctions, and motions for class certification—over 1000 briefing pages filed in total—over the course of the litigation, and playing significant role in researching and drafting all other filings including motions for preliminary and final approval of settlement;

- Taking lead in maintaining in-depth research on strategy regarding claims and pushing for strategic decisions thereon in light of the changing legal landscape, including amending complaints and framing issues in briefing;

- Taking lead in working with experts on computer source code, internet issues and consumer behavior in preparation for class certification and expert discovery, including conducting specific requested "deep dives" into documents to retrieve

relevant documents and information for our experts to render their advice and opinions;

- Taking lead in negotiating settlement including taking lead in negotiating and drafting terms of Memorandum of Understanding and final settlement agreement, release language, forms of long and short class notice, manner of claims, and other key settlement and preliminary and final certification issues;

- Communicating with lead plaintiffs regarding defensive discovery and reviewing same; and

- Taking lead in defending third party subpoenas issued to lead plaintiffs' email accounts.

4.     The schedule attached hereto as Exhibit 1 is a summary indicating the hours worked by the partners, associates, and professional support staff who were involved in this litigation at my firm, by category, through the date of this declaration (additional time will be spent in preparation for the settlement hearing, any further proceedings, and in implementing the settlement), and the lodestar calculation based upon my firm's current billing rates. Time spent in preparing this application for fees is not included. The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm, which are available at the request of the Court for in camera review. My firm has spent 3475.5 hours on this litigation from the inception of the case through November 26, 2012.  The total lodestar amount based on the firm's current rates is $1,766,885.  The hourly rates set forth in Exhibit 1 are my firm's regular hourly rates and similar to the rates charged by litigation firms in the area for complex litigation.

5.     As detailed in Exhibit 2, my firm has incurred a total of $95,520.97 in unreimbursed expenses in connection with the prosecution of this litigation.  The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

6.     With respect to the standing of counsel in this case, attached hereto as Exhibit 3 is a brief biography of my firm and the attorneys in my firm who were principally involved in this

litigation. Please note that we included the biographies of Melissa Hutts and Renee Meloncon, who were shareholders/partners of Baron & Budd, P.C., but who have since left the firm.

7.    With regards to our client, Gina Bailey, we strongly support her receiving an enhancement of $15,000 to compensate her for her time, effort and the risk she undertook. While most lead plaintiffs in other cases receive awards of between $2500 and $5,000 for serving as lead plaintiff, answering some discovery and sitting for a deposition, Miss Bailey responded to *two* sets of written discovery; battled third-party subpoenas served on her employer (and suffered the attendant embarrassment of explaining to them why) and third party subpoenas served on her email account host, Yahoo!; she travelled from Little Rock, Arkansas to San Diego on five separate occasions to attend hearings and mediations before Judge Gallo (he required her attendance) as well as to attend the private mediations—she missed over 10 days of work, unpaid, to do so; and she sat for 10 hours of depositions in San Diego. In short, she went well over and above what the typical lead plaintiff must go through.


**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.**

**Executed on this 26th day of November, 2012.**

_____/s/ Bruce W. Steckler_____

Declaration of Bruce W. Steckler, Esq.  ISO Attys Fees Petition          CASE NO.: 09-CV-2094-MMA-BLM

EXHIBIT 1

## EXHIBIT 1

### IN RE: EASYSAVER REWARDS LITIGATION

### BARON & BUDD, P.C. TIME REPORT SUMMARY
### Case Inception through February 21, 2011

| Name/Position | Hours | Hourly Rate | Lodestar |
|---|---|---|---|
| **Bruce W. Steckler/**Senior Partner (Head of Gen. Litigation at Baron & Budd) | 528 | $735 | $388,447.50 |
| **Burton LeBlanc/**Partner | 122 | $725 | $88,450.00 |
| **Melissa Hutts**/Partner | 135 | $700 | $94,500.00 |
| **Renee Melancon/**Junior Partner | 33.25 | $625 | $20,781.25 |
| **Mazin A. Sbaiti**/Of Counsel | 1826.25 | $575 | $1,050,93.70 |
| **Ann Saucer**/ Of Counsel | 53.75 | $575 | $30,906.25 |
| **Sharon Bautista/**Associate | 17 | $450 | $7,650.00 |
| **Kim James**/Sr. Paralegal | 35 | $175 | $6,125.00 |
| **Kim Peters**/ Sr. Paralegal | 11.75 | $175 | $2,056.25 |
| **Stephanie Wilkins/**Sr. Paralegal | 43 | $175 | $7,525.00 |
| **Jamie Baciak**/ Legal Assistant | 251.75 | $105 | $26,433.75 |
| **Lia Silverino**/ Legal Assistant | 219 | $105 | $22,995.00 |
| **Paul Thornton**/ Legal Assistant | 64 | $105 | $6,798.75 |
| **Whitney Ashley**/ Legal Assistant | 70.5 | $105 | $7,402.50 |
| **Gregg Thoreck**/ Legal Assistant | 64 | $105 | $6,720.00 |
| **TOTAL** | **3475.50** | | **$1,766,885.00** |

EXHIBIT 2

1
2

EXHIBIT 2

3

**IN RE: EASYSAVER REWARDS LITIGATION**

4

**BARON & BUDD, P.C. EXPENSE REPORT SUMMARY**
**Inception through November 29, 2012**

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Type of Expense | Amount |
|---|---|
| Assessments | $25,000.00 |
| Outside Copies | $86.50 |
| In-house Reproduction/Copies | $1,501.32 |
| Court Costs & Filing Fees | 0 |
| Court Reporters & Transcripts | 0 |
| Computer Research | $24,656.62 |
| Telephone & Facsimile | 0 |
| Postage/Express Delivery/Courier | $1,481.14 |
| Professional Fees (investigator, accountant, etc.) | 0 |
| Experts | $5,000 |
| Witness / Service Fees | 0 |
| Travel: Airfare | $16,731.10 |
| Travel: Lodging/Meals | $13,217.50 |
| Travel: Car rental/cabfare/parking | $5,031.54 |
| Miscellaneous | $2,815.25 |
| **TOTAL** | **$95,520.97** |

EXHIBIT 3

| | | | BARON & BUDD, P.C.® |
|---|---|---|---|
| www.baronandbudd.com | 3102 Oak Lawn, Ave, Suite 1100 | Dallas, TX  75219-4281 | |

Tel:  214.521.3605
Fax: 214.520.1181



## Baron & Budd's Practice and Accomplishments

### Firm Overview

Baron & Budd, P.C. is one of the largest and most accomplished plaintiffs' law firms in the country. With approximately 50 attorneys and more than 200 staff, Baron & Budd has the resources to handle complex litigation throughout the United States. As a law firm that prides itself on remaining at the forefront of litigation, Baron & Budd has spearheaded many significant cases for entities and individuals.

Since the firm was founded in 1977, Baron & Budd has achieved national acclaim for its work on cutting-edge litigation:

- Baron & Budd shareholder Bruce Steckler, serves on the Plaintiffs' Steering Committee in *In Re: Chinese-Manufactured Drywall Products Liability Litigation* (MDL No. 2047) in the federal district court in New Orleans, where all Chinese drywall lawsuits have been consolidated. The firm represents more than 600 clients in the Chinese drywall litigation. In late 2011,Mr. Steckler lead the PSC ni reaching a landmark settlement with KNAUF Plasterboard Tianjin (KPT), one of the largest drywall manufacturers in the litigation. The proposed settlement could help nearly 4,500 homeowners with the defective drywall. The PSC estimates that the settlement could be valued between $800 million and $1 billion.

