Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
STONEBARGER LAW, APC
75 Iron Point Circle, Suite 145
Folsom, CA  95630
Telephone:     (916) 235-7140
Facsimile:      (916) 235-7141

*Attorneys for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: EASYSAVER REWARDS LITIGATION | LEAD CASE NO.: 09-CV-2094-MMA-BLM <br><br> **CLASS ACTION** <br><br> **DECLARATION OF GENE J. STONEBARGER IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS** |

I, Gene J. Stonebarger declare:

1. I am an attorney licensed to practice by the State of California, and the founding member of the law firm Stonebarger Law, APC, and am one of the attorneys for Plaintiffs and the Class in this proceeding.

2. I make this declaration in support of Class Counsel's application for an award of attorneys' fees and expenses in connection with services rendered by counsel for Plaintiffs in this litigation, of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

3. The tasks undertaken by my firm can be summarized as follows:

- Research on Defendant; Legal Research regarding Causes of Action; Drafting Complaint, Amended Complaints and Consolidated Complaints    41.4 hours

- Travel and Attendance at meetings with Counsel    12.3 hours

- Legal Research Regarding Issues raised in Motion to Dismiss    20.2 hours

- Legal Research Regarding Affirmative Defenses raised in Answers    6.4 hours

- Prepare for ENE and Mediation; Travel and Attend ENE and Mediation    45.6 hours

- Review and Analysis of Discovery Responses; Research regarding Discovery responses    10.2 hours

- Review and Research regarding Miscellaneous Briefs, Pleadings, Stipulations    64.7 hours

- Miscellaneous Correspondence    35.7 hours

4. The schedule attached hereto as Exhibit 1 is a summary indicating the hours worked by the partners, associates, and professional support staff who were involved in this litigation at my firm, by category, through the date of this declaration (additional time will be spent in preparation for the settlement hearing, any further proceedings, and in implementing the settlement), and the lodestar calculation based upon my firm's current billing rates. Time spent in preparing this application for fees is not included. The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm, which are available at the request of the Court for in camera review. I have spent 236.5 hours, at the rate of $650 per hour on this litigation from the inception of the case through November 26, 2012. The total lodestar amount based on the firm's current rates is $153,725.00.

5. My hourly rate of $650 has been previously approved by both California state and federal Courts, and this rates closely reflect the fair market rate for attorneys of similar experience engaged in similar type practice. Specifically, several courts in 2012 have expressly approved my hourly rate of $650, including the following cases: *Vaughan, et al. v. Home Depot U.S.A., Inc.*, District Court for the Eastern District of California, Case No. 2-11-cv-1041-GEB-

CKD (2012); *Swaney v. Lowe's HIW, Inc.*, District Court for the Northern District of California, Case No. CV-11-03231 (2012); *Pabst v. Genesco, Inc.*, Court for the Northern District of California, Case No. CV-11-04881 (2012); *Pompa v. Target Corporation*, District Court for the Central District of California, Case No. CV-10-0634 (2012); *Sunseri v. Maidenform Brands, Inc.*, Napa County Superior Court, Case No. 26-52359 (2012); *Giacometti v. True Religion Apparel, Inc.*, Placer County Superior Court, Case No. S-CV-0027951 (2012); *LaMasa v. IndyMac Resources, Inc.*, Stanislaus County Superior Court, Case No. 626836 (2012); and *Nelson v. Destination Maternity Corporation*, San Francisco Superior Court, Case No. CGC-11-508949 (2012).

6. As detailed in Exhibit 2, my firm has incurred a total of $10,798.22 in unreimbursed expenses in connection with the prosecution of this litigation. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

7. With respect to the standing of counsel in this case, attached hereto as Exhibit 3 is a brief biography of my firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 26th date of November, 2012.

