Jennie Lee Anderson, State Bar No. 203586
Lori E. Andrus, State Bar No. 205816
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com
lori@andrusanderson.com

James R. Patterson, State Bar No. 211102
Alisa A. Martin, State Bar No. 224037
PATTERSON LAW GROUP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991
jim@pattersonlawgroup.com
alisa@pattersonlawgroup.com

*Co-Lead Interim Class Counsel for the Proposed Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: EASYSAVER REWARDS LITIGATION | LEAD CASE NO.: 09-CV-2094-MMA-BLM <br><br> **CLASS ACTION** <br><br> **DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS** |

I, Jennie Lee Anderson declare:

1.      I am an attorney licensed to practice by the State of California, and a member of the law firm Andrus Anderson LLP. I am one of four Court-appointed Interim Co-Lead Class Counsel representing the named Plaintiffs and the putative class in the above-captioned case.

2.      I make this declaration in support of Class Counsel's application for an award of

attorneys' fees and expenses in connection with services rendered by counsel for Plaintiffs in this litigation, of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

3.      As Interim Co-Lead Class Counsel, I participated in all strategic and management decision-making in the case.  Additionally, specific tasks undertaken by me and the members of my firm can be summarized as follows:

    a.  Conducted extensive pre-filing research;

    b.  Drafted the complaint and edited and conducted research in connection with each amended complaint;

    c.  Developed case strategy and drafted multiple case management and Early Neutral Evaluation related submissions;

    d.  Drafted multiple briefs in the case, including but not limited to (i) oppositions to Defendants' motions to dismiss, (ii) motion for class certification, (iii) motion to consolidate, (iv) opposition to Defendants' motion to stay, (v) motion for preliminary approval, and (vi) briefs relating to proceeding before the Judicial Panel on Multidistrict Litigation;

    e.  Edited, conducted research for and assisted in drafting multiple other briefs, including but not limited to Plaintiffs' opposition to Defendants' motion to strike, multiple discovery motions and subsequent oppositions to motions to dismiss;

    f.  Interviewed and fielded telephone inquiries from putative class members;

    g.  Participated in regular in-person and telephonic meetings with Co-Lead Class Counsel.  Coordinated with co-counsel regarding assignments and supervised management of the case;

    h.  Prepared for and took three corporate depositions and second chaired all other depositions noticed by Plaintiffs in the case in both California and Maryland;

    i.  Reviewed and coded documents produced by defendants and nonparties;

    j.  Identified and analyzed potential exhibits for depositions;

    k.  Conducted research regarding additional claims and choice of law issues, drafted

memoranda relating to the same;

l.  Prepared for and participated in multiple hearings and case management conferences;

m.  Met with named Plaintiffs regarding status of litigation;

n.  Researched and drafted multiple letters regarding compliance with the California Legal Remedies Act, met and conferred with defendant regarding the same;

o.  Participated in negotiation of protective order;

p.  Met and conferred with defense counsel regarding motion practice and multiple discovery issues;

q.  Retained and consulted with experts in the case;

r.  Worked directly with experts regarding discovery issues, depositions, interpretation of computer code and damages models,

s.  Drafted expert disclosures;

t.  Developed and drafted party and nonparty discovery;

u.  Served, met and conferred regarding and enforced more than 22 nonparty subpoenas;

v.  Prepared affidavits relating to nonparty discovery;

w.  Researched discovery issues and drafted memoranda regarding the same;

x.  Prepared for and participated in all mediation sessions and settlement discussions;

y.  Researched and evaluated issues for motion for summary judgment, prepared memoranda regarding the same;

z.  Researched intervention issues pertaining to related cases;

aa.  Created and maintained a litigation fund account;

bb.  Negotiated settlement terms including issues relating to class notice with defense counsel; and

cc.  Worked and will continue to work with claims administrator and Defendants regarding notice and class claims.

