Theodore H. Frank (SBN 196332)
Adam E. Schulman (*pro hac vice*)
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW
No. 236
Washington, DC 20036
Email: tfrank@gmail.com
Voice: (703) 203-3848
*Attorneys for Class Member Brian Perryman*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EasySaver Rewards Litigation | Case No. 3:09-cv-2094-AJB (WVG) |
| | **SUPPLEMENTAL DECLARATION OF BRIAN PERRYMAN** |
| Brian Perryman,<br>    *Objector*. | Date:         January 28, 2013<br>Time:         1:30 p.m.<br>Courtroom:   12<br>Judge:        Hon. Anthony J. Battaglia |

I, Brian Perryman, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. I am an attorney admitted to the bars of the District of Columbia and the Commonwealth of Virginia.

3. In July 2012, after I learned about this class action settlement and the extent to which class counsel was seeking to benefit themselves at the expense of their putative clients, I contacted Theodore H. Frank, and asked if he wished to represent me in an objection to the settlement. As an attorney who works with class actions regularly, I was already familiar with Mr. Frank's successful work on behalf of class members unfairly treated in class action settlements. This was the first time I ever communicated directly with Mr. Frank. (I am currently "connected" to Mr. Frank on LinkedIn, but I initiated that request on December 6, 2012, after I had signed a retainer agreement.)

4. We did not agree to a retainer agreement until November. The retainer provides that I must approve any filings. My attorneys wrote a draft of the objection that they provided to me December 3, 2012; at my request, they made several changes to statements I disagreed with, and gave me a new version on December 6, 2012, which I then approved.

5. The first draft of my declaration was drafted by my attorneys after they consulted with me about my interactions with RedEnvelope and Easy Saver. I modified the draft declaration they provided me before I signed it.

6. The Fourth Amended Complaint requests special damages, and exemplary or punitive damages; it also requests a payment of interest to class members. Dkt. 221 at 46. The settlement provides me with no special, exemplary, or punitive damages, or interest, and waives my claims to these items of damages. I thus have not been "made whole" by the settlement and could be made better off by a settlement that complied with Ninth Circuit law and did not cap class recovery while awarding the attorneys a disproportionate share of the recovery and awarding *cy pres* ahead of undercompensated class members.

7. I live in the Washington, DC, area. As a member of a nationwide class, I am made worse off that *cy pres* settlement money, in violation of Ninth Circuit law, is going to solely San Diego-area universities instead of organizations with nationwide scope. If the settlement were restructured with Ninth Circuit-compliant *cy pres* and lower attorneys' fees (and thus possibly higher *cy pres*), I would benefit.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on January 22, 2013, in Arlington, Virginia.

_____
Brian Perryman

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing all ECF registered attorneys in this case.

Dated this 22nd day of January 2013.

                                                              *(s) Theodore H. Frank*
                                                              Theodore H. Frank