UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: EASYSAVER REWARDS LITIGATION,<br><br>This document relates to all actions. | Lead Case No.: 09cv2094 AJB (WVG)<br>Consolidated Action<br><br>FINAL JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT:

1. Upon consideration of the Court's final order approving class action settlement (Dkt. No. 271) ("Final Approval Order"), it is hereby ORDERED that judgment is entered on behalf of the settlement class and against Defendants pursuant to the parties' Settlement Agreement and Release as follows.

2. In the Final Order Approving Class Action Settlement, the Court granted final certification, for purposes of settlement only, of a Class pursuant to Federal Rule of Civil Procedure 23(b)(3), defined as: "All persons who, between August 19, 2005 and June 26, 2012, placed an order with a website operated by Provide Commerce, Inc. and were subsequently enrolled by Regent Group Inc. dba Encore Marketing International, Inc. in one or more of the following membership programs: EasySaver Rewards, RedEnvelope Rewards, or Preferred Buyers Pass. Excluded from the Class are (a) Provide Commerce and RGI, (b) any entities in which Provide Commerce or RGI have a controlling interest or which have a controlling interest in Provide Commerce or RGI, (c) the officers, directors,

employees, subsidiaries, affiliates, and attorneys of Provide Commerce or RGI, and (d) the Judges presiding over the Lawsuit and any of their employees or immediate family members."

3. Pursuant to Federal Rule of Civil Procedure 23(c)(3), all persons who satisfy the class definition above are "Class Members." However, persons who timely filed valid requests for exclusion are not Class Members. The list of excluded persons is attached hereto as Exhibit 1.

4. In the Final Order Approving Class Action Settlement, the Court found that notice of the Settlement Agreement and Release ("Settlement Agreement") was provided on the Internet at the web address of www.membershipprogramsettlement.com. Summary notice was provided by email to each Class Member at the email address that EMI maintains for each Class Member, including persons that have previously indicated that they do not wish to be contacted by EMI. Summary notice was provided by postcard by U.S. mail to all Class Members to whom notice by direct email was not deliverable and for whom EMI has a facially valid postal address, including persons that have previously indicated that they do not wish to be contacted by EMI.

5. Pursuant to Federal Rule of Civil Procedure 23(c)(3), all Class Members who have not timely and validly filed requests for exclusion are thus Class Members who are bound by this Final Judgment, by the Final Order Approving Class Action Settlement and by all the terms of the Settlement Agreement, including the release of claims stated therein. Plaintiffs and all Class Members who did not properly request exclusion are hereby: (1) deemed to have released and discharged all claims arising out of or asserted in this action and claims released under the Settlement Agreement, including all claims that could have been asserted in this action; and (2) barred and permanently enjoined from asserting, instituting, or prosecuting, either directly or indirectly, these claims.

6. Defendants will pay a total of $12.5 million to establish a "Gross Cash Fund." The Gross Cash Fund, minus the attorneys' fees and costs paid pursuant to paragraph 7, enhancement awards paid pursuant to paragraph 8, and all fees and costs incurred by Garden City Group, Inc., ("GCG"), including the costs of administering the settlement and providing notice to the Class Members, shall be deemed the "Net Cash Fund."

7. Class Counsel is awarded $8,650,000 in fees and $200,000 in costs. Payment shall be from the Gross Cash Fund.

8. Plaintiffs Josue Romero and Gina Bailey are awarded $15,000 each as an enhancement award, plaintiffs Bradley Berentson, Grant Jenkins, Daniel Cox, and Jennifer Lawler are awarded $10,000 each as an enhancement award, and plaintiffs John Walters and Christopher Dickey are awarded $5,000 each as an enhancement award. Payment shall be from the Gross Cash Fund.

9. As set forth in the Final Approval Order, Defendants will pay a total of $12.5 million to establish the Gross Cash Fund to be used to pay any and all fees and costs, including, but not limited to, all claims administration fees and costs, Class Counsel's fees and costs award set forth below, and Plaintiffs' enhancement awards set forth below, with the remaining balance, defined as the Net Cash Fund under the Settlement Agreement, to be distributed to Class Members who are eligible for and validly and timely submit Claim Forms in the form of Settlement Payments as described under Section 2.1(d) of the Settlement Agreement.

10. As set forth in the Final Approval Order, Class Counsel is awarded $8,650,000 in fees and $200,000 in costs. Defendants, through the Claims Administrator, must pay Class Counsel this amount from the Gross Cash Fund according to the timeline set forth in Section 2.1(c) of the Settlement Agreement.

