1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re: EASYSAVER REWARDS LITIGATION,

  This document relates to all actions.

Case No. 09-cv-2094 BAS (WVG)

**ORDER REOPENING CASE**

On March 19, 2015, the Ninth Circuit vacated the court's judgment in this case and remanded it to this Court for further proceedings consistent with the Ninth Circuit's decision in *Frank v. Netflix*, No. 12-15705, — F.3d —, 2015 WL 846008 (9th Cir. Feb. 27, 2015). The Ninth Circuit denied rehearing on April 3, 2015.

Accordingly, the Court **VACATES** the Judgment and Final Order Approving Class Settlement. ECFs 277, 271. The Court **REOPENS** the case for further proceedings. The parties to this litigation are instructed to jointly submit a ten page memorandum summarizing the import of the *Frank* decision and their intentions going forward. Similarly, Objector-Appellant Brian Perryman may submit a ten page memorandum on the same topic. These submissions must be filed with the Court **on or before May 4, 2015**. Thereafter the Court will set

1    schedules as appropriate.

2        **IT IS SO ORDERED.**

3    Dated:  April 23, 2015

4                                                 _____
                                                 Hon. Cynthia Bashant
5                                                 United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28