# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| In re: EASYSAVER REWARDS LITIGATION, | Case No. 09-cv-2094 BAS (WVG) |
|---|---|
| This document relates to all actions. | **ORDER GRANTING JOINT MOTION TO RETURN APPEAL BOND**<br><br>**[ECF 318]** |

Pursuant to the Joint Motion to Return Appeal Bond and for good cause shown, the Court hereby orders the Clerk of Court to return $15,000 to Mr. Perryman by check made payable to "Center for Class Action Fairness" and mailed to Center for Class Action Fairness, 1718 M Street NW / No. 236, Washington, DC 20036. ECF 318.

**IT IS SO ORDERED.**

Dated:  August 12, 2015

*[signature]*
Hon. Cynthia Bashant
United States District Judge