THEODORE H. FRANK (SBN 196332)
ADAM E. SCHULMAN (*pro hac vice*) (DC Bar No. 1001606)
COMPETITIVE ENTERPRISE INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1310 L Street NW, 7th Floor
Washington, DC  20005
Voice: (202) 331-2263
Email: ted.frank@cei.org

*Attorneys for Class Member Brian Perryman*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EasySaver Rewards Litigation<br><br>Brian Perryman,<br>    *Objector.* | Case No. 3:09-cv-2094-BAS (WVG)<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge: Honorable Cynthia Bashant<br>Courtroom: 4B |

TO ALL PARTIES AND THEIR ATTORNES OF RECORD:

PLEASE TAKE NOTICE THAT THEODORE H. FRANK and ADAM E. SCHULMAN have changed ___ names, ___ firms, _x_ addresses, ___ phone numbers and/or ___ fax numbers as follows:

>    THEODORE H. FRANK and ADAM E. SCHULMAN
>    Competitive Enterprise Institute
>      Center for Class Action Fairness
>    1310 L Street NW, 7th Floor
>    Washington, DC  20005

DATED:   August 31, 2016           Signature:    */s/ Theodore H. Frank*

Case No. 3:09-cv-2094-BAS (WVG)
NOTICE OF CHANGE OF ADDRESS

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically served the foregoing **Notice of Change of Address** on all CM/ECF participating attorneys at their registered email addresses, thus effectuating electronic service under S.D. Cal. L. Civ. R. 5.4(d).

DATED this 31st day of August, 2016.

/s/ *Theodore H. Frank*
Theodore H. Frank

Case No. 3:09-cv-2094-BAS (WVG)                                                                        2
NOTICE OF CHANGE OF ADDRESS