Jennie Lee Anderson, SBN 203586
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com

James R. Patterson, SBN 211102
PATTERSON LAW GROUP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991
jim@pattersonlawgroup.com

Bruce W. Steckler, *pro hac vice*
STECKLER GRESHAM COCHRAN PLLC
12700 Park Central Drive, Suite 900
Dallas, TX 75251
Telephone: (972) 387-4040
Facsimile: (972) 387-4041
bruce@stecklerlaw.com

Michael D. Singer, SBN 115301
COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101
Telephone:  (619) 595-3001
Facsimile:  (619) 595-3000
msinger@ck-lawfirm.com

*Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: EASYSAVER REWARDS LITIGATION<br><br>This Document Relates to all Actions | CASE NO.: 09-CV-02094-BAS-WVG<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION OF BRIAN PERRYMAN TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Judge:      Hon. Cynthia A. Bashant<br>Courtroom:  4B<br><br>**CLASS ACTION** |

1  In accordance with this Court's December 19, 2018 Order Setting a Briefing Schedule ("Order") (Dkt. 337), which permits a party to request an extension to a deadline in the Order at least five days in advance, Plaintiffs hereby requests a 14-day extension of the deadline by which Plaintiffs may file a supplemental reply memorandum for the reasons set forth below.

Pursuant to Court's scheduling Order:

1. On January 22, 2019, Plaintiffs filed a Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Attorneys' Fees and Costs ("Plaintiffs' Memorandum") (Dkt. 338-1);

2. On February 4, 2019, Defendant Provide Commerce, Inc. declined to file a supplemental memorandum regarding the appropriate award of attorneys' fees and instead filed a Statement of Non-Opposition to Plaintiffs' Motion for Attorneys' Fees and Costs pursuant to Civil Local Rule 7.1.e.2. (Dkt. 342);

3. On February 18, 2019, Objector Brian Perryman filed an Opposition to Plaintiffs' Motion for Attorneys' Fees and Costs ("Opposition") (Dkt.No 343); and

4. Plaintiffs may file a reply to any supplemental opposition filed by Mr. Perryman by February 25, 2019, or they may request an extension of time.

Plaintiffs' request for two-week extension of time is reasonable under the circumstances. The schedule set forth in the Court's order allowed Mr. Perryman *27 days* to prepare and file his Opposition to Plaintiffs' Memorandum. By contrast, the current schedule allows Plaintiffs only *seven days* to respond to the Opposition. The Opposition cites 46 cases and multiple other authorities. Moreover, in addition to addressing points raised in Plaintiffs' Memorandum, Mr. Perryman's Opposition raises new and novel arguments, including but not limited to whether Mr. Perryman is entitled to renew an objection to the settlement affirmed by the Ninth Circuit and whether he can "preserve" arguments regarding the value of the *cy pres* component of the affirmed settlement.

Given the foregoing, Plaintiffs submit that their request for a 14-day extension to the

current deadline is appropriate.  This modest extension will allow Plaintiffs to adequately address the arguments raised in the Opposition for the benefit of this Court.  There is currently no hearing date set, so the requested extension would not otherwise alter the Court's schedule.

                      Respectfully submitted,

Dated:  February 20, 2019        ANDRUS ANDERSON LLP

                      By:     */s/ Jennie Lee Anderson*
                              Jennie Lee Anderson

Jennie Lee Anderson, SBN 203586
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:  (415) 986-1400
Facsimile:  (415) 986-1474
jennie@andrusanderson.com

James R. Patterson, SBN 211102
PATTERSON LAW GROUP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone:  (619) 756-6990
Facsimile:  (619) 756-6991
jim@pattersonlawgroup.com

Bruce W. Steckler
STECKLER GRESHAM COCHRAN PLLC
12700 Park Central Drive, Suite 900
Dallas, TX 75251
Telephone: (972) 387-4040
Facsimile: (972) 387-4041
bruce@stecklerlaw.com

Michael D. Singer, SBN 115301
COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101
Telephone:  (619) 595-3001
Facsimile:  (619) 595-3000
msinger@ck-lawfirm.com

*Co-Lead Counsel for Plaintiffs and the Class*

REQUEST FOR EXTENSION OF TIME TO FILE REPLY TO
OPPOSITION OF BRIAN PERRYMAN TO PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES AND COSTS
3:09-CV-02094-BAS (WVG)