# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In re: EASYSAVER REWARDS LITIGATION,

This document relates to all actions.

Case No. 09-cv-2094-BAS-WVG

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY**

**[ECF No. 344]**

Plaintiffs have moved for an extension of time to respond to Objector Brian Perryman's Opposition to Plaintiffs' motion for attorneys' fees and costs. (ECF No. 344.) Plaintiffs seek to extend the deadline this Court previously set from February 25, 2019 to March 11, 2019. They have not shown good cause for the extension. However, in its inherent authority to manage the proceedings on its docket, the Court will exercise its discretion to **GRANT** Plaintiffs' motion. Plaintiffs may file a reply to Perryman's Opposition **no later than March 11, 2019.** No further extensions will be granted.

**IT IS SO ORDERED.**

**DATED: February 22, 2019**

Hon. Cynthia Bashant
United States District Judge