# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| IN RE EASYSAVER REWARDS LITIGATION | Case No. 09-cv-02094-BAS-WVG<br><br>**ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL**<br><br>**[ECF No. 360]** |
|---|---|

Presently before the Court is Defendant Provide Commerce's request to substitute counsel. (ECF No. 360.) The Court **GRANTS** the request. The Court substitutes Edwin Howell of Jones Day as counsel of record in place of Michael Rhodes, Michelle Doolin, and Leo Norton of Cooley LLP, who are withdrawing their respective appearances.

**IT IS SO ORDERED.**

**DATED: February 21, 2020**

Hon. Cynthia Bashant
United States District Judge