- In August 2010, environmental attorney and Baron & Budd shareholder Burton LeBlanc of Baton Rouge, Louisiana and Baron & Budd were retained by the state of Louisiana to provide counsel to the state's designated Trustees in connection with issues related to the Deepwater Horizon explosion and resulting oil spill.

- In 2002-2006, 2008 and 2011, Baron & Budd was named to the *National Law Journal*'s "Plaintiffs' Hot List" of exemplary plaintiffs' firms in the United States.

- In 2004, *American Lawyer* named Baron & Budd one of the sixteen most successful plaintiffs' firms in the country.

- In 2006, the non-profit Public Justice named a team of Baron & Budd attorneys "Trial Lawyer of the Year" for the firm's work on behalf of a Tucson, Arizona community injured by groundwater contamination.  The litigation spanned 21 years, involved over 1,600 plaintiffs, and resulted in a total recovery of more than $150 million.

- In 2007, Russell Budd and Baron & Budd attorney Burton LeBlanc were among 14 attorneys nationwide to be honored with the Wiedemann Wysocki National Finance Council Award from the American Association for Justice in recognition

**BARON & BUDD, P.C.**

of their commitment to the legal profession and their efforts to improve the civil justice system.

- In 2009, Scott Summy and the Baron & Budd water contamination litigation section were finalists for the Public Justice Trial Lawyer of the Year Award for their work in *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*; MDL No. 1358.  Mr. Summy and his team negotiated a historic settlement on behalf of  more than 150 public water providers from 17 states in which the bulk of the country's major oil refiners agreed to pay more than $400 million to fund the clean up of MTBE contamination from the water supply and clean up any additional MTBE contamination that may occur in the next 30 years.

- Baron & Budd has been repeatedly selected by The Legal 500 as one of the country's premier law firms in mass tort claims and class action litigation for the firm's work on toxic tort claims.

Additional information about Baron & Budd is available on the firm's website, www.baronandbudd.com.


## Court Appointed Positions Held by Baron & Budd Shareholders

Numerous Baron & Budd shareholders have been appointed to serve on multiple steering committees, as lead counsel, class counsel and co-counsel on a number of important cases. These specific appointments include:

- Plaintiffs' Executive Committee member in the Gulf oil spill MDL, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010;*

- Plaintiffs' Steering Committee member for the Chinese Drywall MDL, *In Re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047 (E.D. La);

- Co-lead counsel on the MTBE Water Contamination cases: *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*; MDL No. 1358 (S.D. NY);

- Plaintiffs' Executive Committee for Bank Overdraft Litigation MDL *In re Checking Account Overdraft Litig.* MDL No. 2036 (S.D. Fla.)

- Lead counsel in two shareholder derivative class action cases, *City of St. Clair Shores Police and Fire Retirement System, Individually and on Behalf of All others Similarly Situated v. Affiliated Computer Services, Inc., et al*; Cause No. CC-09-07377-C, filed in County Court at Law No. 3, Dallas County, Texas and *In Re: Electronic Data Systems Class Action Litigation*; Cause No. 366-01078-2008, filed in the 366th Judicial District Court, Collin County, Texas

- Class counsel in the Brazilian Blowout litigation: *In Re: Brazilian Blowout Litigation;* No. CV10 8452 JFW (MANx) (C.D.Cal)

- Co-lead counsel in *In re Semtech Corporation Securities Litigation*, Case No. 2:07-cv-07114-CAS (C.D. Cal).

**BARON & BUDD, P.C.**

## Significant Areas of Litigation

### Environmental Issues

<u>Lead Role in the Gulf Oil Spill Litigation</u>

Immediately after the explosion that caused the massive Gulf Oil Spill, Baron & Budd got to work, helping individuals and businesses that had sustained economic and/or physical damages. Scott Summy, shareholder and head of Baron & Budd's water contamination litgation group, serves on the Plaintiffs' Executive Committee and the Plaintiffs' Steering Committee in the oil spill litigation. Shareholder Burton LeBlanc was retained by the state of Louisiana to provide counsel to the state's designated Trustees in connection with issues related to the Deepwater Horizon explosion and resulting oil spill. The firm currently represents hundreds of individuals and companies in the litigation, including the Louisiana Restaurant Association.

<u>$423 Million National MTBE Settlement</u>

In May 2008, Baron & Budd helped negotiated a $423 million settlement on behalf of more than 150 water providers in 17 states regarding Methyl Teritary Butyl Ether (MTBE) contamination in groundwater with many of the country's leading gas companies. The settlement requires gasoline refiners to pay water providers' costs to remove MTBE from public drinking water wells and for refiners to pay for treatment of qualifying wells that may become contaminated within the next 30 years.

Plaintiffs' cases were initially filed in their respective state courts before they were later transferred to a Multi-District Litigation (MDL) court in New York. Baron & Budd shareholder Scott Summy, who filed the first-ever MTBE case in the United States, served as national co-lead counsel. Baron & Budd shareholders Celeste Evangelisti, Cary McDougal, Laura Baughman, Carla Burke and Stephen Johnston also represented the plaintiffs.

In 2008, the team of attorneys who were involved in the MTBE litigation was recognized as finalists for the "Trial Lawyer of the Year Award," an annual award given by Public Justice, a non-profit legal organization, for any attorney's contribution to the public interest.

<u>Clean Air for School Children</u>

In 2008, Baron & Budd shareholder Laura Baughman and attorney Thomas Sims represented three San Francisco Bay-area environmental organizations in negotiating a settlement with Laidlaw Transit, Inc. In the settlement, Laidlaw agreed to invest a minimum of $4.7 million dollars over five years to retrofit older buses in its California fleet with air pollution control devices to reduce harmful diesel exhaust. Laidlaw also agreed to invest $23.6 million in its fleet over seven years to either retrofit additional buses or purchase new buses that meet the most stringent air pollution standards in the country, which would ultimately protect young children from being exposed to harmful diesel exhaust. The following year, the team settled with two additional bus companies, which

helped ensure that additional polluting buses would be replaced with newer, cleaner models or retrofitted with pollution control devices.

Clean Groundwater in California

In 2004, Baron & Budd shareholders Scott Summy and Laura Baughman negotiated a string of settlements on behalf of California non-profit Communities for a Better Environment (CBE) that required several major oil companies to upgrade gas station storage tanks, clean up groundwater contamination and take steps to prevent gasoline leakage from thousands of underground storage tanks in California.  Monetary and injunctive relief granted in this case was valued at $107 million.

MTBE Settlement on Behalf of the City of Santa Monica

In 2003, Baron & Budd represented the city of Santa Monica in a MTBE contamination settlement with several major oil companies.  MTBE had contaminated five of Santa Monica's eleven wells, forcing the city import water for $3 million a year.

In total, the oil companies paid $250 million, which provided funds for the city to build a water treatment system to clean MTBE from their supply, to continue buying water until their own supply was clean, and to monitor groundwater quality during and after the cleanup.

The Exxon Valdez Oil Spill

Baron & Budd is not a newcomer to oil spills and water pollution. In fact, the firm has a personal connection to the Exxon Valdez saga. In 1993, Baron & Budd was awarded the Public Justice Award for "outstanding contribution to environmental protection and public interest" for its work on the rehabilitation of the damage caused by the Exxon Valdez oil spill in Alaska'a Prince William Sound.