                                           /s/ Gene J. Stonebarger

Declaration of Gene J. Stonebarger      CASE NO.: 09-CV-2094-MMA-BLM

EXHIBIT 1

# EXHIBIT 1

# IN RE: EASYSAVER REWARDS LITIGATION

# STONEBARGER LAW, APC

# TIME REPORT – Inception through November 26, 2012

| Name/Position[1] | Hours | Hourly Rate | Lodestar |
|---|---|---|---|
| Gene J. Stonebarger (P) | 236.5 | $650 | $153,725.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL** | 236.5 | $650 | $153,725.00 |

---

[1] Partner (P), Associate (A), Legal Assistant (L)

-1-

EXHIBIT 2

# EXHIBIT 2

# IN RE: EASYSAVER REWARDS LITIGATION

# STONEBARGER LAW, APC

# TIME REPORT – Inception through November 26, 2012

| Type of Expense | Amount |
|---|---|
| Assessments | $10,000.00 |
| Outside Copies | |
| In-house Reproduction/Copies | |
| Court Costs & Filing Fees | |
| Court Reporters & Transcripts | |
| Computer Research | |
| Telephone & Facsimile | |
| Postage/Express Delivery/Courier | |
| Professional Fees (investigator, accountant, etc.) | |
| Experts | |
| Witness / Service Fees | |
| Travel: Airfare | $504.80 |
| Travel: Lodging/Meals | $263.42 |
| Travel: Car rental/cabfare/parking | $30.00 |
| Miscellaneous | |
| **TOTALS** | **$10,798.22** |

CASE NO.: 09-CV-2094-MMA-BLM

EXHIBIT 3

**Stonebarger Law**

A Professional Corporation

75 Iron Point Circle, Suite 145
Folsom, California 95630
Telephone: (916) 235-7140
Facsimile: (916) 235-7141
www.stonebargerlaw.com

Gene J. Stonebarger
*Attorney at Law*
gstonebarger@stonebargerlaw.com

**STONEBARGER LAW, APC**, is a law firm dedicated to representing the interests of individuals and small businesses throughout the Country in all aspects of civil litigation. The firm specializes in Class Action Litigation. Our Attorneys have successfully served as Lead or Co-Lead Class Counsel prosecuting numerous Class Actions to Judgment against large corporations for violations of California consumer protection statutes, recovering tens of millions of dollars in benefits for individuals across the Country. Our Attorneys have also successfully represented many small businesses as both plaintiffs and defendants in various litigation venues. Stonebarger Law prides itself on the ability of our Attorneys to achieve excellent results for our clients through aggressive, precise, efficient and honest representation.

## GENE J. STONEBARGER, ESQ.

BIOGRAPHICAL INFORMATION

Gene J. Stonebarger is the founder of Stonebarger Law, APC. Mr. Stonebarger received a 2012 California Lawyer Attorney of the Year Award (the "CLAY Award") from California Lawyer magazine for the significant impact his legal work made in the area of Consumer Rights in 2011. Mr. Stonebarger argued the seminal privacy rights case entitled *Pineda v. Williams-Sonoma Stores, Inc.*, 51 Cal.4th 524 (2011), wherein the California Supreme Court issued a unanimous decision in favor of Plaintiff and Appellant protecting the privacy rights of California consumers, reversing the decisions of the two lower Courts and remanding the case for further proceedings. Mr. Stonebarger had the distinct honor of being the first attorney to present oral argument before Chief Justice Cantil-Sakauye as she began her tenure at the helm of the California Supreme Court and of California's vast judicial branch.

Mr. Stonebarger was awarded the Buck Scholarship in 1993 upon graduation from Linden High School and then went on to receive a Bachelor of Science Degree from U.C. Davis in 1997 and the Degree of Juris Doctor from the University of San Diego School of Law in 2000. Mr. Stonebarger began his legal career working at the prestigious Damrell law firm, where he handled complex civil litigation matters and Class Actions. In January, 2004, Mr. Stonebarger co-founded Lindsay & Stonebarger, APC. Mr. Stonebarger founded Stonebarger Law, APC in January, 2010. Mr. Stonebarger currently specializes his practice in the areas of Class Action and Complex Business Litigation. He is admitted to practice law before all courts of the State of California, the United States District Courts in the Northern, Eastern, Central and Southern Districts of California, as well as the United States Court of Appeals for the Fifth and Ninth Circuits, and the Supreme Court of the United States.