4.  The schedule attached hereto as Exhibit 1 is a summary indicating the hours

worked by the partners, associates, and professional support staff who were involved in this litigation at my firm, organized by task category, through the date of this declaration (additional time will be spent in preparation for the settlement hearing, any further proceedings, and in implementing the settlement), and the lodestar calculation based upon my firm's current billing rates. Time spent in preparing this application for fees is not included. The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm, which are available at the request of the Court for *in camera* review. My firm has spent more than 1,355 hours on this litigation from the inception of the case through November 21, 2012. The total lodestar amount based on the firm's current rates is $766,821.50. The hourly rates set forth in Exhibit 1 are my firm's regular hourly rates and similar to the rates charged by litigation firms in the area for complex litigation.

5.     As detailed in Exhibit 2, my firm has incurred a total of $39,769.32 in unreimbursed expenses in connection with the prosecution of this litigation. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

6.     With respect to the standing and qualifications of counsel in this case, attached hereto as Exhibit 3 is a brief biography of my firm and attorneys in my firm who were principally involved in this litigation

7.     My firm managed and maintained a litigation fund in connection with this litigation. Exhibit 4 attached hereto is a summary of expenses paid from the joint litigation fund, which Interim Co-Lead Class Counsel funded by leveling assessments totaling $110,000. A total of $103,002.24 of expenses has been paid from the litigation fund, leaving a reserve of $6,997.76. Any amounts left in reserve at the time of final approval shall be offset from the cost amounts to be paid to each firm from the settlement fund on a pro rata basis.

8.     I have reviewed the Declarations of James R. Patterson, Isam C. Khoury, Bruce Steckler and Gene J. Stonebarger In Support of Plaintiffs' Application for Attorneys' Fees and Costs, filed concurrently herewith. Based on these declarations and the exhibits thereto, the

firms spent 7706.4 hours litigating the case so far, with a collective lodestar of $4,264,116.50. Based on these same declarations, the total costs advanced by counsel in the case (minus the amount in reserve in the litigation fund) are $223,398.27.

9. Throughout this case, my law firm expended a substantial time and costs to prosecute a nationwide class action suit on a purely contingency fee basis, with no guarantee of compensation or reimbursement. This commitment also prevented my firm from taking on other matters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 26th date of November, 2012.

    _/s/  Jennie Lee Anderson_____
    Andrus Anderson LLP
    Interim Co-Lead Class Counsel

# EXHIBIT 1

IN RE: EASYSAVER REWARDS LITIGATION
ANDRUS ANDERSON LLP
TIME REPORT - Inception through November 29, 2012

| Name (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Inception to Date Hours | Inception to Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Andrus, Lori (P) | $675 | 40.4 | | | 34.8 | 1.8 | | 0.6 | | 6.6 | 30.7 | 0.3 | | 115.2 | $77,760.00 |
| Anderson, Jennie (P) | $675 | 187.3 | 22.8 | 3.3 | 16.4 | 83.7 | 39.2 | 23.3 | 20.8 | 51.1 | 256.1 | 69.7 | | 773.7 | $522,247.50 |
| Marlowe, Jennifer (A) | $450 | 6.7 | | | | | | | | 29.6 | 105.1 | | | 141.4 | $63,630.00 |
| Moy, Jessica (A) | $360 | 1.0 | | | 0.2 | | | | | | 36.1 | | | 37.3 | $13,428.00 |
| Pacheco, Jaime (PL) | $260 | 3.4 | | | | | | | | 3.6 | 30.4 | | | 37.4 | $9,724.00 |
| Tosdal, Sara (A) | $350 | | | | | | | 0.9 | | 1.5 | 6.5 | | | 8.9 | $3,115.00 |
| McEwan, Ryan (A) | $340 | 3.2 | | | 100.5 | 66.0 | | 6.3 | | 2.1 | 3.6 | | | 181.7 | $61,778.00 |
| May, Caitlin (LC) | $250 | | | | | | | | | 10.7 | 2.5 | | | 13.2 | $3,300.00 |
| Jacobsen, Laurie (PI) | $170 | | | | | | | | | | 2.5 | | | 2.5 | $425.00 |
| Lopez, Maria (PL) | $260 | | | | | | | | | | 0.6 | | | 0.6 | $156.00 |
| Good, Kelli (PL) | $260 | 4.6 | | | 3.7 | 12.7 | | | | 2.8 | 12.7 | 6.8 | | 43.3 | $11,258.00 |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| **TOTAL** | | 246.6 | 22.8 | 3.3 | 155.6 | 164.2 | 39.2 | 31.1 | 20.8 | 108.0 | 486.8 | 76.8 | - | 1,355.2 | $766,821.50 |