11. As set forth in the Final Approval Order, Plaintiffs Josue Romero and Gina Bailey are awarded $15,000 each as an enhancement award, plaintiffs Bradley Berentson, Grant Jenkins, Daniel Cox, and Jennifer Lawler are awarded $10,000 each as an enhancement award, and plaintiffs John Walters and Christopher Dickey are awarded $5,000 each as an enhancement award. Defendants, through the Claims Administrator, must pay Plaintiffs these amounts from the Gross Cash Fund according to the timeline set forth in Section 2.1(b) of the Settlement Agreement.

12. As set forth in the Final Approval Order, Defendants, through the Claims Administrator, must make Settlement Payments from the Net Cash Fund to Authorized Claimants according to Section 2.1(d) of the Settlement Agreement by mailing Settlement Payments to Authorized Claimants no later than twenty-five (25) calendar days after the Final Settlement Date, which is defined under Section 1.11 of the Settlement Agreement.

13. As set forth in the Final Approval Order, any unclaimed portion of the Net Cash Fund after mailing of Settlement Payments to Authorized Claimants and after any mailed Settlements are

returned to the Claims Administrator as undeliverable must be paid on an equal basis to the following non-profit college or university academic institutions located in San Diego County, California, with the payments specified to be used for a chair, professorship, fellowship, lectureship, seminar series or similar funding, gift or donation program developed and coordinated between Provide Commerce and the respective institutions (depending on the amount of the remainder) regarding internet privacy or internet data security: California State University at San Diego (San Diego State University), University of California at San Diego, and University of San Diego School of Law.  Defendants, through the Claims Administrator, must mail or wire the payments from the Net Cash Fund according to the timeline set forth in Section 2.1(e) of the Settlement Agreement.

14. The Court hereby dismisses with prejudice the action.

15. Without affecting the finality of this Final Judgment, the Court retains jurisdiction over the implementation, administration and enforcement of this Final Judgment and the Settlement Agreement, and all matters ancillary thereto.

NOW, THEREFORE, the Court, finding that no reason exists for delay, hereby directs the Clerk to enter this Final Judgment, pursuant to Federal Rule of Civil Procedure 58, forthwith.

IT IS SO ORDERED.

DATED:  February 21, 2013

_____
Hon. Anthony J. Battaglia
U.S. District Judge

EXHIBIT "1"

In re EasySaver Litigation Exclusion List

|    | Claim No. | Name |
|----|-----------|------|
| 1  | 1024497 | JAMES BRACKEN |
| 2  | 1054210 | NORMAN JOHNSON |
| 3  | 1203673 | CATHERINE MAYER |
| 4  | 1231051 | DARRIN KACHADORIAN |
| 5  | 1365941 | TERESA SULLIVAN |
| 6  | 1389044 | EARL HODIL |
| 7  | 1391945 | ALISON HANSEN |
| 8  | 1393109 | CASSIE DALLAS |
| 9  | 1451256 | BETTY HANEGRAAF |
| 10 | 1527033 | SANDRA DOLAN |
| 11 | 1577018 | ESTHER REICHMAN |
| 12 | 1587937 | MARY WITEK |
| 13 | 1605981 | ESTATE OF GILBERT SPRINGER |
| 14 | 1633460 | STEPHEN CROWELL |
| 15 | 1644236 | SUSAN MORGAN |
| 16 | 1703364 | RICHARD BLANCK |
| 17 | 1717332 | CHRISTINE BRANCHE |
| 18 | 1722381 | CAROLYN KUCZEK |
| 19 | 1799697 | MARY SCHOPPA |
| 20 | 1905146 | NICHOLE KOLB |
| 21 | 1909222 | NILES HISSOM |
| 22 | 1935816 | SUSAN HERBERT |
| 23 | 1964859 | ELIZABETH TU |
| 24 | 1994428 | CAROL CUMMINGS |
| 25 | 2008354 | ANOMA HERTERICH |
| 26 | 2025565 | BRYON MCCALL |
| 27 | 2092856 | MELODY MILLER-WASK |
| 28 | 2144793 | DEBORAH HOLLINGSWORTH |
| 29 | 2176250 | THERESA IAZZETTI |
| 30 | 2177154 | HARRIET MEDERIOS |
| 31 | 2205378 | ANNA RINKER |
| 32 | 2219493 | WENDY ENGLE |
| 33 | 2223374 | SHARON OGATA |
| 34 | 2242385 | GABRIELA SAUREL |
| 35 | 2258489 | DON MARTEL |
| 36 | 2260233 | RYAN GILLESPIE |
| 37 | 2296705 | STEPHANIE SMITH |