The Exxon Valdez oil spill occurred in remote Prince William Sound, Alaska on March 24, 1989 when the Exxon Valdez, an oil tanker bound for Long Beach, California, struck Prince William Sound's Bilgh Reef, ran aground and spilled nearly 11 million gallons of crude oil.

Much like in the recent Gulf Coast Oil Spill, the cause of Exxon Valdez can be pointed primarily at the oil company for neglecting to properly adhere to safety regulations. Exxon failed to repair the tanker's Raycas radar system, which would have warned the crew of an impending collision with the Bligh reef, because it was just too expensive to fix and operate. The tanker had been operating for more than a year without a functioning Raycas radar.

As a result of the Valdez spill, the Oil Pollution Act of 1990 (OPA) was passed, allowing those who lost income or profits because of an oil spill to recover compensation from those responsible for the spill.

**BARON & BUDD, P.C.**

Groundbreaking Water Contamination Case in Tucson, Arizona

In 1985, Baron & Budd filed a lawsuit on behalf of more than 1,600 Tucson-area residents against an aircraft manufacturer, the city of Tucson and the Tucson Airport Authority over TCE contamination of the community's groundwater.  Since Tucson is the largest city in the United States that receives all of its drinking water from underground sources, the industrial solvents used at the airport an aircraft company were of particular concern. Spilled on the ground and seeping through the sandy soil into the groundwater, the invisible yet harmful contaminants caused several unusual forms of cancer and other diseases at almost epidemic levels, particularly among children in the area.

Even though the battle for justice took more than 20 years and an enormous investment in upfront resources, Baron & Budd pushed on, undeterred and prevailed. The firm's cutting-edge work on this case not only brought compensation to these individuals to help them deal with the consequences of their injuries, it helped define Arizona law on pollution coverage issues.

As a result, the public interest legal organization Public Justice presented the Baron & Budd legal team with its "Trial Lawyer of the Year Award" in 2006.  The award recognizes the trial attorney or attorneys who have made the greatest contribution to the public interest each year by trying or settling a precedent-setting case or group of cases.

**Securities Fraud**

$20 Million Settlement in Stock Back-Dating Case

Baron & Budd achieved a $20 million settlement on behalf of individuals who purchased Semtech stock. Firm shareholder Burton LeBlanc served as co-lead counsel in the case. Plaintiffs in the case alleged that Semtech manipulated grant dates for stock options, which result in understatement of Semtech's compensation expenses and overstatement of its reported income.

Protecting Shareholders' Interest in Corporate Transition

As co-lead counsel in *In Re: 7-Eleven, Inc. Shareholders Litigation*, Baron & Budd represented shareholders in negotiations to increase the amount of an offer in a transaction turning a publicly-traded company into a privately-held entity. Baron & Budd achieved a $5 per share increase in the offer which provided an additional $145 million to 7-Eleven shareholders.

Suit to Protect Shareholders' Interest in Corporate Sale

Serving as lead local counsel, Baron & Budd helped negotiate a confidential settlement on behalf of Electronic Data Systems (EDS) shareholders to achieve a fair return on shareholder investment during the sale of Texas-based EDS to California-based Hewlett-Packard.  As originally proposed, many experts considered the share price set for the EDS stock to Hewlett-Packard to be undervalued.  In addition to locking in too low a share price, the proposed sale prohibited EDS directors from seeking a higher price from alternative bidders and guaranteed Hewlett-Packard $375 million if the sale did not go through.

<u>Settlement of Mutual Fund Advisors' Breaches of Fiduciary Duties</u>

Baron & Budd represented shareholders in recovering funds in various mutual fund families against the fund advisors for their breach of their fiduciary duties for failing to file proof of claim forms in settled securities cases for which the funds were eligible.  Baron & Budd reached a series of confidential settlements that resulted in money being returned from the fund advisor to the mutual fund.

<u>Protecting Public Investors from Corporate Self-Dealing</u>

In 2010, Baron & Budd, working as lead local counsel, successfully protected the interests of public investors in Affiliated Computer Services, Inc. (ACS). While ACS was being sold to Xerox, ACS's management and largest shareholder negotiated a better price for their own shares as well as remarkable future employment compensation packages.  The insiders at the same time voted to sell ACS at a price well below its fair market value, which would have forced public shareholders to sell their shares for less. Working with other national law firms, Baron & Budd was able to obtain $69 million in additional compensation for ACS public shareholders.

**Plaintiffs' Rights**

Baron & Budd led the fight for victims' rights in two landmark victories, *Amchem Products v. Windsor* and *Ortiz v. Fibreboard Corp.,* which are widely recognized as two of the most important appellate decisions of the past decade for consumer rights.

*Ortiz v. Fibreboard Corp.*, 526 U.S. 815, 119 S. Ct. 2295 (1999) was one of the last decisions handed down by the United States Supreme Court in 1999. The Court's seven to two decision was given after months of fierce debate over whether all future claims by people who developed illnesses related to asbestos exposure should be handled as a class action, allowing the asbestos companies to settle all future asbestos claims for minimal values before most victims even knew they had a claim.

Baron & Budd fought the class action concept vigorously. In fact, Baron & Budd led the charge to throw out the Fiberboard mandatory class action settlement that would have

severely limited the rights of people to pursue individual claims based on the severity of their specific illness and specific circumstances of their exposure.

Writing on behalf of the Court, Justice Souter questioned the fairness of the settlement because, if allowed to go forward, Fiberboard would essentially have a "get out of jail free card." Fiberboard would have been able to settle all asbestos claims, including all future claims, with only $500,000 of the company's own money, thus retaining virtually all of its net worth at the expense of the victims of its asbestos-containing products.

The Ortiz decision corroborated an earlier Supreme Court decision in which Baron & Budd also fought for victims' rights: *Amchem Products v. Windsor*, 521 U.S. 591, 117 S. Ct. 2231, 138 L.Ed2d 689 (1997).

Achieving this success was not an easy task. Baron & Budd fought against powerful interest groups and, surprisingly, against some other plaintiffs' law firms who were willing to trade future victims' rights for a quick pay day.

**Chinese Drywall Litigation**

Baron & Budd shareholder Bruce Steckler serves on the Plaintiffs' Steering Committee in *In Re: Chinese-Manufactured Drywall Products Liability Litigation* (MDL No. 2047) in the federal district court in New Orleans, where all Chinese drywall lawsuits have been consolidated. The firm represents more than 600 clients in the Chinese drywall litigation.

In late 2011, the PSC reached a landmark settlement with KNAUF Plasterboard Tianjin (KPT), one of the largest drywall manufacturers in the litigation. The proposed settlement could help nearly 4,500 homeowners with the defective drywall. The PSC estimates that the settlement could be valued between $800 million and $1 billion.

Near the beginning of the litigation, Russell Budd and Bruce Steckler helped negotiate a revised bankruptcy plan with WCI Communities that will allow WCI to emerge from bankruptcy and set up a Trust for WCI homeowners with contaminated Chinese drywall, partially funded by WCI.  The Trust is also authorized to maximize the amount available for remediation by pursuing claims that WCI could have pursued because of the defective drywall. Baron & Budd currently represents the WCI Trustees in litigation against WCI's insurers concerning coverage for Chinese drywall claims.