Mr. Stonebarger has successfully represented clients in numerous litigation forums in both Federal and State Court, including but not limited to, the Judicial Council of California, the Judicial Panel on Multidistrict Litigation, The Department of Consumer Affairs, California Courts of Appeal, Trial Courts throughout the State of California and Federal District Courts across the country. Mr. Stonebarger is a member of the American Association for Justice, the State Bar of California, the Consumer Attorneys of California, the Sacramento County Bar Association and the Capitol City Trial Lawyers Association. Mr. Stonebarger is also a licensed Real Estate Broker through the California Department of Real Estate.

EDUCATION

2000 - University of San Diego School of Law (J.D.)
1997 - University of California, Davis (B.S.)

LEGAL EXPERIENCE

2010-Present: Stonebarger Law, APC (Folsom)
2004-2010:    Lindsay & Stonebarger, APC (Sacramento, Folsom)
2000-2004:    Damrell, Nelson, Schrimp, Pallios, Pacher & Silva (Modesto)

JURISDICTIONS ADMITTED TO PRACTICE

2011- United States Supreme Court
2000- U.S. Court of Appeals for the Ninth Circuit
2010- U.S. Court of Appeals for the Fifth Circuit
2008- U.S. District Court, Central District of California

2006- U.S. District Court, Southern District of California
2001- U.S. District Court, Eastern District of California
2001- U.S. District Court, Northern District of California
2000 - California Supreme Court

PROFESSIONAL MEMBERSHIPS

State Bar of California
Consumer Attorneys of California
Sacramento County Bar Association
Capitol City Trial Lawyers Association
American Association for Justice
Real Estate Broker through the California Department of Real Estate

LEGISLATIVE TESTIMONY

- Assembly Committee on Judiciary regarding AB 1219, May 10, 2011
- Assembly Committee on Banking regarding AB 1219, May 2, 2011

SPEAKING ACTIVITIES

- American Conference Institute, Data Privacy & Information Security, Dallas, Texas, June 3-4, 2010
- San Francisco Bar Association Song-Beverly Act Panel, August 23, 2011
- American Conference Institute, Privacy & Security of Consumer and Employee Information, Washington, D.C., February 1-2, 2012

PUBLISHED OPINIONS

- *Pineda v. Williams-Sonoma Stores, Inc.*, 51 Cal.4th 524 (2011)
- *Alvarez v. Brookstone Company, Inc.* 202 Cal.App.4th 1023 (2011)
- *Folgelstrom v. Lamps Plus, Inc.*, 195 Cal.App.4th 986 (2011)
- *Powers v. Pottery Barn, Inc.*, 177 Cal.App.4th 1039 (2009)

# RICHARD D. LAMBERT, ESQ.

## BIOGRAPHICAL INFORMATION

Richard D. Lambert is an associate of the firm. Mr. Lambert graduated from Grace M. Davis High School in 2000. Mr. Lambert attended Occidental College earning his Bachelor of Arts degree in Economics in 2004. Mr. Lambert attended California Western School of Law, receiving his Juris Doctor *Magna Cum Laude* in 2007. While in law school, Mr. Lambert was an Associate Editor of the California Western Law Review & International Law Journal, an Academic Honors Instructor, and earned three Awards for Academic Achievement (Evidence, Alternative Dispute Resolution, & Trial Practice).