Categories:
1.0  Attorney Meetings/Strategy
2.0  Court Appearance
3.0  Client Meeting
4.0  Draft Discovery Requests or Responses
5.0  Deposition Preparation
6.0  Attend Deposition - Conduct/Defend
7.0  Document Review
8.0  Experts - Work or Consult
9.0  Research
10.0  Motions/Pleadings
11.0  Settlement
12.0  Trial

Status:
(P)  Partner
(OC)  Of Counsel
(A)  Associate
(LC)  Law Clerk
(PL)  Paralegal
(I)  Investigator
(PI)  Paralegal Intern

# EXHIBIT 2

EXHIBIT 2

**IN RE: EASYSAVER REWARDS LITIGATION**

**ANDRUS ANDERSON LLP**

**COST REPORT – Inception through November 29, 2012**

| Type of Expense | Amount |
|---|---|
| Assessments | $27,500.00 |
| Outside Copies | $10.00 |
| In-house Reproduction/Copies | $3,408.50 |
| Court Costs & Filing Fees | $0.00 |
| Court Reporters & Transcripts | $0.00 |
| Computer Research | $1,269.13 |
| Telephone & Facsimile | $550.08 |
| Postage/Express Delivery/Courier | $851.17 |
| Professional Fees (Vendors, litigation support, accountant, etc.) | $0.00 |
| Experts | $0.00 |
| Witness / Service Fees | $0.00 |
| Travel: Airfare | $2,940.14 |
| Travel: Lodging/Meals | $1,901.41 |
| Travel: Car rental/cabfare/parking | $1,252.91 |
| Miscellaneous | $85.98 |
| **TOTALS** | **$39,769.32** |

# EXHIBIT 3

**ANDRUS ⁂ ANDERSON LLP**

155 Montgomery Street · Suite 900, San Francisco, California 94104
T: 415.986.1400 · F: 415.986.1474 · www.andrusanderson.com

## The Firm

The law firm of Andrus Anderson LLP ("Andrus Anderson") has a diverse and thriving practice representing plaintiffs in cases involving unlawful business and employment practices, personal injury and mass tort, defective products, antitrust violations and consumer protection. Our clients include individuals, classes and/or groups of individuals, and small businesses nationwide.

## Current Cases And Recent Successes

Andrus Anderson currently represents individuals in personal injury, consumer fraud, mass tort, product liability and employment matters, and has considerable class action and complex litigation experience, as the following partial list of recent and ongoing matters demonstrates:

a. *In re EasySaver Rewards Litigation,* Case No. 09-cv-02094-MMA, pending in the United States District Court for the Southern District of California. Andrus Anderson has been appointed Interim Co-Lead Class Counsel in the case. Andrus Anderson represents consumers who were the victims of a so-called "rewards" program, in which they were enrolled without their knowledge or consent and then subjected to monthly membership fees, though no benefits were conferred. Plaintiffs are pursuing claims on behalf of a nationwide and California Class.

b. *Ralston v. Mortgage Investors Group, Inc., et al.*, Case No. 08-00536 JF, pending in the United States District Court for the Northern District of California. Andrus Anderson has been appointed co-lead counsel in the case. On March 30, 2012, the Court certified a class of