**Consumer Fraud**

<u>$410 Million Bank of America Settlement Over Excessive Bank Overdraft Fees</u>

Baron & Budd served on the plaintiffs' steering committee in a class action lawsuit asserting manipulation of data by banks in order to increase overdraft fee revenue. The firm helped achieve a $410 million settlement with Bank of America, the largest bank involved in the bank overdraft fee litigation. The case alleged that Bank of America, along

**BARON & BUDD, P.C.®**

with a number of other banks, intentionally re-ordered debit card transactions to promote overdraft fees. Not only did the case result in repayment of these charges, but it also led to widespread changes in the banking system that affect virtually every American with a bank account. Because of the lawsuit, many large banks have changed their overdraft fee policies, no longer "re-ordering debits" and not offering "courtesy" overdraft services without customer consent. Bank of America, for example, eliminated all debit card overdraft fees in 2010.

Shareholder Bruce Steckler serves on the Plaintiffs' Executive Committee of the MDL in the overdraft fee litigation. Litigation against the other banks in the MDL is still ongoing. *In re: Checking Account Overdraft Litigation*; MDL No. 2036 (S.D.Fla).

**Whistleblower Issues**

Medical Whistleblower Case

In 2010, the AARP Foundation Litigation, the legal arm of the AARP, in a rare move, joined forces with Baron & Budd as co-counsel in a medical whistleblower case involving the aggressive marketing of the off-label use of vascular stents. With this move, AARP seeks to curb health care fraud, a major contributing factor for rising health care costs. Kevin Colquitt, a former medical device sales representative, originally filed the lawsuit in 2006 after he became concerned about the company's marketing of stents for unauthorized use. After attending law school, Mr. Colquitt became an attorney at Baron & Budd.

**Harmful Pharmaceuticals**

Avandia

Baron & Budd currently represents thousands of individuals who have been harmed by using the diabetes drug Avandia.

FenPhen

Baron & Budd played a leading role in representing people harmed by the diet drug Fen-Phen. The firm was instrumental in negotiating the Seventh Amendment to the AHP Settlement Agreement, which required the defendants to place an additional $1.275 billion into a trust for those affected.

BARON & BUDD, P.C.®

**Toxic Exposure Issues**

Closing Down the West Dallas Lead Smelter

In the West Dallas Lead Smelter case, Baron & Budd took on local environmental contamination to protect future generations of children from exposure to lead. One of Dallas' largest public housing projects sat in a low-income neighborhood directly across the street from a secondary lead smelter. For many years, the smelter converted used automotive batteries into lead components for resale. Particulate emissions from the factory smokestacks literally blanketed the surrounding community with lead-bearing soot.

Baron & Budd represented more than 200 families in a lawsuit that ultimately closed the lead smelter and paid sizable confidential settlements to court-supervised trusts for 445 children affected by lead poisoning.  Although the neurological damage to these children is irreversible, the funds recovered in the settlement have enabled them to move into adulthood with medical, rehabilitative and vocational assistance.  Closing the lead smelter and requiring the company to fund a community soil clean-up project helped prevent future damage to other neighborhood children.

Settlement for Central Texas Residents Harmed by Lead Exposure

Baron & Budd shareholder Laura Baughman represented more than 130 people who were exposed to high levels of lead and other toxic substances while growing up in a small town in Central Texas. For many years, children played at an abandoned oil refinery that had no fence, gate or warning signs to discourage the children from playing there.  Because of lead oxide used in the refining process, extremely high levels of lead contamination were found in areas where the children played on the property. Oil tanks at the refinery had also leaked and overflowed for decades, causing several large crude oil spills at the site. Because of their lead exposure, the plaintiffs suffered a decrease in IQ, neurological impairments and learning disabilities.  Baron & Budd obtained a sizeable confidential settlement for the firm's clients, providing them with the resources to help pay for rehabilitative, psychological and other medical expenses.

Settlement for Harms Caused by Chemical Leak

Baron & Budd successfully represented more than 850 workers injured by exposure to ethylene dichloride (EDC) in Lake Charles, Louisiana as a result of the negligent and reckless conduct of Conoco, Inc., Condea Vista Chemical Company, and a number of contractors that caused one of the largest chemical spills in U.S. history. In addition to its status as a probable human carcinogen, EDC exposure can cause serious damage to the heart, central nervous system, liver, kidneys, lungs, gastrointestinal system and commonly results in depression, memory loss and personality changes.

## Professional Biographies

## The Firm's Shareholders

 **Russell W. Budd** is a major force in the world of plaintiff's attorneys, having devoted his three-decade career to championing the rights of people and communities injured by corporate malfeasance. Currently Budd presides over one of the nation's largest plaintiff's firms, Baron & Budd, PC, headquartered in Dallas, Texas with offices in Austin, Texas; Los Angeles, California and Baton Rouge, Louisiana.

Mr. Budd, a shareholder of Baron & Budd since 1985 and president and managing shareholder since 2002, has expanded the firm from its cornerstone asbestos practice to a national firm capable of tackling the biggest defendants in areas as diverse as water contamination, *qui tam*, California Proposition 65 violations, pharmaceutical injuries, Chinese drywall, insurance claims and securities fraud. Most recently, the firm has begun to represent individuals and businesses that have been affected by the Gulf Oil Spill.

Over the last decade, Mr. Budd has played significant roles in asbestos litigation on a national level. As chair and member of several asbestos creditors' bankruptcy committees, Mr. Budd successfully resolved over 100,000 victims' claims with some of Wall Street's biggest companies. Mr. Budd was the chief negotiator of a $4 billion national settlement with Halliburton that established a trust fund to protect present and future asbestos victims throughout the United States - the largest asbestos trust fund of its kind anywhere in the world. He was on the committee that negotiated a $3.9 billion settlement with United States Gypsum to benefit asbestos claimants. And, he participated in negotiations that led W.R. Grace to agree to fund a bankruptcy trust on behalf of asbestos claimants with nearly $3 billion in cash and stock equity.

Under Mr. Budd's direction, Baron & Budd donated $3 million to the International Pleural Mesothelioma Program at Brigham and Women's Hospital to research curative therapy for Mesothelioma, a cancer caused by exposure to asbestos. The firm has also given generously to the Asbestos Disease Awareness Organization, Lung Cancer Alliance and to other asbestos awareness advocacy organizations.

Mr. Budd serves on the Board of Governors of the American Association for Justice (AAJ) and previously served on the Board of Directors and Executive Committee of the Texas Trial Lawyers Association (TTLA).

On July 13, 2010, Mr. Budd was awarded the prestigious Harry M. Philo Award Trial Lawyer of the Year Award from the American Association for Justice (AAJ) at the organization's annual conference in Vancouver, BC. The award was presented in recognition of his dedicated and consistent leadership in protecting the rights of individuals through the civil-justice system. In 2007, he earned the prestigious Wiedemann Wysocki National Finance Council Award from the American Association for Justice, an award honoring attorneys for their commitment to the legal profession and their efforts to improve the civil justice system.

**BARON & BUDD, P.C.®**

Under Mr. Budd's leadership, Baron & Budd has won numerous awards. The firm was recently named by National Law Journal's to its "Hot List" of exemplary plaintiffs' firms in the United States and has been included in the Hot List seven times.

Mr. Budd and his wife are very involved in the community and one of the causes closest to his heart is Habitat for Humanity, which gives hardworking Dallas families a chance at first-time home ownership. He has personally contributed generously to the "Building on Faith" project, a collaborative initiative between the Dallas Faith Communities Coalition (DFCC), the City of Dallas and Habitat for Humanity to build 100 affordable single-family homes in West Dallas. In addition, Mr. Budd has donated land to the City of Dallas that enabled the completion of a massive bike and hike trail. In 2010, Mr. Budd was the only attorney selected to serve on the Foundation Board of the National Comprehensive Cancer Network (NCCN).