Mr. Lambert's Class Action practice is focused predominantly in the areas labor and employment, consumer protection, and privacy rights litigation. In addition to his Class Action practice, Mr. Lambert also handles Complex Business Litigation matters. He is admitted to practice law before all courts of the State of California. Mr. Lambert is a member of the State Bar of California, the Consumer Attorneys of California, California Employment Lawyers Association, and the Sacramento County Bar Association.

## EDUCATION

2007 - California Western School of Law (J.D.), *Magna Cum Laude*
2004 - Occidental College (B.A.), *Omicron Delta Epsilon Honors*

## LEGAL EXPERIENCE

2010-Present:  Stonebarger Law, APC (Folsom)
2007-2010:     Lindsay & Stonebarger, APC (Folsom)

## JURISDICTIONS ADMITTED TO PRACTICE

2011 - U.S. District Court, Southern District of California
2011 - U.S. District Court, Central District of California
2010 - U.S. District Court, Northern District of California
2009 - U.S. District Court, Eastern District of California
2007 - California Supreme Court

PROFESSIONAL MEMBERSHIPS

State Bar of California
Consumer Attorneys of California
Sacramento County Bar Association
California Employment Lawyers Association
Phi Alpha Delta, Sacramento State Chapter

PUBLISHED OPINIONS

- *Pineda v. Williams-Sonoma Stores, Inc.,* 51 Cal.4th 524 (2011)
- *Alvarez v. Brookstone Company, Inc.* 202 Cal.App.4th 1023 (2011)
- *Folgelstrom v. Lamps Plus, Inc.,* 195 Cal.App.4th 986 (2011)
- *Powers v. Pottery Barn, Inc.,* 177 Cal.App.4th 1039 (2009)

## ELAINE W. YAN, ESQ.

BIOGRAPHICAL INFORMATION

Elaine W. Yan is an associate of the firm. Ms. Yan graduated from Acalanes High School in 2004. Ms. Yan attended University of California, San Diego, earning her Bachelor of Arts degree in Political Science-Public Law with a minor in Human Development in 2008. Ms. Yan attended University of California, Davis School of Law (King Hall), where she received her Juris Doctor in 2011 and was elected to the Order of Coif. While in law school, Ms. Yan earned two Witkin Awards for Academic Achievement (Criminal Law and Family Law).

Ms. Yan is a member of the State Bar of California. She is admitted to practice law before all courts of the State of California and the United States District Courts in the Northern, Eastern, Central and Southern Districts of California.

EDUCATION

2011 - University of California Davis School of Law (J.D.), *Order of the Coif*
2008 - University of California San Diego (B.A.)

LEGAL EXPERIENCE

2011-Present: Stonebarger Law, APC (Folsom)

JURISDICTIONS ADMITTED TO PRACTICE

2012 - U.S. District Court, Northern District of California
2011 - U.S. District Court, Eastern District of California
2011 - U.S. District Court, Central District of California
2011 - U.S. District Court, Southern District of California

PROFESSIONAL MEMBERSHIPS

State Bar of California

**PRIVACY RIGHTS CLASS ACTION LITIGATION**

Attorneys at Stonebarger Law have successfully served as Lead or Co-Lead Class Counsel prosecuting numerous Class Actions to Judgment against large corporations for violations of California Civil Code section 1747.08, protecting the privacy rights of consumers, recovering tens of millions of dollars in benefits for individuals across the country, including in the following cases:

- *Matsuo v. American Golf Corporation*, San Joaquin County Superior Court, Case No. CV024865
- *Buzby v. Best Buy Co., Inc.*, San Diego County Superior Court, Case No. GIN040241
- *Children's Place Cases*, Stanislaus County Superior Court, J.C.C.P. No. 4418
- *Castaneda v. Dillard's, Inc.*, San Joaquin County Superior Court, Case No. CV026899
- *Barajas v. The Container Store, Inc.*, San Diego County Superior Court, Case No. GIN 041129
- *Ben Bridge Jeweler Cases*, Sacramento County Superior Court, J.C.C.P. No. 4474
- *Mendez v. Carter's, Inc.*, Sacramento County Superior Court, Case No. 05AS005580
- *O'Keefe v. West Marine, Inc.*, San Diego County Superior Court, Case No. GIC 876869
- *Barajas v. Dixieline Lumber Co.*, San Diego County Superior Court, Case No. GIC 841991
- *Cost Plus Credit Card Cases*, Sacramento County Superior Court, J.C.C.P. No. 4507
- *Wood v. Coach, Inc.*, Contra Costa County Superior Court, Case No. C-07-01146
- *Bell v. Genesco, Inc.*, San Diego County Superior Court, Case No. 37-2008-00081672 CU-BT-CTL

- *Lautenlager v. Sam Ash Music Corporation*, San Diego County Superior Court, Case No. 37-2008-00088948-CU-BT-CLT
- *Andonia v. The TJX Companies, Inc.*, San Diego County Superior Court, Case No. GIC875253
- *Burger v. J.C. Penney Company, Inc.*, San Diego County Superior Court, Case No. 37-2008-00083751-CU-BT-CTL
- *Cole v. Sport Chalet, Inc.*, San Diego County Superior Court, Case No. 37-2008-00081675 CU-BT-CTL
- *Cole v. The Sports Authority, Inc.*, San Diego County Superior Court, Case No. 37-2008-00081686 CU-BT-CTL
- *Johnson v. Lerner New York*, San Diego County Superior Court, Case No. 37-2008-00080567-CU-BT-CTL
- *Anderson v. United Retail*, San Diego County Superior Court, Case No. 37-2008-00089685-CU-BT-CTL
- *Spangler v. Bass Pro Outdoor World, LLC*, San Bernardino County Superior Court, Case No. CIVSS 810285
- *Fogelstrom v. Everfast, Inc.*, San Diego County Superior Court, Case No. 37-2008-00086675-CU-BT-CTL
- *Korn v. Polo Ralph Lauren Corporation*, United States District Court, Eastern District of California Case, No. 07-CV-02745-FCD-JFM
- *Anderson v. Tuesday Morning Corporation*, San Diego County Superior Court, Case No. 37-2008-00088654-CU-BT-CTL
- *Miller v. Road Runner Sports, Inc.*, San Diego County Superior Court, Case No. 37-2008-00093271-CU-BT-CTL
- *Diebel v. BCBG MAX AZRIA GROUP, Inc.*, San Diego County Superior Court, Case No. 37-2008-00085129-CU-BT-CTL
- *Fogelstrom v. Tween Brands, Inc.*, San Diego County Superior Court, Case No. 37-2008-00060767-CU-BT-NC
- *In Re: Payless Shoesource, Inc. California Song-Beverly Credit Card Act Litigation*, Eastern District of California, Case No. 09-MD-02022 FCD (GGH)
- *Sturgeon v. Jones Retail Corporation,* Southern District of California, Case No. 09-CV-00507-WQH (WVG)
- *Nelson v. Destination Maternity Corporation,* San Francisco County Superior Court, Case No. CGC-11-508949
- *Giacometti v. True Religion Apparel, Inc.,* Placer County Superior Court, Case No. S-CV0027951

- *Vaughan, et al. v. Home Depot U.S.A., Inc.*, District Court for the Eastern District of California, Case No. 2-11-cv-1041-GEB-CKD
- *Swaney v. Lowe's HIW, Inc.*, District Court for the Northern District of California, Case No. CV-11-03231
- *Pabst v. Genesco, Inc.*, Court for the Northern District of California, Case No. CV-11-04881

## CONSUMER CLASS ACTION LITIGATION

Attorneys at Stonebarger Law have successfully served as Class Counsel prosecuting numerous Class Actions to Judgment against large corporations for violations of California consumer protection statutes, recovering millions of dollars in benefits for individuals across the country, including in the following cases:

- *Christopher v. Baskin-Robbins*, USA, LLC, San Diego County Superior Court, Case No. 37-2007-00069556-CU-BT-CTL
- *Kedem v. Toys 'R' Us, Inc.*, Santa Clara County Superior Court, Case No. 1-09-CV-141570
- *In Re: Heartland Payment Systems, Inc. Data Security Breach Litigation*, Southern District of Texas, Case No. 4:09-MD-2046 (Mr. Stonebarger served as a member of the Executive Committee in the Consumer Track Actions in this MDL proceeding relating to a security breach whereby consumer credit card information was compromised)

## LENDER MISCONDUCT CLASS ACTION LITIGATION

Attorneys at Stonebarger Law have successfully served as Lead Class Counsel prosecuting Class Actions to Judgment against large lending institutions for violations of California and Federal statutes, including in the following case:

- *Shelton v. GMAC, LLC*, Placer County Sup. Ct., Case No. SCV21807 (Mr. Stonebarger served as Lead Class Counsel in this class action alleging that Defendant Sent 1099-C Cancelation Of Debt Forms To Debtors And Then Subsequently Attempted To Collect On The Canceled Debts)

Stonebarger Law serves as Counsel in pending Class Action lawsuits filed against large lending institutions for violations of California and Federal statutes, including the following cases:

- *In re Citibank HELOC Reduction Litigation,* Northern District of California, Case No. C 09-0350-MMC (Mr. Stonebarger serves as a member of the Executive Committee in this nationwide class action alleging illegal reductions of Home Equity Lines of Credit)
- *Singh v. Citimortgage, Inc., et al.,* Eastern District of California, Case No. 2:11-cv-00793-KJM-GGH (Mr. Stonebarger serves as a member of the Executive Committee in this nationwide class action alleging failure to honor loan modifications)

**EMPLOYMENT CLASS ACTION LITIGAITON**

Stonebarger Law has successfully served as Co-Lead Class Counsel prosecuting Class Actions to Judgment against large companies for violations of California and Federal employment laws, including the following cases:

- *Kool v. Target Corporation,* Eastern District of California, Case No. 2:10-CV-02950-LKK-EFB (Wage and hour class action on behalf of pharmacists)
- *Martin v. Warehouse Demo Services, Inc.,* Northern District of California, Case No. CV-10-04539 MMC (Wage and hour class action on brought on behalf of hourly employees working demonstration tables at Costco's stores across the State)
- *La Masa v. IndyMac Resources, Inc.,* Stanislaus County Superior Court, Case No. 626836 (Wage and hour class action on behalf of former IndyMac employees)

Stonebarger Law serves as Counsel in numerous pending Class Action lawsuits filed against large companies for violations of California and Federal employment laws, including the following cases:

- *Chase, et al. v. Rite Aid Corp.,* Los Angeles County Superior Court, Case No. BC381055 (Coordinated wage and hour class action on behalf of pharmacists employed by Rite Aid)
- *Duke v. Adventist Health System/West, et al.,* Sacramento County Superior Court, Case No. 34-2010-00073533-CU-OE-GDS (Wage and hour class action on behalf of former nurses working at St. Helena Hospital Clearlake)
- *Reed v. The Cheesecake Factory Restaurants, Inc., et al.,* Placer County Superior Court, Case No. SCV2773 (Class action brought on behalf of The Cheesecake Factory employees for being required to purchase uniforms in violation of California Law)
- *Anderson v. Apple American Group, LLC,* Sacramento County Superior Court, Case No. 34-2010-00093705 (Class action brought on behalf of Applebee's employees for being required to purchase uniforms in violation of California Law)

- *Carder v. Continental Airlines, Inc.*, Southern District of Texas, Case No. 4:09-cv-03173 (Class action brought on behalf of Continental employees and applicants who are/were United States Military Reservists for Continental's violations of USERRA)