California homeowners in this lawsuit against Countrywide Home Loans Inc. and Mortgage Investors Group for failure to comply with the disclosure requirements in violation of state law. The lawsuit alleges defendants sold certain Pay Option ARM loans, while failing to disclose, among other critical information, the true interest rate on the loan and that negative amortization was certain to occur if the borrower adhered to the payment schedule provided by the defendants.

c. *Fox v. Nissan North American Inc.,* Case No. GCG-09-490470. Andrus Anderson is lead counsel in this case pending before the San Francisco Superior Court. The lawsuit involves a class of California owners of 2001 -2005 Nissan Pathfinders, Altimas and Sentras. Plaintiffs allege that the vehicle were manufactured with defective power valve screws that are prone to loosen and detach, resulting in engine failure and/or loss of control of the vehicles. Following the Superior Court sustaining a demurrer, Andrus Anderson appealed and, in 2012, the California Court of Appeal reversed and remanded for further proceedings.

d. *Tietsworth v. Sears Roebuck and Co.,* Case No. 09-00288-JF-PSG, pending in the United States District Court for the Northern District of California. Andrus Anderson is lead counsel in this class action challenging the manufacturer and seller of defective high-end washing machines.

e. *In re TFT-LCD (Flat Panel) Antitrust Litigation,* MDL No. 07-cv-01827 SI, pending in the United States District Court for the Northern District of California. Andrus Anderson represents an indirect purchaser and proposed class in an antitrust case against the major manufacturers of Thin Film Transistor Liquid Crystal Display ("TFT-LCD") products alleging that defendants engaged in contract, combination or conspiracy to artificially inflate the prices of TFT-LCD products, such as flat screen televisions. Ms. Anderson and her cocounsel recently

achieved settlements worth more than $1 billion on behalf of the indirect purchaser classes they represent.

f.   *In re Cathode Ray Tube (CRT) Antitrust Litigation,* MDL No. 1917 SC, pending in the United States District Court for the Northern District of California.  Andrus Anderson represents an indirect purchaser and proposed class in an antitrust case against the major manufacturers of CRTs and CRT products, including televisions and monitors alleging that defendants engaged in contract, combination or conspiracy to artificially inflate the prices of TFT-LCD products, such as flat screen televisions.

g.   *Smith v. ServiceMaster Holding Corp., et al.*, Case No. 2:11-cv-02943-JPM-dkv, pending in the United States District Court for the Western District of Tennessee. Andrus Anderson represents termite control technicians and pest control technicians in a wage and hour suit against Terminix.  Plaintiffs claim that Terminix does not pay for all hours worked or for overtime in violation of the Fair Labor Standards Act.

h.   *Kyriakakos v. Veolia Water North America, Inc.*, Case No. 10-00751, pending in Alameda County Superior Court, State of California.  Andrus Anderson represents wastewater and water treatment plant operator, lab technicians and mechanics in a wage and hour suit against Veolia.  Plaintiffs allege that Veolia does not pay its workers for all hours worked conducting remote monitoring tasks, time spent donning, doffing, and showering, and that Veolia violates California law with its meal and rest break policies.

i.   *Yaz, Yasmin and Ocella Contraceptive Cases Coordinated Proceeding (JCCP) No. 4608*, pending in Los Angeles County Superior Court, State of California.  Andrus Anderson represents dozens of clients bringing claims against Bayer Corporation, among others, for their injuries

resulting from the use of Yaz, Yasmin or Ocella birth control.  Andrus Anderson partner Lori E. Andrus has been appointed to the Plaintiffs' Steering Committee in the case.