**Steve T. Baron** oversees Baron & Budd's asbestos litigation section and is one of the law firm's chief negotiators. Mr. Baron's efforts have helped provide compensation to thousands of asbestos victims. Along with Russell Budd, Mr. Baron participated in the Halliburton and W.R. Grace negotiations that set aside billions of dollars for the benefit of asbestos victims. Mr. Baron also serves on advisory and claimants committees for various asbestos bankruptcy trusts to protect the rights of asbestos victims.



**Dan Alberstone** has nearly 30 years of broad experience prosecuting and defending major commercial and complex business litigation matters, including extensive jury trial experience.

Mr. Alberstone has been selected as lead trial counsel by both institutional and individual clients in their most significant and high-profile matters, including partnership cases, real estate cases, breach of contract cases, entertainment cases, environmental cases, and cases alleging unfair business practices. In the real estate sector, Mr. Alberstone has successfully prosecuted a case for the American Skiing Company, the owner of the Canyons Ski Resort in Park City, Utah, in an action to force the resort's landlord to agree to an assignment of ground lease in a $123 million transaction. He also obtained a more than $14 million award for a major real estate developer in connection with the purchase and sale of an historic bank building in downtown Los Angeles. Mr. Alberstone acheived a more than $8 million award for the owner of the Edison Bar in downtown Los Angeles in an action involving the purchase and sale of a large commercial building and, successfully defended the Estate of Jonathan Ritter in an action brought to compel specific performance of a contract to purchase three citrus farms owned by the Estate.

In the entertainment area, he has successfully defeated an action by a union president and three board members against the Screen Actors' Guild and 41 other members of its national board and successfully defended screenwriter in work-for-hire action brought by employer claiming ownership of screenplay. He also represented ESPN and Good Morning America reporter Erin Andrews in connection with the prosecution of a stalker who had surreptitiously videoed Ms. Andrews in the privacy of her hotel rooms. The Los Angeles Daily Journal recognized Mr. Alberstone for obtaining one of the top plaintiff's verdicts in 2009.



**Laura Baughman's** position at Baron & Budd calls upon her to exercise her knowledge as an attorney and a civil engineer.

As managing shareholder of the firm's Qui Tam litigation team, Ms. Baughman focuses on strategies to ferret out and litigate against those who have perpetrated fraud against the government. Sometimes called "whistleblower" cases, Ms. Baughman's team handles a variety of cases in which the government has been defrauded of Medicare, Medicaid, defense and other monies. The recently signed Dodd-Frank Wall Street Reform and Consumer Protection Act's provision of monetary rewards and protection to people who speak out against bribery and other types of financial fraud, has resulted in an increase in the firm's handling of such cases.

Under Ms. Baughman's direction, Baron & Budd is active in a number of Qui Tam lawsuits. The AARP Foundation recently joined one of the firm's high-profile lawsuits against several pharmaceutical companies involving the aggressive marketing of off-label use of vascular stents. Ms. Baughman is a member of Taxpayers Against Fraud, a non-profit organization dedicated to combating fraud and educating taxpayers about the realities of fraud.

In addition, Ms. Baughman leads the firm's work in California involving Proposition 65 litigation. She served as co-lead counsel in a California Proposition 65 water contamination case that required several major oil companies to clean up groundwater that had been contaminated by gasoline leaking from storage tanks and to take steps to prevent similar leaks in the future. The settlement was valued at $107 million. Ms. Baughman settled another Proposition 65 case which required the retrofitting of school buses with devices to reduce diesel engine exhaust emissions, a known carcinogen. Ms. Baughman is currently counsel on a case seeking to require the disclosure of elevated levels of lead in certain brands of children's fruit juice, canned fruits and baby food.

In addition to her legal advocacy, Ms. Baughman has a long history of community service. She has represented several clients on a pro bono basis through the Dallas Volunteer Attorney Program and over the years has served as co-chair of several committees for Attorneys Serving the Community. Formerly a member of the Dallas Bar Association's Community Involvement Committee, she was the chair of the group's "Lawyers Have Heart" 5-K run benefiting the American Heart Association. While in law school, Baughman was the vice president of Texas Law Fellowships, a non-profit public interest organization.



**Carla M. Burke**, a shareholder in Baron & Budd's water contamination litigation section, began her legal career with the firm's appellate section. Ms. Burke has taken a prominent role in the briefing and legal analysis of MTBE Multi-District Litigation cases. She has also authored and presented numerous papers and presentations on the topics of toxic tort and water contamination litigation and premises liability law. In addition to her responsibilities at the firm, Ms. Burke has served as an adjunct clinical instructor of law at the Southern Methodist University School of Law Legal Clinic and, before law school, an English professor at a local college.

**BARON & BUDD, P.C.®**



Shareholder **Denyse Clancy** focuses on the litigation and appeals process for asbestos cancer cases, primarily mesothelioma.

In 2009, Ms. Clancy won two $8.5 million dollar verdicts in Philadelphia on behalf of two asbestos victims that were included in the top 100 verdicts of the year in the United States and the top 25 largest settlements and awards in Pennsylvania in 2009 by Pennsylvania Law Weekly. In 2007, Ms. Clancy won a substantial verdict from a Galveston jury on behalf of a retired pipefitter suffering from asbestos-mesothelioma.

Ms. Clancy has also achieved substantial appellate victories on behalf of asbestos sufferers and their families. She was lead appellate counsel in a case in which the California Court of Appeals decision upheld a $20 million verdict on behalf of a California asbestos sufferer and her family. In 2010, Ms. Clancy was lead appellate counsel in a case in which the Pennsylvania Court of Appeals upheld a verdict against an asbestos wire manufacturer. In 2011, she was lead appellate counsel in a case in which the California Court of Appeals reversed a summary judgment that was granted in favor of Kaiser Gypsum Company and remanded the case to the trial court.

Ms. Clancy lectures around the country on the issues of asbestos and asbestos cancer. In 2011, she was invited as Visiting Faculty to speak at the Harvard Medical School's course on "Current Concepts and Controversies in Asbestos-Related Disease."

Ms. Clancy graduated Valedictorian of the Southern Methodist University School of Law and was an Editor of the SMU Law Review.



**Celeste A. Evangelisti** has devoted her career to representing individuals, municipalities, and water suppliers seeking funds to clean up contaminated community water supplies. Along with Baron & Budd shareholder Scott Summy, Ms. Evangelisti was part of the legal team for Communities for a Better Environment that received the *California Lawyer* "Attorneys of the Year" Award for Environmental Law for the resolution of a precedent-setting case requiring major oil companies to clean up more than a thousand sites contaminated by the gasoline additive MTBE. Ms. Evangelisti is a frequent speaker and presenter on legal topics concerning the prosecution of water contamination cases involving the gasoline additive MTBE and other water contaminants. Ms. Evangelisti is a shareholder at Baron & Budd.