j. *Honda/Michelin PAX Tire Litigation.*  Andrus Anderson represented consumers in *Olson v. American Honda Motor Company, Inc.,* Case No. RG07341165, Alameda Superior Court; and the following federal cases consolidated into Multidistrict Litigation No. 1911, before Judge Roger Titus in the District of Maryland, where Andrus Anderson was appointed Co-Lead Class Counsel (*Williams v. American Honda Motor Co., Inc.*, Case No.1:07-cv-05933, filed in the Northern District of Illinois; *Palmer v. American Honda Motor Co., Inc.*, Case No. CV07-1904-PHX-DGC, filed in the District of Arizona; *Longo v. American Honda Motor Co., Inc.*, Case No. 07-CIV-9399, filed in the Southern District of New York; and *Smith v. American Honda Motor Co., Inc.*, Case No .07-61524, filed in the Southern District of Florida).  The litigation involved consumers who purchased or leased Honda and Acura vehicles equipped with the PAX® Tire and Wheel Assembly System.  Plaintiffs alleged that Honda misrepresented and failed to disclose the defective nature of the PAX Systems causing injury to plaintiffs and class members.  The firm achieved a nationwide settlement, given final approval on June 25, 2009, wherein class members were reimbursed for premature wear on their tires, received an extended warranty on PAX tires installed on their vehicles for the life of the vehicles, and additional safety features, including the opportunity to obtain a spare tire kit and enhanced emergency service.  The litigation was expanded to include owners of certain Nissan vehicles equipped with the PAX Systems and tires.

k. *Milligan v. Toyota Motor Sales, U.S.A., Inc.,* Case No. 09-05418 RS, United States District Court for the Northern District of California, and *Washington v. Toyota Motor Sales, U.S.A., Inc.*, Superior Court of California, County of Santa Clara, Case No. 1-10-CV-164200. Andrus Anderson was appointed co-lead class counsel by District Court Judge Richard Seeborg

in relation to a class action settlement on behalf of a class of 2001-2003 Toyota RAV4 vehicle owners who experienced problems with the engine control modules ("ECMs") or ECM-related damage to the transmissions. The settlement provided for an extended warranty and full reimbursement for class members who paid out-of-pocket to repair or replace the ECMs and/or transmissions.

l. *In re Ortho Evra Products Liability Litigation*, MDL No. 1742, United States District Court for the Northern District of Ohio. Andrus Anderson represented more than twenty individual clients and was actively involved in the Multi-District Litigation ("MDL") regarding the Ortho Evra birth control patch and women's health problems resulting from the use of the Ortho Evra birth control patch. Andrus Anderson partner Lori Andrus was a member of the MDL Plaintiffs' Steering Committee. The Ortho Evra patch, manufactured by Ortho-McNeil and Johnson & Johnson, has been found to increase the risk of stroke and dangerous blood clots, and has been linked to strokes, heart attacks, and deaths in women.

m. *Nelson et al., v. California State University, East Bay Foundation, Inc.,* Case No. RG09442869, Alameda County Superior Court, State of California. Andrus Anderson was lead counsel in this wage and hour litigation on behalf of English as a second language (ESL) teachers. In their complaint, current and former ESL teachers alleged that Cal State did not pay them for all hours worked. Andrus Anderson obtained back pay for their clients and negotiated major changes in the practices and policies at California State University, East Bay, to ensure the ESL teachers are fairly compensated going forward.

n. *Adams v. Inter-con Security Systems, Inc.*, Case No. C-06-5428, United States District Court for the Northern District of California. Andrus Anderson and their co-counsel represented security guard employees in a multi-state class action seeking damages for unpaid hours worked

off the clock in violation of the Fair Labor Standards Act and several states' labor laws. The lawsuit resulted in a $4 million settlement for class members who were required to attend daily security briefings and orientation sessions without pay.

o. *Simons v. Waste Management of Alameda County Inc.,* Case No. RG 0733746, filed in Alameda County Superior Court. Andrus Anderson represented consumers in Alameda County who prepaid for and experienced interruptions in their garbage collection service during the July 2007 labor lock out. The lawsuit resulted in a settlement wherein Waste Management issued full or partial credits to all customers who experienced interruptions in collection services in connection with the July 2007 lock out.

p. *Garcia v. Service Master Global Holdings, Inc.,* Case No. CV075754, Marin County Superior Court. Andrus Anderson and co-counsel represented nine Filipino American employees against the Terminix companies and its supervisors and managers, for unlawful harassment and discrimination, and violations of state labor statutes and common law.