**Stephen C. Johnston** is a shareholder in Baron & Budd's water contamination litigation section. Prior to joining the water group, Mr. Johnston spent several years in the firm's asbestos litigation group, representing victims of mesothelioma and other asbestos-related diseases. He earned his law degree at Texas Tech University

**BARON & BUDD, P.C.®**



**J. Todd Kale** is a shareholder who first joined Baron & Budd in 2008 when the firm consolidated with Dallas-based law firm Silber Pearlman. Mr. Kale worked with mesothelioma sufferers and other victims of asbestos-related disease at Silber Pearlman from 1993, shortly after the law firm was founded, and continues that work at Baron & Budd. Mr. Kale oversees the firm's Bank-ID section and workers closely with new and potential asbestos clients.



**John Langdoc** is no stranger to the complex medical and scientific issues involved in the cases he tries. Before becoming a lawyer, he was a scientist who studied how the brain works. At Baylor College of Medicine he researched the brains of people with schizophrenia, depression, and autism. Earlier, in graduate school, Mr. Langdoc helped discover that some prescription anti-depressants can cause brain birth defects.

Mr. Langdoc melds his scientific training and experiences with a core belief that the best way to work on a legal case is "to not do any of the stuff they teach you in law school."

As a lead trial attorney, Mr. Langdoc has been successful in obtaining some of the most significant verdicts of their kind, across the country. Some of his recent verdicts include a $9M verdict against the Dow Chemical Company for a man who was exposed to carcinogens while working at their plant, Dow has announced that it plans to continue to have lawyers fight the verdict on appeal; a $20M verdict for a woman who was unknowingly exposed to carcinogens from drywall when she helped her husband clean up on some home remodeling projects, the verdict was upheld on appeal in California; a $12M verdict for a man who was exposed to carcinogens at a paper mill, the verdict resulted in a settlement agreement the day after the verdict in Pennsylvania; and an $11M verdict for a man who was exposed to carcinogens as a painter.



**J. Burton LeBlanc, IV**'s background covers the spectrum of environmental law and securities litigation. He has extensive experience litigating complex cases and has represented the state of Louisiana in cases against the oil and gas industry involving the underpayment of severance taxes and royalties. Mr. LeBlanc is currently President-Elect of the National American Association for Justice.

Mr. LeBlanc has also represented governmental entities, including the state of Mississippi, in complex consumer fraud litigation. Today Mr. LeBlanc concentrates his practice in the areas of environmental law, securities litigation and asbestos litigation. Mr. LeBlanc and his firm have recovered hundreds of millions of dollars for injured working men and women in Louisiana, including multiple jury verdicts over one million dollars.

He is a past President of the Louisiana Association for Justice ("LAJ") f/k/a Louisiana Trial Lawyers Association ("LTLA") and serves on the Executive Committee of the LAJ. He has served on the Council of Directors and the Board of Governors for the LAJ as well as the Committee for the Environmental Law/Toxic Tort Section of the LAJ. He serves as vice president of the American Association for Justice ("AAJ") f/k/a the American Trial Lawyers Association ("ATLA"), and has previously serves as treasurer and

**BARON & BUDD, P.C.®**

parliamentarian. In addition, LeBlanc has been a member of the Executive Committee and the Board of Governors of the AAJ, where he was awarded the Wiedeman Wysocki National Finance Council Award twice, most recently in July of 2010. LeBlanc was also named to a list of top plaintiffs' attorneys compiled by surveys of top defense council in September 2010.

He has been a member of the AAJ National Finance Council, a member of the Board of Trustees of the AAJ PAC Committee, Chair of the National Finance Council, a sustaining member of the AAJ, and a member of the Leaders Forum for AAJ. He is a member of the AAJ's Section on Toxic Torts and Business Torts, a committee member of the American Bar Association's Section on Toxic Torts, and a supporting member of the Trial Lawyers for Public Justice Foundation.

In June 2008, LeBlanc & Waddell, a firm co-founded by LeBlanc, merged with the national law firm of Baron & Budd, P.C., based in Dallas,.



**Cary L. McDougal** has served as lead attorney in over 75 jury trials in state and federal court.  He has tried cases in diverse areas of the law such as premises liability, product liability, general personal injury, medical malpractice, insurance litigation and environmental litigation. As manager of Baron & Budd's water contamination litigation section, Mr. McDougal currently represents over 200 municipalities and water providers across the country that are seeking clean-up costs for the contamination of their water supplies.  His practice includes management of Baron & Budd's cases in the Multi-District (MDL) MTBE water contamination litigation, which is considered one of the most complex pieces of litigation in the country.  He also manages the firm's involvement in the BP Oil Spill litigation.



**Kelly N. Reddell** plays an active role in all aspects of case work-up and is integral to the overall management of the firm's general litigation section.  She represents clients in a multitude of practice areas, including hurricane-related property claims, occupational hearing loss cases, securities, and Chinese drywall.  Ms. Reddell works with institutional clients and individual families alike, giving all of her clients attentive and professional care.  Ms. Reddell participated in the first Chinese drywall trials in the federal MDL, *In Re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047, which established guidelines for remediation of the toxic drywall and compensation for the many families dealing with contamination in their homes.  She continues to take an active role in these cases.



**Bruce W. Steckler** is a shareholder and head of the general litigation section of Baron & Budd and is spearheading a variety of products liability, class action, mass tort and complex litigation cases in state and federal courts throughout the United States. Currently, he represents over 700 plaintiffs in the Chinese Drywall Litigation in the U.S. District Court for the Eastern District of Louisiana, in both individual cases and in class actions. He was appointed by the Hon. Eldon E. Fallon of the U.S. District Court for the Eastern District of Louisiana to serve as a member of the Plaintiffs' Steering Committee for the Chinese Drywall MDL *(In Re: Chinese-Manufactured Drywall Products Liability Litigation*; MDL No. 2047). Mr. Steckler and his law firm were also appointed by the Hon. James Lawrence King of the U.S. District Court for the Southern District of Florida to serve on the Plaintiffs' Executive Committee for Bank Overdraft Litigation MDL (*In Re: Checking Account Overdraft Litigation*; MDL No. 2036) against some of the largest banks in the United States in the Bank Overdraft Litigation MDL. In 2010, the largest defendant in the litigation, Bank of America, agreed to a $410 million settlement to compensation consumers for predatory business practices. Mr. Steckler has also been appointed by Texas state court judges as lead local counsel in shareholder derivative class action cases and co-liaison counsel in a mass tort action in Texas.

Mr. Steckler was one of three Baron & Budd attorneys named finalists for "Trial Lawyer of the Year" in 2012. Mr. Steckler's knowledge and experience in prosecuting complex litigation is further demonstrated by the diversity of clients that have sought his counsel. In the state of Texas, Mr. Steckler currently represents cities and school districts in insurance actions. He has been retained by cities in the Commonwealth of Puerto Rico to represent them in their environmental damage claims resulting from an oil refinery explosion in October 2009. More recently, the Port of Galveston and the Port of New Orleans have retained Mr. Steckler and his law firm to represent them in the *In Re: Marine Fender's Antitrust Litigation*; Cause No. 2:10-cv-02319-VBF-RC filed in the U.S. District Court for the Central District of California. During the course of his professional career, Mr. Steckler has represented thousands of individuals in occupational injury cases against some of the largest corporations in the United States in individual cases, class actions and mass tort cases.