## Attorney Biographies

### *LORI ERIN ANDRUS*

Born in Lafayette, Louisiana, Andrus Anderson partner Lori E. Andrus is a member of the bar of the District of Columbia and of the California bar and is admitted to practice in the United States District Courts for the districts of Northern, Southern, Central and Eastern Districts of California. Ms. Andrus has received Martindale-Hubbell's highest rating (AV) for legal ability and ethical standards. Ms. Andrus earned her Bachelor of Arts degree from the Boston University, *cum laude,* and graduated, with honors, from Duke University School of Law. Between college and law school, Ms. Andrus worked for two Members of Congress in

Washington, D.C., first for U.S. Representative Rick Boucher from Virginia, then for U.S Representative James Hayes, from Louisiana.

Prior to co-founding Andrus Anderson, Ms. Andrus was a partner at the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, where she litigated multiple class actions and complex matters in state and federal courts across the country in the areas of mass tort, product liability, loan discrimination, consumer fraud and employment.

Examples of class and complex litigation cases Ms. Andrus has worked on in the past include the following:

### *Mass Tort/Personal Injury*

*West v. G & H Seed Co*., CV No. 99-C-4984-A (Louisiana State Court, St. Landry Parish), a class action brought on behalf of crawfish farmers whose crops were killed by defendants' pesticides.  After class certification was affirmed on appeal, *see* 832 So.2d 274 (La. App. 2002), the Court approved $45 million settlement.

*In re Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL 1708 (D. Minn.), personal injury lawsuits on behalf of Guidant patients across the United States seeking damages for the injuries they suffered due to Guidant's alleged negligence with respect to the manufacturing and sale of defective defibrillators.  Ms. Andrus served as the Co-Chair of the Science/Experts Committee in the MDL.

*In re Baycol Products Litigation*, MDL No. 1431 (D. Minn.), mass tort litigation involving Baycol's serious side effects, including rhabdomyolysis.  While she was an associate at Lieff, Cabraser, Heimann & Bernstein, Ms. Andrus assisted with litigation brought on behalf of hundreds of injured clients, and helped obtained favorable settlements with Bayer A.G. and Bayer Corporation.

*In re Vioxx Products Liability Litigation*, MDL No. 1657 (E.D. La.).  While she was an associate at Lieff, Cabraser, Heimann & Bernstein, Ms. Andrus assisted in the litigation of individual personal injury lawsuits against Merck, the manufacturer of Vioxx, for false promotion of Vioxx's safety and failure to disclose the drug's dangerous side effects.

*In re Bextra/Celebrex Marketing Sales Practices and Products Liability Litigation*, MDL 1699 (N.D.Cal.), personal injury and consumer litigation arising out of the sale and marketing of the COX-2 inhibitors Bextra, Celebrex, and Parecoxib manufactured by Pfizer, Inc and its predecessor companies Pharmacia Corporation and G.D. Searle, Inc.  Ms. Andrus worked on this litigation while she was a partner at Lieff, Cabraser, Heimann & Bernstein.

*Fen-Phen ("Diet Drugs") Litigation***.**  While she was an associate at Lieff, Cabraser, Heimann & Bernstein, Ms. Andrus assisted in litigation on behalf of dozens of individuals pursuing personal injury claims due to injuries from the "Fen-Phen" diet drugs fenfluramine (Pondimin) and/or dexfenfluramine (Redux).

### Discriminatory Lending Practices

*Thompson v. WFS Financial, Inc*., Case No. RG 03088926 (Alameda County Sup. Ct.), *Pakeman v. American Honda Finance Corp.*, Case No. RG03088920 (Alameda County Sup. Ct.), and *Finance Charge Markup Cases*, J.C.C.P. No. 4346 (San Francisco County Sup. Ct.). These three nationwide class actions under the federal Equal Credit Opportunity Act alleged discriminatory lending in the automobile financing industry, resulting in industry-wide changes to automobile financing practices and the settlements provided for refinancing of $2 billion in outstanding loans and other benefits valued in excess of $200 million.