**Scott Summy** is a shareholder at Baron & Budd, one of the largest and oldest firms in the United States that specializes in environmental litigation. Mr. Summy heads up the firm's water contamination litigation section, whose practice is dedicated to complex water contamination issues across the country. Mr. Summy primarily represents public water providers, such as municipalities, water districts and utilities, and school districts whose water has been contaminated., Mr. Summy seeks cost recovery on behalf of his clients for treatment facilities, operation and maintenance costs of the treatment facility, out of pocket expenses and administrative costs. Mr. Summy also represents private well owners around the country whose wells are contaminated. Mr. Summy has represented approximately 200 public water providers across the country with MTBE contamination, and he is designated co-lead counsel for all plaintiffs. Mr. Summy has reached settlements with most of the defendants in these cases totaling over $450 million, including BP/Amoco.

**BARON & BUDD, P.C.®**

Mr. Summy is continuing to file new MTBE cases across the country. He was also lead counsel in landmark environmental cases in California designed to protect natural resources. These cases were brought against all major oil companies and were successfully resolved, earning Mr. Summy and his legal team the "Attorney of the Year" award from *California Lawyer* in 2001.

Mr. Summy also represents over 30 water providers in atrazine litigation. Baron & Budd is the largest firm in the United States representing public water providers and private well owners on a contingency fee basis. Through his work in water cases across the country, Mr. Summy has obtained recoveries in excess of a billion dollars against major oil companies, including BP. Mr. Summy has been selected to be included in The Best Lawyers in America from 2006-2010. He and his team were also Finalists for the Public Justice Trial Lawyer of the Year Award in 2009. Mr. Summy currently serves on the Plaintiffs' Executive Committee in the Deepwater Horizon litigation.

 **Roland Tellis'** practice focuses on complex litigation involving environmental cases, securities matters, and consumer fraud cases. Tellis has represented clients in numerous jury trials, including several high profile, multi-million dollar business disputes. In 2005, Roland received commendation from the U.S. Department of Justice and the Federal Bureau of Investigation for his assistance in the successful prosecution of a $120 million securities Ponzi scheme.

In the financial sector, Tellis represented an investment adviser and broker dealer against class action allegations of securities fraud. Tellis also represented an international investment fund in litigation against foreign currency traders who perpetrated a multi-million dollar Ponzi scheme. In the business sector, Tellis represented a former Microsoft director and general manager against allegations of trade secret misappropriation, conversion and other alleged misconduct. In the environmental area, Tellis represented the world's largest producer of genetically engineered vegetable seeds in its prosecution of a misappropriation of trade secrets claim against company scientists. In the real estate area, Tellis represented the owner of a commercial real estate portfolio valued at $1 billion in a lawsuit claiming millions due under an alleged oral partnership agreement. In the entertainment area, Tellis successfully defeated an action by a union president and three board members against the Screen Actors' Guild and 41 other members of its national board.

## Of Counsel

**Mazin A. Sbaiti** is Of-Counsel to the firm's general litigation section. He has successfully represented plaintiffs and defendants in matters involving securities, antitrust, breach-of-contract, fraud, intellectual property, consumer protection, product liability and employment matters. Often called in to represent clients seeking to replace their counsel, Mr. Sbaiti was one of three Baron & Budd attorneys named as finalists for "Trial Lawyers of the Year" in 2012. Mr. Sbaiti has been featured in Inc. Magazine, ABC News and the Wall Street Journal. Mr. Sbaiti led the firm's involvemnet in cprosecuting several national banks for their overdraft policies, which thus has yielded nearly a billion dollars in settlements. Mr. Sbaiti has extensive experience resuscitating cases from the brink of dismissal or default. Mr. Sbaiti is a former law clerk for the U.S. Court of Appeals for the Sixth Circuit, and summer clerk for the Eastern District of New York. He graduated with honors from Columbia Law School where he headed the Moot Court Executive Board, served on the Editorial Board of the Human Rights Law Review, taught first-year law students research and writing, was a teaching fellow in financial accounting and financial statement analysis, and published an article on Social Security Law.

**Allen Vaught** is a decorated U.S. Army veteran and former Texas State Representative. A member of the U.S. Army Reserve from 1997 until 2005, Mr. Vaught took leave from Baron & Budd in 2003 to serve in Operation Iraqi Freedom. He commanded one of the Army's first units to enter Fallujah and served as the city's de facto mayor. Mr. Vaught heads the firm's FLSA litigation section, where he spearheads new litigation against employers who are not fairly compensating their employees.

## Associates

**Christopher C. Colley** works with Baron & Budd clients who suffer from mesothelioma, primarily out of the firm's Baton Rouge office. Mr. Colley worked with the Dallas-based law firm Silber Pearlman until the firm consolidated into Baron & Budd in 2008. He earned his law degree from the Texas Tech University School of Law.

**Chad Cotton** is an attorney with Baron & Budd's asbestos litigation section, representing individuals with mesothelioma and other asbestos cancers. He concentrates his practice on the liability of employers and the owners of the facilities where his clients were exposed to asbestos. Mr. Cotton earned his J.D. from Southern Methodist University's Dedman School of Law.

**Irma Espino** is an attorney with Baron & Budd's water contamination litigation section, where she works primarily with clients who have been harmed by the Gulf Oil Spill. Espino originally joined the firm in 2002 as a case manager and later paralegal for pharmaceutical cases. In 2004, she left the firm to attend law school at the University of Miami School of Law, where she received honors in Litigation Skills and Trial Advocacy Program and was a member of the Business Law Review. She rejoined Baron & Budd in 2010.

**Frank C. Fleming** is an attorney who works on probate issues for the firm's asbestos clients. Before joining Baron & Budd, Mr. Fleming had a solo law practice in Dallas. Mr. Fleming earned his J.D. at Southern Methodist University.

**Ann Harper** has spent her career representing people who have developed mesothelioma and other serious illnesses caused by asbestos exposure. She works in Baron & Budd's settlement department, where she oversees the firm's Client Care department and works closely with the firm's clients to pursue claims through asbestos bankruptcy trust funds.

**Alana Kalantzakis** joined Baron & Budd in 2009 after completing her legal education at Southern Methodist University.

**Mitchell McCrea** is an attorney in the law firm's water clitigation section. Growing up on his family's ranches and farm in southern New Mexico, Texas and California, Mr. McCrea was constantly aware of water's ever-increasing value and scarcity. Following graduate studies on environmental history and the history of the American West at the University of New Mexico, Mr. McCrea determined he could best make a positive impact on the world's natural resources if he was armed with a law degree. He graduated *cum laude* from Texas Tech University Law School.

**Natasha Mehta** works in Baron & Budd's commerical litigation section, which she joined in 2011. Ms. Mehta earned her J.D. at the University of California.

**Marty A. Morris** works with the firm's asbestos litigation group, representing people with mesothelioma and other asbestos-related diseases. Mr. Morris was an attorney with a well-known commercial litigation firm for several years before joining Baron & Budd in 1999. He earned his J.D. at South Texas College of Law, where he was honored with the Order of the Coif. He was also a member of the South Texas Law Review and the Advocacy Program.

**Mark Pifko** represents clients in complex and class action litigation matters. Mr. Pifko's practice focuses on cases involving false advertising, fraud and scientific and technical disputes. He has been on both the prosecution and defense sides of a number of class action lawsuits and other complex legal matters concerning a variety of consumer goods, including food products, consumer electronics, dietary supplements, vehicles, software and other items.

**M. Cristina Sanchez** is an attorney with the firm's water contamination litigation section, representing municipalities, water providers and private well owners seeking clean-up costs for polluted drinking water supplies. She earned her J.D. at Southern Methodist University's Dedman School of Law, where she was the National Champion, recipient of the Best Brief Award and Second Place Oralist in the 2002 Hispanic National Bar Association Moot Court Competition. She also won First Place in the 2001 Southern Methodist University Client Counseling Competition and served as Chief Counsel for SMU's Criminal Defense Legal Clinic in 2002.