### Consumer Protection and Product Liability

*McManus, et al. v. Fleetwood Enterprises, Inc.,* Civil Action No. SA-99-CA-464-FB (U.S.D.C. W.D. Texas), nationwide settlement class of Fleetwood motor home owners who alleged that Fleetwood failed to adequately inform consumers of the need for auxiliary braking systems for safe stopping.

*Providian Credit Card Cases*, JCCP No. 4085 (San Francisco County Sup. Ct.) Nationwide settlement class of Providian credit cardholders who alleged that Providian had engaged in widespread misconduct by charging cardholders unlawful, excessive interest and late charges, and by promoting and selling to cardholders "add-on products" promising illusory benefits and services, resulting in a $105 million settlement.

*In re Bridgestone/Firestone, Inc. Tires Products Liability Litigation*, Case Nos. 03-1379, 03-1564 (S.D. Ind.) and *Bridgestone/Firestone Tire Cases I & II*, J.C.C.P. Nos. 4266 & 4270 (Sacramento Sup. Ct.). Litigation regarding the combination of defective automobile design, making Ford Explorers prone to rollover, and Firestone's defective tire design.

### JENNIE LEE ANDERSON

Born in Indianapolis, Indiana, Andrus Anderson partner Jennie Lee Anderson has extensive experience representing consumers and employees in individual and class actions. Ms. Anderson has proven herself an effective advocate and currently serves as lead or co-lead counsel in multiple state and nationwide class actions including, but not limited to, *In re EasySaver Rewards Litigation, Ralston v. Mortgage Investors Group and Countrywide Home Loans, Inc.*, *Milligan v. Toyota Motor Sales, U.S.A., Inc., Fox v. Nissan North America, Inc.* and *Tietsworth v. Sears Roebuck and Co.,* each of which is summarized above.

Ms. Anderson has been recognized as Northern California Super Lawyer in 2011 and 2012, is the immediate past chair of the American Association for Justice Class Action Litigation

Group and the currently Secretary of the American Association for Justice's Business Torts Section. She is a frequent author and lecturer on a variety of topics regarding class actions and complex litigation.

Ms. Anderson earned her Bachelor of Arts degree from the University of Wisconsin-Madison and her Juris Doctor degree from University of California, Hastings College of the Law. In law school, Ms. Anderson served as a judicial extern to the Honorable Martin J. Jenkins, District Court Judge for the Northern District of California, and was a legal intern for Legal Aid of Cambodia in Phnom Penh, Cambodia. A member of the California bar, Ms. Anderson is also admitted to practice in the United States District Court for the Northern, Southern, Central and Eastern Districts of California and the Ninth Circuit Court of Appeals.

Prior to co-founding Andrus Anderson, Ms. Anderson practiced complex litigation in the San Francisco offices of Lieff, Cabraser, Heimann & Bernstein, LLP and Lerach Coughlin Stoia Geller Rudman & Robbins, LLP (now Robbins, Geller, Rudman & Dowd, LLP) where she prosecuted multiple class action and complex cases on behalf of plaintiffs in the areas of consumer protection, employment, securities, product liability and antitrust. In addition, Ms. Anderson has considerable knowledge of habeas corpus proceedings, having represented indigent inmates on death row at the Habeas Corpus Resource Center in San Francisco.

In addition the cases highlighted above, a few examples of complex and class action cases on which Ms. Anderson worked prior to co-founding Andrus Anderson include the following:

### *Consumer Protection and Product Liability*

*Cellphone Termination Fee Cases*, J.C.C.P. No. 4332 (Alameda County Sup. Ct.). Coordinated lawsuits against the six major wireless telephone service providers in California

alleging that the early termination fee provisions in defendants' contracts are illegal penalties under California Law, designed to unfairly tether consumers to long term contracts and prevent customers from changing their wireless service providers.