**Thomas M. Sims** has worked on a variety of environmental cases, ranging from water contamination to air pollution. In the Tucson, Arizona groundwater contamination case, Mr. Sims served as trial counsel in two lengthy bench trials that led to favorable verdicts for his clients. Mr. Sims also served on the legal team that was awarded the 2006 Public Justice "Trial Lawyer of the Year" Award for their work on this Tucson water contamination case. Mr. Sims earned his law degree, with honors, from the University of Texas School of Law.

**Peter Smith** brings a wealth of real estate and commercial expertise to Baron and

Budd. Whether it's representing individuals or corporations in trial or arbitration, Mr. Smith works to reach the best solution for his clients. His practice focuses on cases involving property, partnership disputes, fraud, antitrust, breach of contract, breach of fiduciary duty, unfair business practices and copyright. In one of his notable cases, Mr. Smith worked on an action for the American Skiing Company, the owner of the Canyons Ski Resort in Park City, Utah, to compel the resort's landlord to agree to a lease in a $123 million transaction. He also worked on a trial team that successfully defended the estate of actor John Ritter in an action brought to compel specific performance of a contract to purchase three citrus farms owned by the Ritter estate.

**Natalie J. Velasco** began her career working as an adminstrative assistant at a plainittifs' law firm, where she later discovered a passion for the law. Ms. Velasco works with clients throuoghout the settlement process. She earned her J.D. at Southern Methodist University Dedman School of Law.

BARON & BUDD, P.C.®

**Melissa K. Hutts**

Melissa Hutts, a Baron & Budd shareholder, is an accomplished trial lawyer who has won significant jury awards in Texas and Louisiana on behalf of workers who developed mesothelioma and other asbestos-related diseases.  In addition to handling occupational injury cases, she has litigated pharmaceutical injuries, sexual harassment and consumer mass tort cases.  Melissa has published and lectured on a variety of topics, including products liability, premises liability and sexual harassment. She is a former member of the board of directors of the Dallas Trial Lawyers Association, a past associate director of Texas Trial Lawyers Association, and past co-chair of Texas Trial Lawyers Association Advocates.

<u>Education</u>

Southern Methodist University (J.D. 1991)
University of Illinois (B.A. 1988)

<u>Bar & Court Admissions</u>

Texas
Missouri
United States District Court for the Northern District of Texas

<u>Professional Associations</u>

American Association for Justice
Texas Trial Lawyers Association
Dallas Trial Lawyers Association
Dallas Bar Association
Dallas Women Lawyers Association

<u>Presentations</u>

"Bad Faith Litigation in Texas" (July 1994).

"Sexual Torts: Emerging Theories of the 90's," Strategies for Success in Personal Injury Cases in Texas: Hot Tips for Hot Times, Seminar sponsored by Texas Trial Lawyers Association (May 1993).

<u>Publications</u>

*Sexual Torts: Emerging Theories of the '90s,* 57 TEXAS BAR JOURNAL 1060 (November 1994).

*Premises Liability's Evolution in the 1990s,* 54 TEXAS BAR JOURNAL 1062 (November 1994).

*Silicone Implants: The Coming Legal Tidal Wave?* 26 TRIAL LAWYERS FORUM 3 (1992).

*Silicone Implants: Tolling of Statute of Limitations,* 20 BARRISTER 37 1 (Spring 1993).

## Significant Trials

*Seddon v. Owens-Corning Fiberglas Corp., et al,* No. 92-056605-K (192nd Jud. Dist., Dallas County, Texas).

*Smith v. Synkoloid Co.,* No. 95-04-1709-D (103rd Jud. Dist. Ct., Cameron County, Texas).

*Fitts, et al v. Keene Corp., et al,* No. 92-10123 (353rd Jud. Dist. Ct., Travis County, Texas).

*Vail v. Owens-Corning Fiberglas Corp., et al,* No. 45907, *consolidated with Killingsworth v. Owens-Corning Fiberglas Corp., et al,* No. 46280 (18th Jud Dist. Ct., Iberville Parish, Louisiana).

# RENÉE MELANÇON

Renée Melançon is an experienced appellate attorney who has briefed and argued before the appellate courts of California, Delaware, Louisiana and New York and has defended six multi-million dollar verdicts on appeal. She is engaged with the litigation and trial teams at all stages of litigation. Renée is experienced in mature torts and burgeoning litigation, such as that involving Chinese drywall, bank overdraft, TCE and MTBE. She is licensed in Texas and Louisiana and admitted to practice before the United States District Court for the Eastern District of Louisiana.

In 2006, Renée was part of the legal team recognized by Trial Lawyers for Public Justice by its Trial Lawyer of the Year Award. She has been recognized as a Rising Star of Texas Law by Texas Super Lawyers (Key Professional Media) in 2006 and 2009. She is also a member of Amicus Curiae Committee of the American Association for Justice.

## SELECTED OPINIONS

*General Motors Corp. v. Grenier*, 981 A.2d 531 (Del. 2009).

*Spillman v. Anco Insulations,* 994 So.2d 132 (La. App. 1 Cir. Sept. 9, 2008), *writ denied*, 18 So.3d 93 (La. 2009).

*Rando v Anco Insulations*, 16 So.3d 1065 (La. 5/22/09), *aff'g* 2008 WL 2068080 (La. App. 1 Cir. 5/2/08).

*Norris v. Crane Co.*, B196031, 2008 WL 638361 (Cal. App. 2 Dist. Mar. 11, 2008).

*Abram v. EPEC Oil Co.*, 936 So.2d 209 (La. App. 4 Cir. 2006), *writ denied*, 942 So.2d 537 (La. 2006).

*Thomas v. A.P. Green Indus.*, 933 So.2d 843 (La. App. 4 Cir. 2006).

## EDUCATION

| | |
|---|---|
| **University of Arizona** | J.D., M.A. Psychology, December 1997 |
| Honors: | Order of the Coif |
| | Graduated *Magna Cum Laude* |
| | ARIZONA LAW REVIEW, member |
| | PSYCHOLOGY, PUBLIC POLICY, & LAW, student editor |
| | |
| **University of Florida**, | B.S. Psychology, May 1992, |
| Honors: | Graduated *Cum Laude* |
| | Phi Beta Kappa |

## PUBLICATIONS

Co-Author, *Toxic Torts and Mass Torts in* Survey of Developments in Texas Law, SMU L. REV. (2008)

Co-Author, *Explaining Sexual Harassment Judgments: Looking Beyond Gender of the Rater*, 28(1) LAW AND HUMAN BEH. 69 (2004).

Author, *Women and the Environment: Interview with Dr. Azizan Baharuddin*, 54(2) MALAY. NATURALIST 20 (2000).

Co-Author, *The Utility of the Reasonable Woman Legal Standard in Hostile Work Environment Sexual Harassment Cases: A Multimethod, Multistudy Examination,* 5 PSYCHOL., PUB. POL'Y, & L. 596 (1999).

Author, *Arizona's Insane Response to Insanity*, 30 ARIZ. L. REV. 287 (1998), *cited in Clark v. Arizona*, 548 U.S. 735, 126 S.Ct. 2709, 2719 n.6, 165 L.Ed.2d 842(2006).