*Richison v. American Cemwood Corp*., No. 005532 (San Joaquin County Superior Ct.). Nationwide class of approximately 30,000 owners of homes and other structures on which defective Cemwood Shakes were installed, resulting in settlements totaling $140 million.

*In re Firearms Cases*, J.C.C.P. No. 4095 (San Diego County Sup. Ct.). This lawsuit was brought on behalf of twelve cities and counties in California against the gun industry to reduce handgun violence across the State. The litigation resulted in five gun industry defendants agreeing to change the way they do business in California in an effort to prevent firearms from being sold in the underground market.

### *Antitrust and Business Torts*

*Microsoft Private Antitrust Litigation*. Multiple statewide antitrust cases against Microsoft Corporation, alleging that Microsoft engaged in anticompetitive conduct and/or violated state deceptive and unfair business practices statutes to harm competition and monopolize the markets for Intel-compatible, personal computer operating system software, as well as word processing and spreadsheet software, resulting in several multi-million dollar settlements.

*Natural Gas Antitrust Cases*, J.C.C.P Nos. 4221, 4224, 4226 & 4228 (Cal. Sup. Ct.). Class action on behalf of purchasers of natural gas alleging that defendant El Paso Natural Gas Company manipulated the market for natural gas pipeline transmission capacity into California to enable its energy trading subsidiary to acquire the capacity, and then used the capacity to drive up natural gas prices on the spot market, ultimately resulting in a $1.5 billion settlement.

### JESSICA MOY

Ms. Moy is an associate at Andrus Anderson LLP. Her practice focuses on representing plaintiffs in federal matters with an emphasis in antitrust, unfair competition and complex commercial litigation. Ms. Moy also practices in the areas of employment discrimination and consumer protection.

Ms. Moy is originally from Silver Spring, Maryland and attended Haverford College in Pennsylvania where she earned high honors and double-majored in English Literature and East Asian Studies. She spent her junior year abroad studying English Literature at Oxford University in England.

As a Zeidman Fellowship recipient, Ms. Moy spent seven months studying Chinese language at Beijing Normal University in Beijing, China. Thereafter, she worked for the United States Department of Justice's Antitrust Division, Litigation II Section in Washington, DC as part of the Department's Honors Paralegal Program. While at the Antitrust Division, she assisted with the investigation and litigation of vertical and horizontal mergers, appraised divestiture options, and assessed potential purchasers of international assets.

Ms. Moy earned her Juris Doctor degree from the University of California, Hastings College of the Law. During law school, she was an oral advocate finalist and awarded "Best Brief" in the Philip C. Jessup International Law Moot Court competition, acted as an Articles Editor for Hastings Constitutional Law Quarterly, and served as an Executive Board Member of Hastings's Asian/Pacific-American Law Students Association. In addition, Ms. Moy externed for the Honorable Maria-Elena James in the Northern District of California, San Francisco Division and was recognized with the CALI Excellence for the Future Award and the Witkin Award for Academic Excellence in Trial Advocacy.

# EXHIBIT 4

EXHIBIT 4

**IN RE: EASYSAVER REWARDS LITIGATION**

**LITIGATION FUND**

**COST REPORT – Inception through November 29, 2012**

| | |
|---|---|
| **TOTAL ASSESSMENTS** | **$110,000.00** |

| Type of Expense | Amount |
|---|---|
| Outside Copies | $927.18 |
| Mediation | $8,625.00 |
| Court Reporters & Transcripts | $40,734.53 |
| Postage/Express Delivery/Courier | $2,875.00 |
| Professional Fees (Vendors, litigation support, accountant, etc.) | $22,374.24 |
| Experts | $26,593.98 |
| Witness / Service Fees | $716.31 |
| Miscellaneous (Bank fees) | $156.00 |
| **TOTALS** | **$103,002.24** |